**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- X
                    :

STEPHEN BURR and DAVID         :
TANGEMAN, individually and on behalf of   :
all others similarly situated,        :

        Plaintiffs,             :

     -against-             :        Case No. 19-cv-04346-AJN

EQUITY BANCSHARES, INC., BRAD S.   :
ELLIOTT, and GREGORY H.       :
KOSSOVER,                :

        Defendants.        :

                    :

-------------------------------------------------------- X

**DECLARATION OF MARK OAKES IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**
**THE AMENDED CLASS ACTION COMPLAINT**

I, Mark Oakes, declare as follows:

1.     My name is Mark Oakes. I am a partner at Norton Rose Fulbright US LLP, attorneys of record for defendants Equity Bancshares, Inc., Brad S. Elliott, and Gregory H. Kossover. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would testify competently thereto.

2.     Attached as Exhibit A is a true and correct copy of excerpts from Equity Bancshares, Inc.'s fiscal year 2017 annual report on Form 10-K, filed with the U.S. Securities and Exchange Commission (the "SEC") on March 16, 2018.

3.     Attached as Exhibit B is a true and correct copy of excerpts from Equity Bancshares, Inc.'s fiscal year 2018 annual report on Form 10-K, filed with the SEC on March 20, 2019.

4.    Attached as Exhibit C is a true and correct copy of the transcript of Equity Bancshares, Inc.'s Q1 2018 earnings call, held on April 20, 2018.

5.    Attached as Exhibit D is a true and correct copy of the transcript of Equity Bancshares, Inc.'s Q2 2018 earnings call, held on July 20, 2018.

6.    Attached as Exhibit E is a true and correct copy of the transcript of Equity Bancshares, Inc.'s Q3 2018 earnings call, held on October 17, 2018.

7.    Attached as Exhibit F is a true and correct copy of the transcript of Equity Bancshares, Inc.'s Q4 2018 earnings call, held on January 24, 2019.

8.    Attached as Exhibit G is a true and correct copy of excerpts from Equity Bancshares, Inc.'s Q1 2018 quarterly report on Form 10-Q, filed with the SEC on May 11, 2018.

9.    Attached as Exhibit H is a true and correct copy of excerpts from Equity Bancshares, Inc.'s Q2 2018 quarterly report on Form 10-Q, filed with the SEC on August 9, 2018.

10.    Attached as Exhibit I is a true and correct copy of excerpts from Equity Bancshares, Inc.'s Q3 2018 quarterly report on Form 10-Q, filed with the SEC on November 9, 2018.

11.    Attached as Exhibit J is a true and correct copy of Equity Bancshares, Inc.'s Form 8-K, filed with the SEC on July 19, 2018.

12.    Attached as Exhibit K is a true and correct copy of Equity Bancshares, Inc.'s Form 8-K, filed with the SEC on October 16, 2018.

13.    Attached as Exhibit L is a true and correct copy of Equity Bancshares, Inc.'s Form 8-K, filed with the SEC on January 23, 2019.

14.    Attached as Exhibit M is a true and correct copy of an excerpt from Equity Bancshares, Inc.'s 2018 Schedule 14A, filed with the SEC on March 21, 2018.

15.    Attached as Exhibit N is a true and correct copy of an excerpt from Equity Bancshares, Inc.'s 2019 Schedule 14A, filed with the SEC on March 22, 2019.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 6th day of December, 2019, at Austin, Texas.

Mark Oakes

- 3 -