# EXHIBIT B

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2018**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission File Number 001-37624**

# EQUITY BANCSHARES, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Kansas** | **72-1532188** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |
| **7701 East Kellogg Drive, Suite 300** **Wichita, KS** | **67207** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: 316.612.6000**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of exchange on which registered |
|---|---|
| **Class A Common Stock, par value $0.01 per share** | **NASDAQ Stock Market LLC** |

**Securities registered pursuant to section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☐    No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).    Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☒ |
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).    Yes ☐    No ☒

As of June 30, 2018, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the registrant's voting and non-voting common stock held by non-affiliates was $621.3 million.

Indicate the number of shares outstanding of each of the registrant's classes of common stock, as of the latest practicable date.

| | Shares outstanding as of March 12, 2019 |
|---|---|
| Class A Common Stock, par value $0.01 per share | 15,803,587 |
| Class B Non-Voting Common Stock, par value $0.01 per share | 0 |

**DOCUMENTS INCORPORATED BY REFERENCE:**

Portions of the registrant's Proxy Statement relating to the 2019 Annual Meeting of Stockholders, which will be filed within 120 days after December 31, 2018, are incorporated by reference into Part III of this Annual Report on Form 10-K.

***Acquisitions may disrupt our business and dilute stockholder value, and integrating acquired companies may be more difficult, costly, or time-consuming than we expect.***

Our pursuit of acquisitions may disrupt our business, and any equity that we issue as merger consideration may have the effect of diluting the value of common stockholders.  In addition, we may fail to realize some or all of the anticipated benefits of completed acquisitions.  We anticipate that the integration of businesses that we may acquire in the future will be a time-consuming and expensive process, even if the integration process is effectively planned and implemented.

In addition, our acquisition activities could be material to our business and involve a number of significant risks, including the following:

- incurring time and expense associated with identifying and evaluating potential acquisitions and negotiating potential transactions, resulting in our attention being diverted from the operation of our existing business;

- using inaccurate estimates and judgments to evaluate credit, operations, management, and market risks with respect to the target company or the assets and liabilities that we seek to acquire;

- exposure to potential asset quality issues of the target company;

- intense competition from other banking organizations and other potential acquirers, many of which have substantially greater resources than we do;

- potential exposure to unknown or contingent liabilities of banks and businesses we acquire, including, without limitation, liabilities for regulatory and compliance issues;

- inability to realize the expected revenue increases, cost savings, increases in geographic or product presence, and other projected benefits of the acquisition;

- incurring time and expense required to integrate the operations and personnel of the combined businesses;

- inconsistencies in standards, procedures, and policies that would adversely affect our ability to maintain relationships with customers and employees;

- experiencing higher operating expenses relative to operating income from the new operations;

- creating an adverse short-term effect on our results of operations;

- losing key employees and customers;

- significant problems relating to the conversion of the financial and customer data of the entity;

- integration of acquired customers into our financial and customer product systems;

- potential changes in banking or tax laws or regulations that may affect the target company; or

- risks of impairment to goodwill.

If difficulties arise with respect to the integration process, the economic benefits expected to result from acquisitions might not occur.  As with any merger of financial institutions, there also may be business disruptions that cause us to lose customers or cause customers to move their business to other financial institutions.  Failure to successfully integrate businesses that we acquire could have an adverse effect on our profitability, return on equity, return on assets, or our ability to implement our strategy, any of which in turn could have a material adverse effect on our business, financial condition, and results of operations.

***Our largest loan relationships currently make up a material percentage of our total loan portfolio.***

As of December 31, 2018, our ten largest loan relationships totaled over $240.3 million in loan exposure, or 9.3% of the total loan portfolio.  The concentration risk associated with having a small number of large loan relationships is that, if one or more of these relationships were to become delinquent or suffer default, we could be at serious risk of material losses.  The allowance for loan losses may not be adequate to cover losses associated with any of these relationships, and any loss or increase in the allowance would negatively affect our earnings and capital.  Even if the loans are collateralized, the large increase in classified assets could harm our reputation with our regulators, investors and potential investors and inhibit our ability to execute our business plan.

25

*Our small to medium-sized business and entrepreneurial customers may have fewer financial resources than larger entities to weather a downturn in the economy that might impair a borrower's ability to repay a loan and could adversely affect our financial condition and results of operations.*

We focus our business development and marketing strategy primarily to serve the banking and financial services needs of small to medium-sized businesses and entrepreneurs. These small to medium-sized businesses and entrepreneurs may have fewer financial resources in terms of capital or borrowing capacity than larger entities. If economic conditions negatively impact our markets generally, and small to medium-sized businesses are adversely affected, our financial condition and results of operations may be negatively affected.

*In our business, we must effectively manage our credit risk.*

As a lender, we are exposed to the risk that our loan customers may not repay their loans according to the terms of these loans and the collateral securing the payment of these loans may be insufficient to fully compensate us for the outstanding balance of the loan plus the costs to dispose of the collateral. We may experience significant loan losses, which could have a material adverse effect on our operating results and financial condition. Management makes various assumptions and judgments about the collectability of our loan portfolio, including the diversification by industry of our commercial loan portfolio, the amount of nonperforming loans and related collateral, the volume, growth and composition of our loan portfolio, the effects on the loan portfolio of current economic indicators and their probable impact on borrowers and the evaluation of our loan portfolio through our internal loan review process and other relevant factors.

We maintain an allowance for credit losses, which is an allowance established through a provision for loan losses charged to expense that represents management's best estimate of probable incurred losses in our loan portfolio. Additional credit losses will likely occur in the future and may occur at a rate greater than we have experienced to date. In determining the amount of the allowance, we rely on an analysis of our loan portfolio, our experience and our evaluation of general economic conditions. If our assumptions, including our qualitative factors, prove to be incorrect, our current allowance may not be sufficient and adjustments may be necessary to allow for different economic conditions or adverse developments in our loan portfolio. In addition, as an acquirer of other banks, our allowance for loan losses may not be sufficient when coupled with purchase discounts on acquired portfolios. Material additions to the allowance could materially decrease our net income.

In addition, banking regulators periodically review our allowance for credit losses and may require us to increase our provision for credit losses or recognize further charge-offs, based on judgments different than those of our management. Any increase in our allowance for credit losses or charge-offs as required by these regulatory agencies could have a material negative effect on our operating results, financial condition and liquidity.

*We may not be able to adequately measure and limit the credit risk associated with our loan portfolio, which could adversely affect our profitability.*

As a part of the products and services that we offer, we make commercial and commercial real estate loans. The principal economic risk associated with each class of loans is the creditworthiness of the borrower, which is affected by the strength of the relevant business market segment, local market conditions, and general economic conditions. Additional factors related to the credit quality of commercial loans include the quality of the management of the business and the borrower's ability both to properly evaluate changes in the supply and demand characteristics affecting our market for products and services, and to effectively respond to those changes. Additional factors related to the credit quality of commercial real estate loans include tenant vacancy rates and the quality of management of the property. A failure to effectively measure and limit the credit risk associated with our loan portfolio could have an adverse effect on our business, financial condition, and results of operations.

*External economic factors, such as changes in monetary policy and inflation and deflation, may have an adverse effect on our business, financial condition and results of operations.*

Our financial condition and results of operations are affected by credit policies of monetary authorities, particularly the Board of Governors of the Federal Reserve System, or the Federal Reserve. Actions by monetary and fiscal authorities, including the Federal Reserve, could lead to inflation, deflation, or other economic phenomena that could adversely affect our financial performance. The primary impact of inflation on our operations most likely will be reflected in increased operating costs. Conversely, deflation generally will tend to erode collateral values and diminish loan quality. Virtually all of our assets and liabilities are monetary in nature. As a result, interest rates have a more significant impact on our performance than general levels of inflation or deflation. Interest rates do not necessarily move in the same direction or by the same magnitude as the prices of goods and services.

*A large portion of our loan portfolio is comprised of commercial loans that are secured by accounts receivable, inventory, equipment or other asset-based collateral and deterioration in the value of such collateral could increase our exposure to future probable losses.*

These commercial loans are typically larger in amount than loans to individuals, and therefore, have the potential for larger losses on a single loan basis. Additionally, asset-based borrowers are often highly leveraged and have inconsistent historical earnings and cash flows. Historically, losses in our commercial credits have been higher than losses in other classes of our loan portfolio. Significant adverse changes in our borrowers' industries and businesses could cause rapid declines in values of, and collectability associated with, those business assets, which could result in inadequate collateral coverage for our commercial loans and expose us to future losses. An increase in specific reserves and charge-offs related to our commercial loan portfolio could have a material adverse effect on our business, financial condition, results of operations and future prospects.

*Our use of appraisals in deciding whether to make a loan secured by real property does not ensure the value of the real property collateral.*

In considering whether to make a loan secured by real property, we generally require an appraisal. However, an appraisal is only an estimate of the value of the property at the time the appraisal is made. If the appraisal does not reflect the amount that may be obtained upon any sale or foreclosure of the property, we may not realize an amount equal to the indebtedness secured by the property.

*A portion of our loan portfolio is comprised of participation and syndicated transaction interests, which could have an adverse effect on our ability to monitor the lending relationships and lead to an increased risk of loss.*

We participate in loans originated by other institutions and in syndicated transactions (including shared national credits) in which other lenders serve as the agent bank. Our reduced control over the monitoring and management of these relationships, particularly participations in large bank groups, could lead to increased risk of loss, which could have a material adverse effect on our business, financial condition, results of operations and future prospects.

*A lack of liquidity could adversely affect our financial condition and results of operations.*

Liquidity is essential to our business. We rely on our ability to generate deposits and effectively manage the repayment and maturity schedules of our loans to ensure that we have adequate liquidity to fund our operations. An inability to raise funds through deposits, borrowings, the sale of loans and other sources could have a substantial negative effect on our liquidity. Our most important source of funds is deposits. Deposit balances can decrease when customers perceive alternative investments as providing a better risk/return tradeoff. If customers move money out of bank deposits and into other investments such as money market funds, we would lose a relatively low-cost source of funds, increasing our funding costs and reducing our net interest income and net income.

Other primary sources of funds consist of cash flows from operations, maturities and sales of investment securities, and proceeds from the issuance and sale of our equity securities to investors. Additional liquidity is provided by the ability to borrow from the Federal Home Loan Bank of Topeka. We also may borrow funds from third-party lenders, such as other financial institutions. Our access to funding sources in amounts adequate to finance or capitalize our activities, or on terms that are acceptable to us, could be impaired by factors that affect us directly or the financial services industry or economy in general, such as disruptions in the financial markets or negative views and expectations about the prospects for the financial services industry. Our access to funding sources could also be affected by a decrease in the level of our business activity as a result of a downturn in our markets or by one or more adverse regulatory actions against us.

Any decline in available funding could adversely impact our ability to originate loans, invest in securities, meet our expenses, or to fulfill obligations such as repaying our borrowings or meeting deposit withdrawal demands, any of which could have a material adverse impact on our liquidity, business, financial condition and results of operations.

*As a bank holding company, the sources of funds available to us are limited.*

Any future constraints on liquidity at the holding company level could impair our ability to declare and pay dividends on our Class A common stock. In some instances, notice to, or approval from, the Federal Reserve may be required prior to our declaration or payment of dividends. Further, our operations are primarily conducted by our subsidiary, Equity Bank, which is subject to significant regulation. Federal and state banking laws restrict the payment of dividends by banks to their holding companies, and Equity Bank will be subject to these restrictions in paying dividends to us. Because our ability to receive dividends or loans from Equity Bank is restricted, our ability to pay dividends to our stockholders is also restricted.

30

The risk category of loans by class of loans is as follows for December 31, 2018 and December 31, 2017.

**Risk Category of Loans by Class**

| | As of December 31, 2018 | | |
| | Unclassified | Classified | Total |
| | (Dollars in thousands) | | |
|---|---|---|---|
| Commercial and industrial | $ 553,045 | $ 29,482 | $ 582,527 |
| Real estate: | | | |
|   Commercial real estate | 1,091,577 | 36,069 | 1,127,646 |
|   Real estate construction | 123,438 | 908 | 124,346 |
|   Residential real estate | 439,184 | 5,356 | 444,540 |
|   Agricultural real estate | 129,285 | 10,047 | 139,332 |
|     Total real estate | 1,783,484 | 52,380 | 1,835,864 |
| Consumer | 61,976 | 918 | 62,894 |
| Agricultural | 90,848 | 3,275 | 94,123 |
| Total | $ 2,489,353 | $ 86,055 | $ 2,575,408 |

| | As of December 31, 2017 | | |
| | Unclassified | Classified | Total |
| | (Dollars in thousands) | | |
|---|---|---|---|
| Commercial and industrial | $ 500,141 | $ 21,369 | $ 521,510 |
| Real estate: | | | |
|   Commercial real estate | 787,894 | 13,597 | 801,491 |
|   Real estate construction | 183,564 | 2,606 | 186,170 |
|   Residential real estate | 370,151 | 6,554 | 376,705 |
|   Agricultural real estate | 77,084 | 9,402 | 86,486 |
|     Total real estate | 1,418,693 | 32,159 | 1,450,852 |
| Consumer | 48,777 | 584 | 49,361 |
| Agricultural | 88,261 | 7,286 | 95,547 |
| Total | $ 2,055,872 | $ 61,398 | $ 2,117,270 |

At December 31, 2018, loans considered unclassified decreased to 96.7% of total loans from 97.1% of total loans at December 31, 2017.  Approximately $17.9 million of loans considered classified increase were a direct result of the KBC, Adams and City Bank mergers.

In accordance with applicable regulation, appraisals or evaluations are required to independently value real estate and, as an important element, to consider when underwriting loans secured in part or in whole by real estate.  The value of real estate collateral provides additional support to the borrower's credit capacity.

With respect to potential problem loans, all monitored and under-performing loans are reviewed and evaluated to determine if they are impaired.  If we determine that a loan is impaired, then we evaluate the borrower's overall financial condition to determine the need, if any, for possible write downs or appropriate additions to the allowance for loan losses based on the unlikelihood of full repayment of principal and interest in accordance with the contractual terms or the net realizable value of the pledged collateral.

**Allowance for loan losses**

Please see "Critical Accounting Policies – Allowance for Loan Losses" for additional discussion of our allowance policy.

In connection with our review of the loan portfolio, risk elements attributable to particular loan types or categories are considered when assessing the quality of individual loans.  For additional information see "NOTE 1 – NATURE OF OPERATIONS AND SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES" in the Notes to Consolidated Financial Statements.

*Purchased credit impaired loans:*  Please see "Critical Accounting Policies – Allowance for Loan Losses" for additional discussion of our purchased credit impaired loans policy.  For additional information about our purchased credit impaired loans see "NOTE 4 – LOANS AND ALLOWANCE FOR LOAN LOSSES" in the Notes to Consolidated Financial Statements.

The following table shows the allocation of the allowance for loan losses among our loan categories and certain other information as of the dates indicated. The total allowance is available to absorb losses from any loan or lease category.

**Analysis of the Allowance for Loan and Lease Losses**

| | December 31, | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2018 | | 2017 | | 2016 | | 2015 | | 2014 | |
| | Amount | % of Total | Amount | % of Total | Amount | % of Total | Amount | % of Total | Amount | % of Total |
| | (Dollars in thousands) | | | | | | | | | |
| **Balance of allowance for loan and lease losses applicable to:** | | | | | | | | | | |
| Commercial and industrial | $ 2,707 | 23.6% | $ 2,136 | 25.1% | $ 1,881 | 29.3% | $ 1,366 | 24.8% | $ 1,559 | 26.1% |
| Real estate: | | | | | | | | | | |
| Commercial real estate | 3,108 | 27.1% | 2,047 | 24.1% | 1,808 | 28.1% | 1,728 | 31.4% | 2,298 | 38.5% |
| Real estate construction | 1,554 | 13.6% | 693 | 8.2% | 612 | 9.5% | 323 | 5.9% | 599 | 10.0% |
| Residential real estate | 2,320 | 20.3% | 2,262 | 26.6% | 1,765 | 27.4% | 1,824 | 33.1% | 1,190 | 20.0% |
| Agricultural real estate | 391 | 3.4% | 319 | 3.8% | 35 | 0.6% | 29 | 0.5% | 148 | 2.5% |
| Consumer | 1,070 | 9.3% | 768 | 9.0% | 266 | 4.1% | 187 | 3.4% | 81 | 1.4% |
| Agricultural | 304 | 2.7% | 273 | 3.2% | 65 | 1.0% | 49 | 0.9% | 88 | 1.5% |
| Total allowance for loan and lease losses | $11,454 | 100.0% | $ 8,498 | 100.0% | $ 6,432 | 100.0% | $ 5,506 | 100.0% | $ 5,963 | 100.0% |

Management believes that the allowance for loan and lease losses at December 31, 2018, was adequate to cover probable incurred losses in the loan portfolio as of such date. There can be no assurance, however, that we will not sustain losses in future periods, which could be substantial in relation to the size of the allowance at December 31, 2018.

The Company has a credit relationship with two related borrowers whose principals have been customers of the Bank since 2011. At December 31, 2018, the total outstanding to these borrowers was $28,261. The relationship which consists of several loans to several related entities and categorized as commercial real estate and commercial and industrial was performing and current at its most recent renewal in 2018 and was current at December 31, 2018. Despite one of the borrower's entities showing negative cash flow, the other entity generated enough earnings before interest, tax, depreciation and amortization and had cash flow to support the obligations of the overall relationship. Subsequent to December 31, 2018, the borrowing entities filed for Chapter 11 Bankruptcy protection based on overall obligations in excess of their willingness to invest more capital. The Company believes as of the date of the filing our Form 10-K that repayment of the principal and interest at December 31, 2018 is ultimately expected based on the values of the entities at sale. The Company has not recorded any specific credit impairment on the relationship, but the Company cannot be certain of future events that could impact the overall valuation of the assets or the price the assets will bring at disposition.

**Securities**

We use our securities portfolio to provide a source of liquidity, to provide an appropriate return on funds invested, to manage interest rate risk, to meet pledging requirements and to meet regulatory capital requirements. At December 31, 2018, securities represented 22.6% of total assets compared with 22.0% at December 31, 2017.

At the date of purchase, debt and equity securities are classified into one of two categories, held-to-maturity or available-for-sale. We do not purchase securities for trading purposes. At each reporting date, the appropriateness of the classification is reassessed. Investments in debt securities are classified as held-to-maturity and carried at cost, adjusted for the amortization of premiums and the accretion of discounts, in the financial statements only if management has the positive intent and ability to hold those securities to maturity. Debt securities not classified as held-to-maturity are classified as available-for-sale and measured at fair value in the financial statements with unrealized gains and losses reported, net of tax, as accumulated comprehensive income or loss until realized. Interest earned on securities is included in total interest and dividend income. Also included in total interest and dividend income are dividends received on stock investments in the Federal Reserve Bank of Kansas City and the FHLB of Topeka. These stock investments are stated at cost.

| December 31, 2018 | 30 – 59 Days Past Due | | 60 – 89 Days Past Due | | Greater Than 90 Days Past Due Still On Accrual | | Nonaccrual | | Loans Not Past Due | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Commercial real estate | $ | 1,302 | $ | 259 | $ | — | $ | 12,768 | $ 1,237,663 | $ 1,251,992 |
| Commercial and industrial | | 509 | | 2,467 | | — | | 6,954 | 572,597 | 582,527 |
| Residential real estate | | 782 | | 2,188 | | 18 | | 5,257 | 436,295 | 444,540 |
| Agricultural real estate | | — | | 30 | | — | | 4,857 | 134,445 | 139,332 |
| Consumer | | 501 | | 157 | | — | | 914 | 61,322 | 62,894 |
| Agricultural | | 186 | | 3 | | — | | 2,453 | 91,481 | 94,123 |
| Total | $ | 3,280 | $ | 5,104 | $ | 18 | $ | 33,203 | $ 2,533,803 | $ 2,575,408 |

| December 31, 2017 | 30 – 59 Days Past Due | | 60 – 89 Days Past Due | | Greater Than 90 Days Past Due Still On Accrual | | Nonaccrual | | Loans Not Past Due | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Commercial real estate | $ | 1,284 | $ | 22 | $ | — | $ | 11,607 | $ 974,748 | $ 987,661 |
| Commercial and industrial | | 251 | | 6 | | — | | 13,217 | 508,036 | 521,510 |
| Residential real estate | | 1,457 | | 1,176 | | — | | 6,148 | 367,924 | 376,705 |
| Agricultural real estate | | 123 | | — | | — | | 3,993 | 82,370 | 86,486 |
| Consumer | | 359 | | 112 | | — | | 559 | 48,331 | 49,361 |
| Agricultural | | 415 | | — | | — | | 4,752 | 90,380 | 95,547 |
| Total | $ | 3,889 | $ | 1,316 | $ | — | $ | 40,276 | $ 2,071,789 | 2,117,270 |

*Credit Quality Indicators*

The Company categorizes loans into risk categories based on relevant information about the ability of borrowers to service their debt such as: current financial information, historical payment experience, credit documentation, public information and current economic trends, among other factors. The Company analyzes loans individually by classifying the loans as to credit risk. Consumer loans are considered unclassified credits unless downgraded due to payment status or reviewed as part of a larger credit relationship. The Company uses the following definitions for risk ratings:

*Pass*: Loans classified as pass do not have any noted weaknesses and repayment of the loan is expected. These loans are considered unclassified.

*Special Mention*: Loans classified as special mention have a potential weakness that deserves management's close attention. If left uncorrected, these potential weaknesses may result in deterioration of the repayment prospects for the loan or of the Company's credit position at some future date. These loans are considered classified.

*Substandard*: Loans classified as substandard are inadequately protected by the current net worth and paying capacity of the obligor or of the collateral pledged, if any. Loans so classified have a well-defined weakness or weaknesses that jeopardize the liquidation of the debt. They are characterized by the distinct possibility that the institution will sustain some loss if the deficiencies are not corrected. These loans are considered classified.

*Doubtful*: Loans classified as doubtful have all the weaknesses inherent in those classified as substandard, with the added characteristic that the weaknesses make collection or liquidation in full, on the basis of currently existing facts, conditions and values, highly questionable and improbable. These loans are considered classified.

The risk category of loans by class of loans is as follows as of December 31, 2018 and 2017.

| December 31, 2018 | | Unclassified | | Classified | | Total |
|---|---|---|---|---|---|---|
| Commercial real estate | $ | 1,215,015 | $ | 36,977 | $ | 1,251,992 |
| Commercial and industrial | | 553,045 | | 29,482 | | 582,527 |
| Residential real estate | | 439,184 | | 5,356 | | 444,540 |
| Agricultural real estate | | 129,285 | | 10,047 | | 139,332 |
| Consumer | | 61,976 | | 918 | | 62,894 |
| Agricultural | | 90,848 | | 3,275 | | 94,123 |
| Total | $ | 2,489,353 | $ | 86,055 | | 2,575,408 |