# EXHIBIT J

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

**Washington, D.C. 20549**

**FORM 8-K**

CURRENT REPORT
Pursuant to Section 13 or 15(d) of The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): July 19, 2018

**EQUITY BANCSHARES, INC.**

(Exact name of registrant as specified in its charter)

| **Kansas** | **001-37624** | **72-1532188** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| **7701 East Kellogg Drive, Suite 300** | |
|---|---|
| **Wichita, KS** | **67207** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **316.612.6000**

Former name or former address, if changed since last report: **Not Applicable**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

☒ Emerging growth company

☒ If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

1

**Item 2.02**   **Results of Operations and Financial Condition.**

On July 19, 2018, Equity Bancshares, Inc. (the "Company") issued a press release announcing its financial results for the second quarter ended June 30, 2018. A copy of the press release is furnished as Exhibit 99.1 and is incorporated by reference herein.

The information in this Item 2.02, including Exhibit 99.1, is being furnished pursuant to Item 2.02 of Form 8-K and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to liabilities of that section, nor shall it be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, unless specifically identified therein as being incorporated therein by reference.

**Item 7.01**   **Regulation FD Disclosure.**

The Company intends to hold an investor call and webcast to discuss its financial results for the second quarter ended June 30, 2018 on Friday, July 20, 2018, at 9:00 a.m. Central Time. The Company's presentation to analysts and investors contains additional information about the Company's financial results for the second quarter ended June 30, 2018 and is furnished as Exhibit 99.2 and is incorporated by reference herein.

The information in this Item 7.01, including Exhibit 99.2, is being furnished pursuant to Item 7.01 of Form 8-K and shall not be deemed "filed" for purposes of Section 18 of the Exchange Act, or otherwise subject to liabilities of that section, nor shall it be deemed incorporated by reference into any filing under the Securities Act or the Exchange Act, unless specifically identified therein as being incorporated therein by reference.

**Item 9.01**   **Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Earnings Press Release, dated July 19, 2018 |
| 99.2 | Equity Bancshares, Inc. Investor Presentation |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Equity Bancshares, Inc.**

Date: July 19, 2018          By: /s/ Gregory H. Kossover

Gregory H. Kossover

Executive Vice President and Chief Financial Officer

3

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 7/19/2018

**Equity Bancshares, Inc. Reports Record Net Income for Second Quarter 2018,
Completes Expansion in Southwest Kansas and Kansas City Metro Area,
Announces Additional Expansion in Oklahoma**

WICHITA, Kansas, July 19, 2018 (GLOBE NEWSWIRE) – Equity Bancshares, Inc. (NASDAQ: EQBK), ("Equity", "we", "us", "our"), the Wichita-based holding company of Equity Bank, reported its unaudited results for the quarter ended June 30, 2018, including net income allocable to common stockholders for the quarter of $6.9 million, or $0.44 per diluted share. Year-to-date 2018 net income allocable to common stockholders was $15.6 million and $1.02 per diluted share.

Brad Elliott, Chairman and CEO of Equity, said, "Once again, our Equity Bank team demonstrated considerable talent and determination by providing innovative solutions that serve our customers, while executing our strategy to add vibrant, stable markets to our company footprint. In the second quarter, our teams welcomed communities in Liberal and Hugoton, Kansas and Blue Springs, Missouri, into the Equity Bank family; as well as continuing to grow organically within our markets. Our new team members in Liberal, Hugoton and Blue Springs have been instrumental in providing a seamless transition for customers, while partnering with our merger teams to close and complete on schedule.

Mr. Elliott continued, "We are also pleased to welcome a strong community bank in City Bank and Trust of Guymon, Oklahoma to our footprint later this year and add to our growing Oklahoma presence. We believe City Bank and Trust's leadership team is a match with our credit and operating culture as well as our philosophy. We continue to position Equity Bank for growth by reviewing merger candidates that are a cultural fit and which will add to our focus of growing organically, while not sacrificing our high credit-quality."

Notable Items

- Income before taxes for the second quarter of 2018 was $8.8 million, or $0.56 per diluted share, compared to $9.4 million, or $0.76 per diluted share, for the same time period in 2017. Income before taxes, adjusted to exclude merger expense, was a record $14.0 million, or $0.89 per diluted share, for the second quarter of 2018, compared to $9.5 million, or $0.77 per diluted share, for the second quarter of 2017.
- Stated diluted earnings per share in the second quarter of 2018 was $0.44. Merger expenses, adjusted for estimated income tax, were $4.0 million in the second quarter of 2018, or $0.26 per diluted share.
- Net income allocable to common stockholders, adjusted for after-tax merger expense, was a record $10.9 million, or $0.69 per diluted share in the second quarter of 2018. Net income allocable to common stockholders, adjusted for after-tax merger expense of $84 thousand, was $6.4 million, or $0.52 per diluted share in the second quarter of 2017.

Highlights of Equity's growth include:

- Total loans held for investment of $2.41 billion at June 30, 2018, as compared to total loans held for investment of $2.10 billion at December 31, 2017.
- Total deposits were $2.64 billion at June 30, 2018, and $2.38 billion at December 31, 2017. Signature deposits, or core deposits comprised of checking accounts, savings accounts and money market accounts, were $1.83 billion at June 30, 2018, compared to $1.61 billion at December 31, 2017.
- Total assets of $3.71 billion at June 30, 2018, compared to $3.17 billion at December 31, 2017.
- Book value per common share of $27.44 at June 30, 2018 and $25.62 at December 31, 2017. Tangible book value per common share of $18.16 at June 30, 2018 and $17.61 at December 31, 2017.

On June 12, 2018, Equity announced its definitive merger agreement to acquire City Bank and Trust ("CBT") of Guymon, Oklahoma, from parent company Docking Bancshares, Inc. ("Docking") of Arkansas City, Kansas. After the merger, which is expected to be completed during the fourth quarter of 2018, pending customary closing conditions and regulatory approval, Equity will have completed 18 successful business combinations since 2003, and

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 7/19/2018

8th since the Company's initial public offering in November 2015.  Following the merger with CBT, Equity will have 49 full-service bank locations throughout its footprint, including six in Oklahoma.

Equity also completed its mergers with Kansas Bank Corporation ("KBC"), parent company of First National Bank of Liberal/Hugoton ("FNB") in Liberal, Kansas and Adams Dairy Bancshares, Inc. ("Adams"), parent company of Adams Dairy Bank in Blue Springs, Missouri, on May 4, 2018.  Results of operations of KBC and Adams are included in Equity's second quarter results subsequent to their mergers.

### Financial Results for Six Months Ended June 30, 2018

Net income allocable to common stockholders was $15.6 million for the six months ended June 30, 2018 as compared to $11.2 million for the six months ended June 30, 2017, an increase of $4.4 million or 38.9%.  Financial results reflect the mergers with KBC and Adams beginning on May 5, 2018.  The KBC merger added four bank locations in Liberal, Kansas and one bank location in Hugoton, Kansas with total assets of $336.1 million; the Adams merger added one bank location in Blue Springs, Missouri, with total assets of $115.8 million.  During the six months ended June 30, 2018, there was $5.8 million ($4.6 million after-tax) of merger expense principally related to the CBT, KBC and Adams mergers.

Diluted earnings per share were $1.02 for the six-month period ended June 30, 2018, as compared to $0.91 for the comparable period of 2017.  Weighted average fully diluted shares were 15,294,387 and 12,264,156 for the six months ended June 30, 2018 and 2017.  The increase in weighted average fully diluted shares reflect the issuance of 2,370,688 shares in connection with Equity's November 2017 mergers with Eastman National Bancshares, Inc. ("Eastman") and Cache Holdings, Inc. ("Cache") and 1,164,912 shares in connection with Equity's May 2018 mergers with KBC and Adams.

Net interest income was $58.7 million for the six months ended June 30, 2018 as compared to $41.1 million for the six months ended June 30, 2017, a $17.6 million or 42.9% increase.  The increase in net interest income was primarily driven by growth in loan and securities balances, partially offset by an increase in interest expense as we funded the increase in earning assets with increased deposits and borrowings.

Our net interest margin was 3.92% for the six months ended June 30, 2018 as compared to 3.93% for the six months ended June 30, 2017.

The provision for loan losses was $1.9 million for the six months ended June 30, 2018 as compared to $1.7 million for the six months ended June 30, 2017.  Net charge-offs for the six months ended June 30, 2018 were $335 thousand compared to net charge-offs of $587 thousand for the comparable period of 2017.

Total non-interest income was $8.8 million for the six months ended June 30, 2018 as compared to $7.3 million for the six months ended June 30, 2017.  Increases in service charges and fees and in debit card income are principally attributable to the addition of accounts and higher transaction volumes associated with the Eastman, Cache, KBC and Adams mergers.  Non-interest income includes the increase in value of bank owned life insurance of $1.2 million and $709 thousand for the six-month periods ended June 30, 2018 and 2017.

Total non-interest expense was $45.6 million for the six months ended June 30, 2018 as compared to $30.4 million for the six months ended June 30, 2017.  These results primarily reflect the effect of the November 2017 Eastman merger, which added four locations in Newkirk and Ponca City, Oklahoma, the November 2017 Cache merger, which added one location in Tulsa, Oklahoma, the May 2018 KBC merger, which added five locations in southwest Kansas and the May 2018 Adams merger, which added one additional location in Missouri.  In addition, the results reflect additional lending, customer service, corporate and operations staff indirectly attributable to mergers and organic growth and increased data processing costs due to increased accounts and higher transaction volumes.  Non-interest expense also includes merger expenses of $5.8 million ($4.5 million after-tax) for the six months ended June 30, 2018.  Merger expenses for the six months ended June 30, 2017, totaled $1.1 million ($660 thousand after-tax).

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 7/19/2018

Equity's effective tax rate for the six-month period ended June 30, 2018 was 22.2% as compared to 31.2% for the six-month period ended June 30, 2017. On December 22, 2017, the Tax Cuts and Jobs Act ("Tax Reform") was enacted, which reduced the U.S. federal statutory income tax rate from the 35% rate applicable in 2017 to 21% in 2018. Equity's estimated annual effective tax rate was reduced approximately 10 percentage points in 2018 principally due to this reduction in the U.S. federal statutory rate. In addition to the statutory tax rates applicable in each period, the estimated annual effective tax rate for both 2018 and 2017 reflect the levels of tax-exempt interest income, non-taxable life insurance income, non-deductible facilitative merger expense and other non-deductible expense included in income before income taxes as well as available federal income tax credits. Partially offsetting the benefit of the rate reduction was a decrease in excess tax benefits associated with the exercise of stock options recorded during the six months ended June 30, 2018, as compared to the same time period of the prior year. Excess tax benefits were $6 thousand in the first six months of 2018, down $209 thousand from the excess tax benefits recorded in the first six months of 2017.

### Financial Results for Quarter Ended June 30, 2018

Net income allocable to common stockholders was $6.9 million for the three months ended June 30, 2018, as compared to $6.4 million for the three months ended June 30, 2017, an increase of $513 thousand or 8.1%.

Diluted earnings per share were $0.44 for the three months ended June 30, 2018, as compared to $0.51 for the comparable period of 2017. Weighted average fully diluted shares were 15,690,111 and 12,444,859 for the three months ended June 30, 2018 and 2017. The increase in weighted average fully diluted shares reflect the issuance of 2,370,688 shares in connection with Equity's November 2017 mergers with Eastman and Cache and 1,164,912 shares in connection with Equity's May 2018 mergers with KBC and Adams.

Net interest income was $30.9 million for the three months ended June 30, 2018, as compared to $21.2 million for the three months ended June 30, 2017, a $9.7 million or 45.9% increase. The increase in net interest income was primarily driven by growth in loan and securities balances, partially offset by an increase in interest expense as we funded the increase in earning assets with increased deposits and borrowings.

Our net interest margin was 3.93% for the three months ended June 30, 2018, as compared to 3.91% for the three months ended June 30, 2017. The increase in net interest margin was primarily due to an overall increase in volume and yield of interest-earning assets including an increase in accretion of purchase accounting discounts related to the Eastman and Cache mergers and to a lesser extent the KBC and Adams mergers, partially offset by an overall increase in volumes and cost of interest-bearing liabilities.

The provision for loan losses was $750 thousand for the three months ended June 30, 2018, as compared to $628 thousand for the three months ended June 30, 2017. For the three months ended June 30, 2018 we had a net recovery of $17 thousand compared to net charge-offs of $108 thousand for the same period in 2017.

Total non-interest income rose to $4.6 million for the three months ended June 30, 2018, versus $4.0 million for the three months ended June 30, 2017. Increases in service charges and fees and debit card income are principally attributable to the addition of accounts and higher transaction volumes associated with the Eastman and Cache mergers, and to a lesser extent, the May 2018 mergers with KBC and Adams. Non-interest income includes the increase in value of bank owned life insurance of $508 thousand and $354 thousand for the three-month periods ended June 30, 2018 and 2017.

Total non-interest expense was $26.0 million for the quarter ended June 30, 2018, compared to $15.1 million for the quarter ended June 30, 2017. These results reflect the effect of the November 2017 addition of five locations in northern Oklahoma, the May 2018 addition of five locations in southwest Kansas and the addition of one location in Blue Springs, Missouri. In addition, the results reflect additional lending, customer service, corporate and operations staff indirectly attributable to mergers and organic growth and increased data processing costs due to increased accounts and higher transaction volumes. Non-interest expense also includes merger expenses of $5.2 million ($4.0

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 7/19/2018

million after-tax) for the three months ended June 30, 2018. Merger expenses for the three months ended June 30, 2017, totaled $136 thousand ($84 thousand after-tax).

Equity's effective tax rate for the three months ended June 30, 2018, was 21.9% as compared to 32.4% for the quarter ended June 30, 2017. The effective tax rates for each of the comparable periods reflect the applicable statutory tax rates as well as the levels of tax-exempt interest income, non-taxable life insurance income, non-deductible facilitative merger expense and other non-deductible expense included in income before income taxes as well as available federal income tax credits. There were no excess benefits associated with the exercise of stock options recorded in the second quarter of 2018 as compared to $8 thousand in the comparable period of 2017.

## Loans, Deposits, and Total Assets

Loans held for investment were $2.41 billion at June 30, 2018, compared to $2.10 billion at December 31, 2017, an increase of $308.2 million. The increase in loans held for investment includes $159.9 million and $82.7 million of net loans acquired in the May 2018 KBC and Adams mergers and $65.6 million of other loan growth.

As of June 30, 2018, Equity's allowance for loan losses to total loans was 0.42%, compared to 0.40% at December 31, 2017. Total reserves, including purchase discounts, to total loans were approximately 1.11% as of June 30, 2018, compared to 1.21% at December 31, 2017. Nonperforming assets of $45.6 million as of June 30, 2018, were 1.23% of total assets and included nonperforming assets of $3.2 million and $1.6 million acquired in the KBC and Adams mergers. Nonperforming assets at December 31, 2017, were $48.2 million or 1.52% of total assets.

Total deposits were $2.64 billion at June 30, 2018, as compared to $2.38 billion at December 31, 2017. Total deposits increased $253.0 million between December 31, 2017, and June 30, 2018. This increase included $288.4 million of deposits assumed in the KBC merger and $97.1 million of deposits assumed in the Adams merger, partially offset by a reduction of $132.4 million in deposits primarily related to a planned reduction in brokered deposits assumed in prior mergers and decreases in public funds deposits from both expenditure of the funds by the entities and from the competitive nature of public funds deposits. Signature deposits were $1.83 billion at June 30, 2018, as compared to $1.61 billion at December 31, 2017.

At June 30, 2018, Equity had consolidated total assets of $3.71 billion, compared to $3.17 billion at December 31, 2017, an increase of $541.7 million. The increase in total assets includes $336.1 million of total assets acquired in the KBC merger and $115.8 million of total assets acquired in the Adams merger.

## Capital and Borrowings

In connection with the KBC and Adams mergers, Equity issued 820,849 shares and 344,063 shares, in each case, valued at $39.11 per share, Equity's closing price on May 4, 2018. Net of $207 thousand of stock issuance costs, the KBC merger added $31.9 million to stockholders' equity while the Adams merger added $13.2 million to stockholders' equity, net of $237 thousand of stock issuance costs.

At June 30, 2018, common stockholders' equity totaled $433.3 million, $27.44 per common share, compared to $374.1 million, $25.62 per common share, at December 31, 2017. Tangible common equity was $286.7 million and tangible book value per common share was $18.16 at June 30, 2018. Tangible common equity was $257.2 million and tangible book value per common share was $17.61 at December 31, 2017. The ratio of common equity tier 1 capital to risk-weighted assets was approximately 11.13% and the total capital to risk-weighted assets was approximately 12.03% at June 30, 2018.

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 7/19/2018

## Non-GAAP Financial Measures

This press release includes certain non-GAAP financial measures intended to supplement, not substitute for, comparable GAAP measures. Reconciliations of non-GAAP financial measures to GAAP financial measures are provided at the end of this press release.

## Conference Call and Webcast

Equity Chairman and Chief Executive Officer, Brad Elliott, and Chief Financial Officer, Greg Kossover, will hold a conference call and webcast to discuss second quarter 2018 results on Friday, July 20, 2018 at 10 a.m. eastern time and 9 a.m. central time.

Investors, news media and other participants should register for the call or audio webcast at investor.equitybank.com. On Friday, July 20, 2018, participants may also dial into the call toll-free at (844) 534-7311 from anywhere in the U.S. or (574) 990-1419 internationally, using conference ID no. 2492649.

Participants are encouraged to dial into the call or access the webcast approximately 10 minutes prior to the start time. Presentation slides to pair with the call or webcast will be posted one hour prior to the call at investor.equitybank.com.

A replay of the call and webcast will be available two hours following the close of the call until July 27, 2018, accessible at (855) 859-2056 with conference ID no. 2492649 at investor.equitybank.com.

## About Equity Bancshares, Inc.

Equity Bancshares, Inc. is the holding company for Equity Bank, offering a full range of financial solutions, including commercial loans, consumer banking, mortgage loans, and treasury management services. As of June 30, 2018, Equity had $3.71 billion in consolidated total assets, with 48 locations throughout Kansas, Missouri, Arkansas and Oklahoma, including its corporate headquarters in Wichita and bank locations throughout the Kansas City and Tulsa metropolitan areas. Learn more at www.equitybank.com.

Equity seeks to provide an enhanced banking experience for customers by providing a suite of sophisticated banking products and services tailored to their needs, while delivering the high-quality, relationship-based customer service of a community bank. Equity's common stock is traded on the NASDAQ Global Select Market under the symbol "EQBK."

## Special Note Concerning Forward-Looking Statements

This press release contains "forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements reflect the current views of Equity's management with respect to, among other things, future events and Equity's financial performance. These statements are often, but not always, made through the use of words or phrases such as "may," "should," "could," "predict," "potential," "believe," "will likely result," "expect," "continue," "will," "anticipate," "seek," "estimate," "intend," "plan," "project," "forecast," "goal," "target," "would" and "outlook," or the negative variations of those words or other comparable words of a future or forward-looking nature. These forward-looking statements are not historical facts, and are based on current expectations, estimates and projections about Equity's industry, management's beliefs and certain assumptions made by management, many of which, by their nature, are inherently uncertain and beyond Equity's control. Accordingly, Equity cautions you that any such forward-looking statements are not guarantees of future performance and are subject to risks, assumptions and uncertainties that are difficult to predict. Although Equity believes that the expectations reflected in these forward-looking statements are reasonable as of the date made, actual results may prove to be materially different from the results expressed or implied by the forward-looking statements. Factors that could cause actual results to differ materially from Equity's expectations include competition from other financial institutions and bank holding companies; the effects of and changes in trade, monetary and fiscal policies and laws, including interest rate policies of the Federal Reserve Board; changes in the demand for loans; fluctuations in value of collateral and loan reserves; inflation, interest rate, market and monetary fluctuations; changes

5

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 7/19/2018

in consumer spending, borrowing and savings habits; and acquisitions and integration of acquired businesses, and similar variables.  The foregoing list of factors is not exhaustive.

For discussion of these and other risks that may cause actual results to differ from expectations, please refer to "Cautionary Note Regarding Forward-Looking Statements" and "Risk Factors" in Equity's Annual Report on Form 10-K filed with the Securities and Exchange Commission ("SEC") on March 16, 2018 and any updates to those risk factors set forth in Equity's subsequent Quarterly Reports on Form 10-Q or Current Reports on Form 8-K, Form S-3 or Form S-4.  If one or more events related to these or other risks or uncertainties materialize, or if Equity's underlying assumptions prove to be incorrect, actual results may differ materially from what Equity anticipates.  Accordingly, you should not place undue reliance on any such forward-looking statements.  Any forward-looking statement speaks only as of the date on which it is made, and Equity does not undertake any obligation to publicly update or review any forward-looking statement, whether as a result of new information, future developments or otherwise.  New risks and uncertainties arise from time to time, and it is not possible for us to predict those events or how they may affect us.  In addition, Equity cannot assess the impact of each factor on Equity's business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements.  All forward-looking statements, expressed or implied, included in this press release are expressly qualified in their entirety by this cautionary statement.  This cautionary statement should also be considered in connection with any subsequent written or oral forward-looking statements that Equity or persons acting on Equity's behalf may issue.

**Unaudited Financial Tables**
- **Table 1**. Selected Financial Highlights
- **Table 2**. Consolidated Balance Sheets
- **Table 3**. Consolidated Statements of Income
- **Table 4**. Non-GAAP Financial Measures

6

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 7/19/2018

## TABLE 1. SELECTED FINANCIAL HIGHLIGHTS (Unaudited)

(Dollars in thousands, except per share data)

| | As of and for the three months ended | | | | |
|---|---|---|---|---|---|
| | June 30, 2018 | March 31, 2018 | December 31, 2017 | September 30, 2017 | June 30, 2017 |
| **Statement of Income Data** | | | | | |
| Net interest income | $30,920 | $27,787 | $24,589 | $20,321 | $21,199 |
| Provision for loan losses | 750 | 1,170 | 503 | 727 | 628 |
| Net gains (losses) from securities transactions | (2) | (8) | — | 175 | 83 |
| Other non-interest income | 4,594 | 4,259 | 4,104 | 3,860 | 3,879 |
| Total non-interest income | 4,592 | 4,251 | 4,104 | 4,035 | 3,962 |
| Merger expenses | 5,236 | 531 | 3,267 | 1,023 | 136 |
| Other non-interest expense | 20,739 | 19,096 | 17,451 | 15,365 | 14,995 |
| Total non-interest expense | 25,975 | 19,627 | 20,718 | 16,388 | 15,131 |
| Income before income taxes | 8,787 | 11,241 | 7,472 | 7,241 | 9,402 |
| Provision for income taxes | 1,920 | 2,530 | 3,198 | 2,084 | 3,048 |
| Net income | 6,867 | 8,711 | 4,274 | 5,157 | 6,354 |
| Net income allocable to common stockholders | 6,867 | 8,711 | 4,274 | 5,157 | 6,354 |
| Basic earnings per share | 0.45 | 0.60 | 0.32 | 0.42 | 0.52 |
| Diluted earnings per share | 0.44 | 0.58 | 0.31 | 0.41 | 0.51 |
| **Balance Sheet Data (at period end)** | | | | | |
| Securities available-for-sale | $180,238 | $174,717 | $162,272 | $81,116 | $92,435 |
| Securities held-to-maturity | 665,995 | 522,021 | 535,462 | 528,944 | 532,159 |
| Gross loans held for investment | 2,411,471 | 2,125,324 | 2,103,279 | 1,540,761 | 1,529,396 |
| Allowance for loan losses | 10,083 | 9,316 | 8,498 | 7,969 | 7,568 |
| Intangible assets, net | 146,538 | 115,032 | 116,922 | 71,353 | 71,608 |
| Total assets | 3,712,185 | 3,176,062 | 3,170,509 | 2,405,426 | 2,408,624 |
| Total deposits | 2,635,048 | 2,368,297 | 2,382,013 | 1,868,493 | 1,819,671 |
| Non-time deposits | 1,829,902 | 1,647,105 | 1,605,514 | 1,223,244 | 1,163,904 |
| Borrowings | 631,501 | 414,415 | 401,652 | 235,098 | 292,302 |
| Total liabilities | 3,278,903 | 2,794,575 | 2,796,365 | 2,113,591 | 2,122,566 |
| Total stockholders' equity | 433,282 | 381,487 | 374,144 | 291,835 | 286,058 |
| Tangible common equity* | 286,744 | 266,455 | 257,222 | 220,482 | 214,450 |
| **Selected Average Balance Sheet Data (quarterly average)** | | | | | |
| Total gross loans receivable | $2,317,071 | $2,122,973 | $1,850,045 | $1,528,658 | $1,519,289 |
| Investment securities | 767,038 | 699,055 | 669,220 | 621,055 | 613,914 |
| Interest-earning assets | 3,158,187 | 2,883,960 | 2,573,043 | 2,192,275 | 2,175,517 |
| Total assets | 3,475,786 | 3,169,131 | 2,820,548 | 2,402,599 | 2,382,886 |
| Interest-bearing deposits | 2,148,361 | 2,043,784 | 1,821,850 | 1,584,618 | 1,539,763 |
| Borrowings | 495,558 | 389,120 | 330,651 | 266,392 | 309,588 |
| Total interest-bearing liabilities | 2,643,919 | 2,432,904 | 2,152,501 | 1,851,010 | 1,849,351 |
| Total deposits | 2,556,982 | 2,390,648 | 2,140,490 | 1,837,726 | 1,781,181 |
| Total liabilities | 3,062,312 | 2,791,236 | 2,483,029 | 2,113,592 | 2,099,699 |
| Total stockholders' equity | 413,474 | 377,895 | 337,519 | 289,007 | 283,187 |
| Tangible common equity* | 279,328 | 261,261 | 240,899 | 217,542 | 211,467 |
| **Performance Ratios** | | | | | |
| Return on average assets (ROAA) annualized | 0.79% | 1.11% | 0.60% | 0.85% | 1.07% |
| Return on total average stockholders equity (ROAE) annualized | 6.66% | 9.35% | 5.02% | 7.08% | 9.00% |
| Return on average tangible common equity (ROATCE) annualized* | 10.58% | 14.01% | 7.41% | 9.71% | 12.36% |
| Yield on loans annualized | 5.73% | 5.55% | 5.40% | 5.30% | 5.45% |
| Cost of interest-bearing deposits annualized | 1.00% | 0.94% | 0.87% | 0.82% | 0.75% |
| Cost of total deposits annualized | 0.84% | 0.80% | 0.74% | 0.71% | 0.65% |
| Net interest margin annualized | 3.93% | 3.91% | 3.79% | 3.68% | 3.91% |
| Efficiency ratio* | 58.40% | 59.59% | 60.82% | 63.54% | 59.79% |
| Non-interest income / average assets | 0.53% | 0.54% | 0.58% | 0.67% | 0.67% |
| Non-interest expense / average assets | 3.00% | 2.51% | 2.91% | 2.71% | 2.55% |
| **Capital Ratios** | | | | | |
| Tier 1 Leverage Ratio | 9.36% | 9.45% | 10.33% | 10.32% | 10.15% |
| Common Equity Tier 1 Capital Ratio | 11.13% | 11.80% | 11.56% | 13.33% | 13.07% |
| Tier 1 Risk Based Capital Ratio | 11.65% | 12.41% | 12.17% | 14.15% | 13.89% |
| Total Risk Based Capital Ratio | 12.03% | 12.81% | 12.54% | 14.62% | 14.34% |
| Total stockholders' equity to total assets | 11.67% | 12.01% | 11.80% | 12.13% | 11.88% |
| Tangible common equity to tangible assets* | 8.04% | 8.70% | 8.42% | 9.45% | 9.18% |
| Book value per common share | $27.44 | $26.09 | $25.62 | $23.86 | $23.44 |
| Tangible book value per common share* | $18.16 | $18.22 | $17.61 | $18.03 | $17.57 |
| Tangible book value per diluted common share* | $17.78 | $17.85 | $17.29 | $17.64 | $17.24 |

*The value noted is considered a Non-GAAP financial measure.  For a reconciliation of Non-GAAP financial measures, see Table 4. Non-GAAP Financial Measures.

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 7/19/2018

## TABLE 2. CONSOLIDATED BALANCE SHEETS (Unaudited)

(Dollars in thousands)

| | June 30, 2018 | December 31, 2017 |
|---|---|---|
| **ASSETS** | | |
| Cash and due from banks | $46,704 | $48,034 |
| Federal funds sold | 987 | 4,161 |
| Cash and cash equivalents | 47,691 | 52,195 |
| Interest-bearing time deposits in other banks | 6,991 | 3,496 |
| Available-for-sale securities | 180,238 | 162,272 |
| Held-to-maturity securities, fair value of $653,012 and $532,744 | 665,995 | 535,462 |
| Loans held for sale | 43,875 | 16,344 |
| Loans, net of allowance for loan losses of $10,083 and $8,498 | 2,401,388 | 2,094,781 |
| Other real estate owned, net | 7,623 | 7,907 |
| Premises and equipment, net | 73,312 | 63,449 |
| Bank owned life insurance | 72,067 | 68,384 |
| Federal Reserve Bank and Federal Home Loan Bank stock | 35,681 | 24,373 |
| Interest receivable | 14,343 | 12,371 |
| Goodwill | 125,485 | 104,907 |
| Core deposit intangible, net | 19,800 | 10,738 |
| Other | 17,696 | 13,830 |
| Total assets | $3,712,185 | $3,170,509 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Deposits | | |
| Demand | $442,279 | $366,530 |
| Total non-interest bearing deposits | 442,279 | 366,530 |
| Savings, NOW, and money market | 1,387,623 | 1,238,984 |
| Time | 805,146 | 776,499 |
| Total interest-bearing deposits | 2,192,769 | 2,015,483 |
| Total deposits | 2,635,048 | 2,382,013 |
| Federal funds purchased and retail repurchase agreements | 41,394 | 37,492 |
| Federal Home Loan Bank advances | 557,619 | 347,692 |
| Bank stock loan | 18,375 | 2,500 |
| Subordinated debentures | 14,113 | 13,968 |
| Contractual obligations | 1,734 | 1,967 |
| Interest payable and other liabilities | 10,620 | 10,733 |
| Total liabilities | 3,278,903 | 2,796,365 |
| Stockholders' equity | | |
| Common stock | 173 | 161 |
| Additional paid-in capital | 377,800 | 331,339 |
| Retained earnings | 81,079 | 65,512 |
| Accumulated other comprehensive loss | (5,994) | (3,092) |
| Employee stock loans | (121) | (121) |
| Treasury stock | (19,655) | (19,655) |
| Total stockholders' equity | 433,282 | 374,144 |
| Total liabilities and stockholders' equity | $3,712,185 | $3,170,509 |

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 7/19/2018

## TABLE 3. CONSOLIDATED STATEMENTS OF INCOME (Unaudited)

(Dollars in thousands, except per share data)

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| **Interest and dividend income** | | | | |
| Loans, including fees | $33,101 | $20,662 | $62,149 | $40,062 |
| Securities, taxable | 4,112 | 3,224 | 7,835 | 5,948 |
| Securities, nontaxable | 1,025 | 862 | 1,904 | 1,647 |
| Federal funds sold and other | 593 | 334 | 1,066 | 640 |
| Total interest and dividend income | 38,831 | 25,082 | 72,954 | 48,297 |
| **Interest expense** | | | | |
| Deposits | 5,338 | 2,894 | 10,056 | 5,470 |
| Federal funds purchased and retail repurchase agreements | 24 | 13 | 47 | 25 |
| Federal Home Loan Bank advances | 2,094 | 734 | 3,393 | 1,236 |
| Bank stock loan | 156 | 0 | 183 | 0 |
| Subordinated debentures | 299 | 242 | 568 | 474 |
| Total interest expense | 7,911 | 3,883 | 14,247 | 7,205 |
| **Net interest income** | 30,920 | 21,199 | 58,707 | 41,092 |
| Provision for loan losses | 750 | 628 | 1,920 | 1,723 |
| **Net interest income after provision for loan losses** | 30,170 | 20,571 | 56,787 | 39,369 |
| **Non-interest income** | | | | |
| Service charges and fees | 1,729 | 1,224 | 3,309 | 2,449 |
| Debit card income | 1,522 | 1,205 | 2,775 | 2,210 |
| Mortgage banking | 312 | 540 | 625 | 1,025 |
| Increase in value of bank owned life insurance | 508 | 354 | 1,160 | 709 |
| Net gains (loss) from securities transactions | (2) | 83 | (10) | 96 |
| Other | 523 | 556 | 984 | 812 |
| Total non-interest income | 4,592 | 3,962 | 8,843 | 7,301 |
| **Non-interest expense** | | | | |
| Salaries and employee benefits | 11,629 | 8,236 | 22,520 | 16,042 |
| Net occupancy and equipment | 2,011 | 1,519 | 3,813 | 3,018 |
| Data processing | 1,968 | 1,191 | 3,642 | 2,352 |
| Professional fees | 844 | 462 | 1,559 | 978 |
| Advertising and business development | 665 | 624 | 1,284 | 1,142 |
| Telecommunications | 432 | 330 | 801 | 691 |
| FDIC insurance | 510 | 219 | 754 | 325 |
| Courier and postage | 303 | 236 | 558 | 462 |
| Free nation-wide ATM cost | 330 | 233 | 622 | 445 |
| Amortization of core deposit intangible | 625 | 235 | 1,009 | 444 |
| Loan expense | 145 | 282 | 491 | 459 |
| Other real estate owned | (671) | 70 | (403) | 275 |
| Merger expenses | 5,236 | 136 | 5,767 | 1,062 |
| Other | 1,948 | 1,358 | 3,185 | 2,662 |
| Total non-interest expense | 25,975 | 15,131 | 45,602 | 30,357 |
| Income before income taxes | 8,787 | 9,402 | 20,028 | 16,313 |
| Provision for income taxes | 1,920 | 3,048 | 4,450 | 5,095 |
| **Net income** | $6,867 | $6,354 | $15,578 | $11,218 |
| **Net income allocable to common stockholders** | $6,867 | $6,354 | $15,578 | $11,218 |
| Basic earnings per share | $0.45 | $0.52 | $1.04 | $0.93 |
| Diluted earnings per share | $0.44 | $0.51 | $1.02 | $0.91 |

Exhibit 99.1

# EQUITY BANCSHARES, INC.
PRESS RELEASE - 7/19/2018

## TABLE 4. Non-GAAP Financial Measures (Unaudited)
(Dollars in thousands, except per share data)

| | As of and for the three months ended | | | | |
|---|---|---|---|---|---|
| | June 30, 2018 | March 31, 2018 | December 31, 2017 | September 30, 2017 | June 30, 2017 |
| Total stockholders' equity | $433,282 | $381,487 | $374,144 | $291,835 | $286,058 |
| Less: goodwill | 125,485 | 103,412 | 104,907 | 64,587 | 64,587 |
| Less: core deposit intangibles, net | 19,800 | 10,355 | 10,738 | 5,476 | 5,719 |
| Less: mortgage servicing asset, net | 14 | 16 | 17 | 19 | 20 |
| Less: naming rights, net | 1,239 | 1,249 | 1,260 | 1,271 | 1,282 |
| **Tangible common equity** | $286,744 | $266,455 | $257,222 | $220,482 | $214,450 |
| Common shares issued at period end | 15,780,777 | 14,609,414 | 14,605,607 | 12,230,319 | 12,206,319 |
| RSU shares vested | 6,768 | 11,844 | 0 | 0 | 0 |
| **Common shares outstanding at period end** | 15,787,545 | 14,621,258 | 14,605,607 | 12,230,319 | 12,206,319 |
| Diluted common shares outstanding at period end | 16,131,096 | 14,923,798 | 14,873,257 | 12,501,484 | 12,441,429 |
| **Book value per common share** | $27.44 | $26.09 | $25.62 | $23.86 | $23.44 |
| **Tangible book value per common share** | $18.16 | $18.22 | $17.61 | $18.03 | $17.57 |
| **Tangible book value per diluted common share** | $17.78 | $17.85 | $17.29 | $ 17.64 | $17.24 |
| Total assets | $3,712,185 | $3,176,062 | $3,170,509 | $2,405,426 | $2,408,624 |
| Less: goodwill | 125,485 | 103,412 | 104,907 | 64,587 | 64,587 |
| Less: core deposit intangibles, net | 19,800 | 10,355 | 10,738 | 5,476 | 5,719 |
| Less: mortgage servicing asset, net | 14 | 16 | 17 | 19 | 20 |
| Less: naming rights, net | 1,239 | 1,249 | 1,260 | 1,271 | 1,282 |
| **Tangible assets** | $3,565,647 | $3,061,030 | $3,053,587 | $2,334,073 | $2,337,016 |
| **Total stockholders' equity to total assets** | 11.67% | 12.01% | 11.80% | 12.13% | 11.88% |
| **Tangible common equity to tangible assets** | 8.04% | 8.70% | 8.42% | 9.45% | 9.18% |
| Total average stockholders' equity | $413,474 | $377,895 | $337,519 | $289,007 | $283,187 |
| Less: average intangible assets and preferred stock | 134,146 | 116,634 | 96,620 | 71,465 | 71,720 |
| **Average tangible common equity** | $279,328 | $261,261 | $240,899 | $217,542 | $211,467 |
| Net income allocable to common stockholders | $6,867 | $8,711 | $4,274 | $5,157 | $6,354 |
| Amortization of intangible assets | 637 | 396 | 349 | 256 | 247 |
| Less: Tax effect of intangible assets amortization | 134 | 83 | 122 | 90 | 86 |
| **Adjusted net income allocable to common stockholders** | $7,370 | $9,024 | $4,501 | $5,323 | $6,515 |
| **Return on total average stockholders' equity (ROAE) annualized** | 6.66% | 9.35% | 5.02% | 7.08% | 9.00% |
| **Return on average tangible common equity (ROATCE) annualized** | 10.58% | 14.01% | 7.41% | 9.71% | 12.36% |
| Non-interest expense | $25,975 | $19,627 | $20,718 | $16,388 | $15,131 |
| Less: merger expenses | 5,236 | 531 | 3,267 | 1,023 | 136 |
| Non-interest expense, excluding merger expenses | $20,739 | $19,096 | $17,451 | $15,365 | $14,995 |
| Net interest income | $30,920 | $27,787 | $24,589 | $20,321 | $21,199 |
| Non-interest income | $4,592 | $4,251 | $4,104 | $4,035 | $3,962 |
| Less: net gains (losses) from securities transactions | (2) | (8) | — | 175 | 83 |
| Non-interest income, excluding net gains (losses) from securities transactions | $4,594 | $4,259 | $4,104 | $3,860 | $3,879 |
| **Net interest income plus non-interest income, excluding net gains (losses) from securities transactions** | $35,514 | $32,046 | $28,693 | $24,181 | $25,078 |
| **Non-interest expense to net interest income plus non-interest income** | 73.14% | 61.26% | 72.21% | 67.29% | 60.14% |
| **Efficiency ratio** | 58.40% | 59.59% | 60.82% | 63.54% | 59.79% |

10

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 7/19/2018

**Investor Contact:**

Jacob Willis

Investor Relations Officer

316-779-1675

jwillis@equitybank.com

investor.equitybank.com

**Media Contact:**

John Hanley

SVP, Director of Marketing

816-505-4063

jhanley@equitybank.com

11

Exhibit 99.2



Q2 2018 Results Presentation

July 19, 2018

# Disclaimers

## Special Note Concerning Forward-Looking Statements

This investor presentation contains "forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements reflect the current views of Equity Bancshares, Inc. ("Equity") management with respect to, among other things, future events and Equity's financial performance. These statements are often, but not always, made through the use of words or phrases such as "may," "should," "could," "predict," "potential," "believe," "will likely result," "expect," "continue," "will," "anticipate," "seek," "estimate," "intend," "plan," "project," "forecast," "goal," "target," "would" and "outlook," or the negative variations of those words or other comparable words of a future or forward-looking nature. These forward-looking statements are not historical facts, and are based on current expectations, estimates and projections about Equity's industry, management's beliefs and certain assumptions made by management, many of which, by their nature, are inherently uncertain and beyond Equity's control. Accordingly, Equity cautions you that any such forward-looking statements are not guarantees of future performance and are subject to risks, assumptions and uncertainties that are difficult to predict. Although Equity believes that the expectations reflected in these forward-looking statements are reasonable as of the date made, actual results may prove to be materially different from the results expressed or implied by the forward-looking statements. Factors that could cause actual results to differ materially from Equity's expectations include competition from other financial institutions and bank holding companies; the effects of and changes in trade, monetary and fiscal policies and laws, including interest rate policies of the Federal Reserve Board; changes in the demand for loans; fluctuations in value of collateral and loan reserves; inflation, interest rate, market and monetary fluctuations; changes in consumer spending, borrowing and savings habits; and acquisitions and integration of acquired businesses, and similar variables. The foregoing list of factors is not exhaustive.

For discussion of these and other risks that may cause actual results to differ from expectations, please refer to "Cautionary Note Regarding Forward-Looking Statements" and "Risk Factors" in Equity's Annual Report on Form 10-K filed with the Securities and Exchange Commission on March 16, 2018 and any updates to those risk factors set forth in Equity's subsequent Quarterly Reports on Form 10-Q or Current Reports on Form 8-K. If one or more events related to these or other risks or uncertainties materialize, or if Equity's underlying assumptions prove to be incorrect, actual results may differ materially from what Equity anticipates. Accordingly, you should not place undue reliance on any such forward-looking statements. Any forward-looking statement speaks only as of the date on which it is made, and Equity does not undertake any obligation to publicly update or review any forward-looking statement, whether as a result of new information, future developments or otherwise. New risks and uncertainties arise from time to time, and it is not possible for us to predict those events or how they may affect us. In addition, Equity cannot assess the impact of each factor on Equity's business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. All forward-looking statements, expressed or implied, included in this press release are expressly qualified in their entirety by this cautionary statement. This cautionary statement should also be considered in connection with any subsequent written or oral forward-looking statements that Equity or persons acting on Equity's behalf may issue. Annualized, pro forma, projected and estimated numbers are used for illustrative purpose only, are not forecasts and may not reflect actual results.

## NON-GAAP FINANCIAL MEASURES

This presentation contains certain non-GAAP financial measures intended to supplement, not substitute for, comparable GAAP measures. Reconciliations of non-GAAP financial measures to GAAP financial measures are provided at the end of this presentation. Numbers in the presentation may not sum due to rounding.

2

# Equity Bancshares – About Us

| | |
|---|---|
| Recent Price[1] | $43.12 |
| Median Consensus Price Target[2] | $48.50 |
| Tangible Book Value per Share[4] | $18.16 |
| 2018 Consensus EPS Estimate[2] | $2.77 |
| Price to 2018 Consensus Earnings[1,2] | 15.6x |
| Price to Tangible Book Value per Share[1,4] | 2.4x |
| Market Capitalization[1,3] | $680.5 |



(1)   As of July 18, 2018 market closing.
(2)   Median consensus of 2018 analyst expectations, as of June 15, 2018.
(3)   Based on 15,780,777 shares outstanding as of June 30, 2018.
(4)   Non-GAAP financial measures. See the non-GAAP reconciliation at the end of this presentation.



3

# About EQBK

| Exchange / Ticker | • NASDAQ: EQBK |
|---|---|
| Market Cap | • 15.8 million shares outstanding / $680.5 million [1] |
| Total Assets | • $3.71 billion |
| YTD ROAA / ROATCE [2] | • 0.95% / 12.23% Annualized |
| Efficiency Ratio [2] | • 59.0% YTD |
| Locations | • 48 branches in Kansas, Missouri, Arkansas and Oklahoma |
| FTEs | • Approximately 581 |
| Loan Portfolio | • 56% of loans in commercial real estate, 17% in residential real estate, and 21% in commercial |

Note: All financial data is as of or for period ended June 30, 2018 unless otherwise noted.
(1)   Market Cap calculated based on July 18, 2018 closing price of $43.12.
(2)   Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.



4

# Pro Forma Footprint & Demographics



**Footprint**

- 49 full-service branches in 26 counties across 4 states
- Strong strategic positioning, with branches along I-70 and I-35
- Branches clustered around key areas such as Wichita, Topeka, Kansas City, Tulsa, Southwest Kansas, Southeast Kansas, Northern Oklahoma, Northwest Oklahoma, Western Missouri, and Arkansas
- Total population of current markets served of approximately 5 million
- Median household income of $54,385

**Unemployment Rates[1]**

- Kansas: 3.3%
- Missouri: 3.3%
- Arkansas: 3.5%
- Oklahoma: 3.9%
- USA: 3.6%

**Key Industries**

- Transportation
- Manufacturing
- Healthcare
- Agriculture



Source: S&P Market Intelligence
(1)   Unemployment rates as of May 2018

5

# 2018 Second Quarter Highlights

**Strategic Positioning**
- Announced upcoming merger with City Bank and Trust Company of Guymon, Oklahoma
- Continue merger discussions
- Continue product development
- Completed merger with KBC and Adams

**Capital**
- Bank level Tier 1 Leverage of 9.33% and Total Capital to Risk Weighted Assets of 11.99%
- Tangible Common Equity to Tangible Assets of 8.04% [1]
- Common share count of 15,787,545 [1]

**Balance Sheet Management**
- Total Assets at June 30, 2018 of $3.71 billion
- Total Loans of $2.41 billion at June 30, 2018
- Total Deposits of $2.64 billion at June 30, 2018
- Capacity for continued growth

**Efficiency and NIM Improvement**
- Expanded annualized core net interest margin year-over-year
- Larger scale offers more efficiency
- Efficiency ratio of 59.0%, compared to 60.7% at Jun. 2017 [1]

(1) Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.



6

# EPS & ROATCE[1]



(1)    Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.

7

# Revenue & Efficiency Ratio[1]





* Excluding net gain (loss) on securities transactions and net gain on acquisition.
(1)   Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.

8

# Tangible Common Book Value[1]



Tangible Common Book Value per Share[1] and Asset Growth

**TCBV CAGR 2014-2017: 9.2%**

2014 — Total Assets $1,175; TCBV per Share $13.54
2015 — Total Assets $1,586; TCBV per Share $15.97
2016 — Total Assets $2,192; TCBV per Share $16.64
2017 — Total Assets $3,171; TCBV per Share $17.61
2018 YTD — Total Assets $3,712; TCBV per Share $18.16

Legend: Total Assets — TCBV per Share

**2014:**
- Repurchase 1.3MM shares
- Repayment of $15.54MM of FCB TARP with a bank stock loan

**2015:**
- Acquisition of FFSL
- IPO

**2016:**
- Paid off SBLF
- Restructured term bank stock loan into LOC.
- Completed Community First merger on Nov. 10, 2016
- Announced Prairie merger on Oct. 20, 2016
- Completed PIPE in Dec 2016

**2017:**
- Completed Prairie merger on March 10, 2017; Eastman & Patriot mergers on November 10, 2017
- Announced mergers with First National Bank and Adams Dairy Bank on December 18, 2017

**2018:**
- Completed First National Bank & Adams Dairy Bank mergers on May 4, 2018
- Announced merger with City Bank & Trust on June 12, 2018

(1) Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.

9

# Capital Position Over Time



* Paid off Series C preferred stock
in January 2016



10

# Capital

## Summary

- All regulatory capital ratios remain above regulatory minimums to be considered "well capitalized"
- Strong relationship with regulators at holding company and bank level
- Efficiently positioned working capital, regulatory capital, and stockholders' equity

## Excess Capital Priorities

1. **Attractive Acquisitions**
2. **Common Dividends**
3. **Share Buybacks**

## Capital Ratios

Equity Bancshares, Inc. as of June 30, 2018

| | Ratio | Well Capitalized Minimum | Difference to Well Capitalized |
|---|---|---|---|
| Tier 1 capital ratio | 11.7% | 8.0% | 3.7% |
| Total RBC ratio | 12.0% | 10.0% | 2.0% |
| Tier 1 leverage ratio | 9.4% | 5.0% | 4.4% |
| Common equity tier 1 | 11.1% | 6.5% | 4.6% |
| Tangible common equity / tangible assets | 8.0% | - | - |
| Risk-weighted assets ($M) | $2,685 | - | - |

Equity Bank as of June 30, 2018

| | Ratio | Well Capitalized Minimum | Difference to Well Capitalized |
|---|---|---|---|
| Tier 1 capital ratio | 11.6% | 8.0% | 3.6% |
| Total RBC ratio | 12.0% | 10.0% | 2.0% |
| Tier 1 leverage ratio | 9.3% | 5.0% | 4.3% |
| Common equity tier 1 | 11.6% | 6.5% | 5.1% |
| Risk-weighted assets ($M) | $2,685 | - | - |

## Total Capital Composition ($M) as of March 31, 2018



- Tangible Equity, Net of DTAs and AOCI, $298.7
- Eligible ALLL, $10.1
- Eligible trust-preferred securities, $14.1

11

# Loan Portfolio Composition & Growth

| Loan Composition | | | | | |
|---|---|---|---|---|---|

| Loan Composition ($ in 000s) | 2014 | 2015 | 2016 | 2017 | Jun. 2018 |
|---|---|---|---|---|---|
| Commercial Real Estate | $ 364,096 | $ 397,017 | $ 593,108 | $ 987,661 | $ 1,226,397 |
| Commercial | 183,100 | 262,032 | 348,465 | 507,519 | 503,716 |
| Agricultural Real Estate | 17,083 | 18,180 | 38,331 | 86,486 | 118,241 |
| **Total Commercial** | **564,279** | **677,229** | **979,904** | **1,581,666** | **1,848,354** |
| Residential Real Estate | 134,455 | 250,216 | 338,387 | 376,705 | 409,571 |
| Consumer | 7,875 | 17,103 | 40,902 | 49,361 | 54,464 |
| Agricultural | 19,267 | 15,807 | 24,412 | 95,547 | 99,082 |
| **Total 1-4 Family & Other** | **161,597** | **283,126** | **403,701** | **521,613** | **563,117** |
| **Total Loans** | **$ 725,876** | **$ 960,355** | **$ 1,383,605** | **$ 2,103,279** | **$ 2,411,471** |
| **Yield on Loans** | **5.63%** | **5.31%** | **4.98%** | **5.43%** | **5.64%** |





12

# Asset Quality









13

# Core Deposit Franchise



| Deposit Composition ($ in 000s) | 2014 | 2015 | 2016 | 2017 | Jun. 2018 |
|---|---|---|---|---|---|
| Time Deposits | $ 342,160 | $ 438,612 | $ 553,158 | $ 776,499 | $ 805,146 |
| Signature Deposits | 639,017 | 777,302 | 1,077,293 | 1,605,514 | 1,829,902 |
| **Total Deposits** | $ 981,177 | $ 1,215,914 | $ 1,630,451 | $ 2,382,013 | $ 2,635,048 |
| **Cost of Deposits*** | 0.49% | 0.55% | 0.65% | 0.79% | 0.97% |

\* Interest Bearing

**Deposit Portfolio Mix**

- Time Deposits
- Signature Deposits

| | 2014 | 2015 | 2016 | 2017 | Jun. 2018 |
|---|---|---|---|---|---|
| Time Deposits | 34.9% | 36.1% | 33.9% | 32.6% | 30.6% |
| Signature Deposits | 65.1% | 63.9% | 66.1% | 67.4% | 69.4% |



14

# Footprint & Target





15

# Appendix



16

# Experienced Management Team



### BRAD ELLIOTT
*Chairman & CEO*
- Founded Equity Bank in 2002
- Served as Regional President of Sunflower Bank prior to forming Equity Bank
- More than 20 years of banking experience



### GREG KOSSOVER
*Chief Financial Officer*
- Has served as CFO since 2013 and as a Board Director since 2011
- Previously served as president of Physicians Development Group and CEO of Value Place, LLC, growing the latter to more than 150 locations in 25 states



### WENDELL BONTRAGER
*President, Equity Bank*
- Joined Equity Bank February 2017
- Previously Region President of Old National Bank (IN), EVP with Tower Bank (IN)
- More than 25 years of banking experience



### CRAIG ANDERSON
*Chief Operating Officer*
- Joined Equity Bank March 2018
- Served as President of UMB's Commercial Banking – Eastern Region
- More than 31 years of banking experience



17

# Strategic Planning Team

| Team Member | Role | Years with EQBK | Years in Banking |
|---|---|---|---|
| Patrick Harbert | EVP, Community Markets, Sales & Service | 14 | 23 |
| Julie Huber | EVP, Strategic Initiatives | 14 | 24 |
| Craig Mayo | EVP, Chief Credit Officer | 1 | 34 |
| John Blakeney | EVP, Chief Information Officer | 1 | 30 |
| Rolando Mayans | EVP, Chief Risk Officer | 10 | 25 |
| Jennifer Johnson | EVP, Chief Services Officer | 6 | 32 |
| Beth Money | EVP, Retail Banking Director | 9 | 28 |
| Patrick Salmans | SVP, Human Resources Director | 6 | 22 |
| Mark Parman | SVP, President - Kansas City | 5 | 37 |
| John Hanley | SVP, Director of Marketing | 5 | 14 |
| Jeremy Machain | SVP, President – Wichita | 9 | 15 |
| Michael E. Bezanson | SVP, CEO of Tulsa | 1 | 35 |
| Barbara Noyes | SVP, Controller | 7 | 32 |

**EQBK Team has 454+ Years of Combined Banking Experience**

18

# Diverse Market Segments

## Diverse market segments with economies based on transportation, manufacturing and healthcare

- Top employers in the region include a diverse range of operations such as telecommunications, professional services, aircraft manufacturing, OEM manufacturing, and transportation.

- Equity Bancshares, including City Bank and Trust Co., ranks in the Top 10 for market share in 20 of the 26 counties served and ranks in the Top 5 in 17 of those markets.

| Operating Market | | | As of June 30, 2017 | | |
|---|---|---|---|---|---|
| Rank  Holding Company | Parent City | State | # of Branches | Total Deposits 2017 ($000) | Market Share |
| 1  Bank of America Corp. (NC) | Charlotte | NC | 58 | 11,207,546 | 13.28% |
| 2  UMB Financial Corp. (MO) | Kansas City | MO | 30 | 11,112,761 | 13.17% |
| 3  BOK Financial Corp. (OK) | Tulsa | OK | 27 | 9,091,989 | 10.77% |
| 4  Commerce Bancshares Inc. (MO) | Kansas City | MO | 48 | 7,764,451 | 9.20% |
| 5  Arvest Bank Group Inc. (AR) | Bentonville | AR | 60 | 5,616,830 | 6.65% |
| 6  Capitol Federal Financial Inc (KS) | Topeka | KS | 42 | 4,759,257 | 5.64% |
| 7  U.S. Bancorp (MN) | Minneapolis | MN | 59 | 3,647,740 | 4.32% |
| 8  INTRUST Financial Corp. (KS) | Wichita | KS | 27 | 3,017,104 | 3.57% |
| 9  Equity Bancshares Inc. (KS) | Wichita | KS | 49 | 2,868,109 | 3.40% |
| 10  Central Bancompany Inc. (MO) | Jefferson City | MO | 30 | 1,616,527 | 1.92% |
| 11  Fidelity Financial Corp. (KS) | Wichita | KS | 13 | 1,362,558 | 1.61% |
| 12  Valley View Bancshares Inc. (KS) | Overland Park | KS | 23 | 1,348,391 | 1.60% |
| 13  Emprise Financial Corp. (KS) | Wichita | KS | 28 | 1,254,726 | 1.49% |
| 14  CrossFirst Bankshares Inc. (KS) | Leawood | KS | 2 | 1,239,038 | 1.47% |
| 15  Prosperity Bancshares Inc. (TX) | Houston | TX | 10 | 1,081,797 | 1.28% |
| 16  Wells Fargo & Co. (CA) | San Francisco | CA | 6 | 945,492 | 1.12% |
| 17  NASB Financial Inc. (MO) | Grandview | MO | 7 | 922,779 | 1.09% |
| 18  BancFirst Corp. (OK) | Oklahoma City | OK | 12 | 885,917 | 1.05% |
| 19  JPMorgan Chase & Co. (NY) | New York | NY | 9 | 759,397 | 0.90% |
| 20  Lauritzen Corp. (NE) | Omaha | NE | 7 | 736,651 | 0.87% |
| **Total for Institutions in Market** | | | 858 | 84,407,153 | 100.0% |

| Unemployment by County (%) | | 5/31/2018 | 5/31/2017 |
|---|---|---|---|
| Benton | AR | 2.7 | 2.8 |
| Boone | AR | 3.4 | 3.3 |
| Carroll | AR | 2.7 | 3.1 |
| Butler | KS | 3.4 | 3.7 |
| Crawford | KS | 3.8 | 3.9 |
| Ellis | KS | 2.3 | 2.6 |
| Gove | KS | 2.2 | 2.8 |
| Johnson | KS | 2.8 | 3.0 |
| Montgomery | KS | 4.5 | 5.3 |
| Sedgwick | KS | 3.7 | 4.2 |
| Seward | KS | 3.1 | 3.6 |
| Shawnee | KS | 3.4 | 3.6 |
| Sheridan | KS | 2.1 | 2.5 |
| Stevens | KS | 2.7 | 3.3 |
| Wilson | KS | 4.3 | 4.6 |
| Benton | MO | 4.3 | 4.7 |
| Henry | MO | 3.5 | 4.0 |
| Jackson | MO | 4.1 | 4.2 |
| Johnson | MO | 3.7 | 4.1 |
| Lafayette | MO | 3.7 | 3.4 |
| Pettis | MO | 3.5 | 3.9 |
| Platte | MO | 2.9 | 2.9 |
| Saline | MO | 3.0 | 3.5 |
| Kay | OK | 5.1 | 5.4 |
| Texas | OK | 3.3 | 3.5 |
| Tulsa | OK | 3.8 | 4.4 |

Source: S&P Market Intelligence. Deposit and market share data as of June 30, 2017. Employment data as of May 31, 2018.
Equity Bancshares, Inc. operating market reported above includes all bank locations and counties in which Equity Bank operates, including all completed mergers subsequent to June 30, 2017, and the planned merger with City Bank and Trust Company.



19

# Market Data

| Demographics | Kansas | Missouri | Arkansas | Oklahoma | National |
|---|---|---|---|---|---|
| Current Population | 2,914,920 | 6,117,659 | 3,003,556 | 3,959,551 | 326,533,070 |
| Historical Population Change (2010-2018) | 2.17% | 2.15% | 3.01% | 5.55% | 5.76% |
| Median Household Income (2018) | $58,348 | $53,831 | $44,901 | $52,112 | $61,045 |
| Projected Household Income Change (2018-2023) | 6.65% | 8.53% | 4.70% | 3.43% | 8.86% |
| May 2018 Unemployment Rate | 3.3% | 3.3% | 3.5% | 3.9% | 3.6% |

## Major Employers in Equity Bank Footprint

- Boeing
- Cargill Meat Solutions
- Cessna Aircraft Co.
- Spirit AeroSystems Inc.
- Blue Cross and Blue Shield of Kansas and Oklahoma
- Payless Shoe Source
- Hill's Pet Nutrition
- Goodyear Tire Co.
- Jostens Publishing
- Hallmark Cards, Inc.
- H&R Block
- Honeywell
- Sprint

- Garmin
- Teva
- DST Systems Inc.
- Whiteman Airforce Base
- Stahl Specialty Co.
- Western Missouri Medical Center
- HaysMed
- Walmart
- FedEx
- Tyson Foods
- FlexSteel
- Wabash National
- Wichita St. University
- Pittsburg St. University

- Washburn University
- Fort Hays St. University
- University of Central Mo.
- University of Mo-KC
- KU – Edwards/Professional
- Phillips 66
- Albertsons
- Lindsay
- AAON
- QuikTrip
- Williams
- Seaboard Foods

Source: S&P Market Intelligence



20

# Selected Income Statement Data

Delivering earnings growth

| Selected Income Statement Data ($000s) | | | | | |
|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 YTD |
| Interest income | $46,794 | $53,028 | $61,799 | $102,693 | $72,954 |
| Interest expense | 5,433 | 6,766 | 9,202 | 16,691 | 14,247 |
| **Net interest income** | **41,361** | **46,262** | **52,597** | **86,002** | **58,707** |
| Provision for loan losses | 1,200 | 3,047 | 2,119 | 2,953 | 1,920 |
| **Net interest income after provision** | **40,161** | **43,215** | **50,478** | **83,049** | **56,787** |
| Other income | 8,674 | 9,802 | 10,466 | 15,440 | 8,843 |
| Other expenses | 35,645 | 38,575 | 47,075 | 67,463 | 45,602 |
| Income before income taxes | 13,190 | 14,442 | 13,869 | 31,026 | 20,028 |
| Income taxes | 4,203 | 4,142 | 4,495 | 10,377 | 4,450 |
| **Net income** | **8,987** | **10,300** | **9,374** | **20,649** | **15,578** |
| Less: dividends and discounts accretion on preferred stock | 708 | 177 | 1 | 0 | 0 |
| **Net income allocable to common shareholders** | **$8,279** | **$10,123** | **$9,373** | **$20,649** | **$15,578** |



21

# Selected Balance Sheet Data

Demonstrating balance sheet strength

**Selected Balance Sheet Data ($000s)**

| ASSETS | 12/31/2014 | 12/31/2015 | 12/31/2016 | 12/31/2017 | 6/30/2018 |
|---|---|---|---|---|---|
| Cash and cash equivalents [1] | $37,702 | $62,074 | $38,845 | $55,691 | $54,682 |
| Investment securities [2] | 318,314 | 452,362 | 578,093 | 722,107 | 881,914 |
| Net loans | 720,810 | 958,353 | 1,382,003 | 2,111,125 | 2,445,263 |
| Other assets | 97,689 | 112,938 | 193,251 | 281,586 | 330,326 |
| **Total assets** | **$1,174,515** | **$1,585,727** | **$2,192,192** | **$3,170,509** | **$3,712,185** |
| | | | | | |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | | |
| Deposits | $981,177 | $1,215,914 | $1,630,451 | $2,382,013 | $2,635,048 |
| Borrowings | 70,370 | 194,064 | 293,909 | 401,652 | 631,501 |
| Other liabilities | 5,239 | 8,516 | 9,868 | 12,700 | 12,354 |
| **Total liabilities** | **1,056,786** | **1,418,494** | **1,934,228** | **2,796,365** | **3,278,903** |
| Stockholders' Equity | 117,729 | 167,233 | 257,964 | 374,144 | 433,282 |
| **Total liabilities and stockholders' equity** | **$1,174,515** | **$1,585,727** | **$2,192,192** | **$3,170,509** | **$3,712,185** |

(1)   Includes interest-bearing deposits in other banks
(2)   Includes Federal Reserve Bank and Federal Home Loan Bank stock



22

# Capitalization

Maintaining a strong regulatory capital position

| Ratio | 12/31/2014 | 12/31/2015 | 12/31/2016 | 12/31/2017 | 6/30/2018 |
|---|---|---|---|---|---|
| Leverage Ratio | 9.62% | 9.47% | 11.81% | 10.33% | 9.36% |
| Tier 1 Risk-Based Capital Ratio | 13.16% | 13.85% | 14.25% | 12.17% | 11.65% |
| Total Risk-Based Capital Ratio | 13.86% | 14.35% | 14.67% | 12.54% | 12.03% |
| Common Equity Tier-1 Capital to RWA | NA | 12.35% | 13.34% | 11.56% | 11.13% |
| Tangible Book Value per Common Share[1] | $13.54 | $15.97 | $16.64 | $17.61 | $18.16 |

(1) Total common equity less goodwill and intangibles divided by shares outstanding as of period end. Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.



23

# The subsequent tables present non-GAAP reconciliations of the following calculations:

- Tangible Common Equity (TCE) to Tangible Assets (TA) Ratio
- Tangible Book Value per Common Share
- Return on Average Tangible Common Equity (ROATCE)
- Efficiency Ratio



24

# TCE to TA and Tangible Book Value per Share

**Non-GAAP Financial Measures (Unaudited)**

| (Dollars in thousands, except per share data) | June 30, 2018 | December 31, 2017 | December 31, 2016 | December 31, 2015 | December 31, 2014 |
|---|---|---|---|---|---|
| Total stockholders' equity | $ 433,282 | $ 374,144 | $ 257,964 | $ 167,233 | $ 117,729 |
| Less: preferred stock | - | - | - | 16,372 | 16,359 |
| Less: goodwill | 125,485 | 104,907 | 58,874 | 18,130 | 18,130 |
| Less: core deposit intangibles, net | 19,800 | 10,738 | 4,715 | 1,549 | 1,107 |
| Less: mortgage servicing asset, net | 14 | 17 | 23 | 29 | - |
| Less: naming rights, net | 1,239 | 1,260 | - | - | - |
| Tangible common equity | $ 286,744 | $ 257,222 | $ 194,352 | $ 131,153 | $ 82,133 |
| Common shares outstanding at period end (1) | 15,787,545 | 14,605,607 | 11,680,308 | 8,211,727 | 6,067,511 |
| Book value per common share (1) | $ 27.44 | $ 25.62 | $ 22.09 | $ 18.37 | $ 16.71 |
| Tangible book value per common share (1) | $ 18.16 | $ 17.61 | $ 16.64 | $ 15.97 | $ 13.54 |
| Total assets | $ 3,712,185 | $ 3,170,509 | $ 2,192,192 | $ 1,585,727 | $ 1,174,515 |
| Less: goodwill | 125,485 | 104,907 | 58,874 | 18,130 | 18,130 |
| Less: core deposit intangibles, net | 19,800 | 10,738 | 4,715 | 1,549 | 1,107 |
| Less: mortgage servicing asset, net | 14 | 17 | 23 | 29 | - |
| Less: naming rights, net | 1,239 | 1,260 | - | - | - |
| Tangible assets | $ 3,565,647 | $ 3,053,587 | $ 2,128,580 | $ 1,566,019 | $ 1,155,278 |
| Tangible common equity to tangible assets | 8.04% | 8.42% | 9.13% | 8.37% | 7.11% |

As of and for the years ended

(1) Share and per share data includes Class A and Class B common stock issued and outstanding and vested RSU shares



25

# ROATCE and Efficiency Ratio

Non-GAAP Financial Measures, continued (Unaudited)

| (Dollars in thousands, except per share data) | June 30, 2018 | | December 31, 2017 | | December 31, 2016 | | December 31, 2015 | | December 31, 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | As of and for the years ended | | | | | |
| Total average stockholders' equity | $ | 395,783 | $ | 293,798 | $ | 168,822 | $ | 125,808 | $ | 123,181 |
| Less: average intangible assets and preferred stock | | 125,438 | | 76,320 | | 25,882 | | 19,165 | | 37,924 |
| Average tangible common equity (3) | $ | 270,345 | $ | 217,478 | $ | 142,940 | $ | 106,643 | $ | 85,257 |
| Net income allocable to common stockholders | $ | 15,578 | $ | 20,649 | $ | 9,373 | $ | 10,123 | $ | 8,279 |
| Amortization of intangibles | | 1,033 | | 1,070 | | 419 | | 275 | | 363 |
| Less: tax effect of amortization of intangibles (2) | | 217 | | 375 | | 147 | | 96 | | 127 |
| Adjusted net income allocable to common stockholders | $ | 16,394 | $ | 21,344 | $ | 9,645 | $ | 10,302 | $ | 8,515 |
| Return on average tangible common equity (ROATCE) (4) | | 12.23% | | 9.81% | | 6.75% | | 9.66% | | 9.99% |
| Non-interest expense | $ | 45,602 | $ | 67,463 | $ | 47,075 | $ | 38,575 | $ | 35,645 |
| Less: merger expenses | | 5,767 | | 5,352 | | 5,294 | | 1,691 | | - |
| Less: loss on debt extinguishment | | - | | - | | 58 | | 316 | | - |
| Non-interest expense, excluding merger expenses and loss on debt extinguishment | $ | 39,835 | $ | 62,111 | $ | 41,723 | $ | 36,568 | $ | 35,645 |
| Net interest income | $ | 58,707 | $ | 86,002 | $ | 52,597 | $ | 46,262 | $ | 41,361 |
| Non-interest income | $ | 8,843 | $ | 15,440 | $ | 10,466 | $ | 9,802 | $ | 8,674 |
| Less: net gains (losses) from securities transactions | | (10) | | 271 | | 479 | | 756 | | 986 |
| Less: net gain on acquisition | | - | | - | | - | | 682 | | - |
| Non-interest income, excluding net gains (losses) from securities transactions and net gain on acquisition | $ | 8,853 | $ | 15,169 | $ | 9,987 | $ | 8,364 | $ | 7,688 |
| Efficiency ratio | | 58.96% | | 61.39% | | 66.67% | | 66.94% | | 72.67% |

(1) Share and per share data includes Class A and Class B common stock issued and outstanding and vested RSU shares
(2) Tax rates used in this calculation were 21% for 2018 and 35% for previous years
(3) All periods disclosed, except 2018, 2017 and 2016, were calculated using a simple average of tangible common equity
(4) Annualized





investor.equitybank.com