# EXHIBIT K

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

**Washington, D.C. 20549**

**FORM 8-K**

CURRENT REPORT

Pursuant to Section 13 or 15(d) of The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): October 16, 2018

**EQUITY BANCSHARES, INC.**

(Exact name of registrant as specified in its charter)

| **Kansas** | **001-37624** | **72-1532188** |
|---|---|---|
| (State or other jurisdiction of | (Commission | (I.R.S. Employer |
| incorporation or organization) | File Number) | Identification No.) |

| **7701 East Kellogg Drive, Suite 300** | |
|---|---|
| **Wichita, KS** | **67207** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **316.612.6000**

Former name or former address, if changed since last report: **Not Applicable**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

☒ Emerging growth company

☒ If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

1

**Item 2.02**        **Results of Operations and Financial Condition.**

On October 16, 2018, Equity Bancshares, Inc. (the "Company") issued a press release announcing its financial results for the third quarter ended September 30, 2018.  A copy of the press release is furnished as Exhibit 99.1 and is incorporated by reference herein.

The information in this Item 2.02, including Exhibit 99.1, is being furnished pursuant to Item 2.02 of Form 8-K and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to liabilities of that section, nor shall it be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, unless specifically identified therein as being incorporated therein by reference.

**Item 7.01**        **Regulation FD Disclosure.**

The Company intends to hold an investor call and webcast to discuss its financial results for the third quarter ended September 30, 2018 on Wednesday, October 17, 2018, at 9:00 a.m. Central Time.  The Company's presentation to analysts and investors contains additional information about the Company's financial results for the third quarter ended September 30, 2018 and is furnished as Exhibit 99.2 and is incorporated by reference herein.

The information in this Item 7.01, including Exhibit 99.2, is being furnished pursuant to Item 7.01 of Form 8-K and shall not be deemed "filed" for purposes of Section 18 of the Exchange Act, or otherwise subject to liabilities of that section, nor shall it be deemed incorporated by reference into any filing under the Securities Act or the Exchange Act, unless specifically identified therein as being incorporated therein by reference.

**Item 9.01**        **Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Earnings Press Release, dated October 16, 2018 |
| 99.2 | Equity Bancshares, Inc. Investor Presentation |

2

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Equity Bancshares, Inc.**

Date: October 16, 2018     By: /s/ Gregory H. Kossover

Gregory H. Kossover

Executive Vice President and Chief Financial Officer

3

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 10/16/2018

**Equity Bancshares, Inc. Reports Net Income for Third Quarter 2018,**
**Continues to Build Oklahoma Franchise**

*Completes City Bank and Trust acquisition, announces pending addition of bank locations in Guymon and Cordell, Oklahoma, from MidFirst Bank*

WICHITA, Kansas, October 16, 2018 (GLOBE NEWSWIRE) – Equity Bancshares, Inc. (NASDAQ: EQBK), ("Equity", "we", "us", "our"), the Wichita-based holding company of Equity Bank, reported its unaudited results for the quarter ended September 30, 2018, including net income allocable to common stockholders for the quarter of $10.3 million, or $0.64 per diluted share.  Year-to-date 2018 net income allocable to common stockholders was $25.9 million and $1.66 per diluted share.

Notable Items:

- Income before taxes for the third quarter of 2018 was $13.3 million, or $0.82 per diluted share, compared to $7.2 million, or $0.58 per diluted share, for the same time period in 2017.  Income before taxes, adjusted to exclude merger expense, was $14.0 million, or $0.87 per diluted share, for the third quarter of 2018, compared to $8.3 million, or $0.66 per diluted share, for the third quarter of 2017.
- Stated diluted earnings per share in the third quarter of 2018 was $0.64.  Merger expenses, adjusted for estimated income tax, were $581 thousand in the third quarter of 2018, or $0.04 per diluted share.
- Net income allocable to common stockholders, adjusted for after-tax merger expense, was $10.9 million, or $0.68 per diluted share in the third quarter of 2018.  Net income allocable to common stockholders, adjusted for after-tax merger expense of $748 thousand, was $5.9 million, or $0.47 per diluted share in the third quarter of 2017.

On September 24, 2018, Equity announced its purchase and assumption agreement to acquire MidFirst Bank ("MidFirst") offices in Guymon and Cordell, Oklahoma, from parent company, Midland Financial Co., of Oklahoma City, Oklahoma.  After the closing of the acquisition, which is expected to be completed during the first quarter of 2019, pending receipt of regulatory approval and satisfaction of customary closing conditions, Equity will have completed 19 successful business combinations since 2003, and nine since the Company's initial public offering in November 2015.  Following the acquisition of the MidFirst branches, Equity will have 52 full-service bank locations throughout its footprint.

Equity completed its merger with City Bank and Trust ("CBT") in Guymon, Oklahoma, on August 23, 2018.  Results of operations of CBT are included in Equity's third quarter results subsequent to the merger.

"During the third quarter, our sales teams across our regions worked collectively and thoughtfully to add organic deposit and loan customer relationships while continuing to serve our communities with competitive and customized products," said Brad Elliott, Chairman and CEO of Equity. "Our operational teams continued to help us add community banks to our platform, exhibiting entrepreneurial and collaborative spirit while welcoming Oklahoma Panhandle team members and customers.  The addition of MidFirst locations in Guymon and Cordell will help us deliver on our strategy of providing sophisticated banking solutions to customers in a growing footprint."

Highlights of Equity's growth include:

- Total loans held for investment of $2.56 billion at September 30, 2018, compared to total loans held for investment of $2.10 billion at December 31, 2017.
- Total deposits were $2.82 billion at September 30, 2018, compared to $2.38 billion at December 31, 2017.  Signature deposits, or core deposits comprised of checking accounts, savings accounts and money market accounts, were $1.97 billion at September 30, 2018, compared to $1.61 billion at December 31, 2017.
- Total assets of $3.93 billion at September 30, 2018, compared to $3.17 billion at December 31, 2017.

- Book value per common share of $28.07 at September 30, 2018 and $25.62 at December 31, 2017.  Tangible book value per common share of $18.22 at September 30, 2018 and $17.61 at December 31, 2017.

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 10/16/2018

### Financial Results for Nine Months Ended September 30, 2018

Net income allocable to common stockholders was $25.9 million for the nine months ended September 30, 2018, as compared to $16.4 million for the nine months ended September 30, 2017, an increase of $9.5 million, or 58.2%. Financial results reflect our mergers with Kansas Bank Corporation ("KBC"), parent company of First National Bank of Liberal/Hugoton ("FNB") in Liberal, Kansas and Adams Dairy Bancshares, Inc. ("Adams"), parent company of Adams Dairy Bank in Blue Springs, Missouri, beginning on May 5, 2018, and CBT beginning on August 24, 2018. The KBC merger added four bank locations in Liberal, Kansas and one bank location in Hugoton, Kansas with total assets of $336.1 million; the Adams merger added one bank location in Blue Springs, Missouri, with total assets of $115.8 million; and the CBT merger added one bank location in Guymon, Oklahoma, with total assets of $163.3 million. During the nine months ended September 30, 2018, there was $6.5 million ($5.0 million after tax) of merger expense principally related to the KBC, Adams and CBT mergers.

Diluted earnings per share were $1.66 for the nine-month period ended September 30, 2018, as compared to $1.33 for the comparable period of 2017. Weighted average fully diluted shares were 15,578,017 and 12,335,711 for the nine months ended September 30, 2018 and 2017. The increase in weighted average fully diluted shares reflects the issuance of 2,370,688 shares in connection with Equity's November 2017 mergers with Eastman National Bancshares, Inc. ("Eastman") and Cache Holdings, Inc. ("Cache") and 1,164,912 shares in connection with Equity's May 2018 mergers with KBC and Adams.

Net interest income was $91.5 million for the nine months ended September 30, 2018, as compared to $61.4 million for the nine months ended September 30, 2017, a $30.0 million, or 48.9% increase. The additional net interest income was primarily driven by an increase in yield of interest-earning assets and growth in loans and securities balances, partially offset by higher interest expense as we funded the increase in earning assets with more deposits and borrowings and an overall increase in the average cost of deposits.

Our net interest margin was 3.86% for the nine months ended September 30, 2018, as compared to 3.85% for the nine months ended September 30, 2017.

The provision for loan losses was $3.2 million for the nine months ended September 30, 2018, as compared to $2.5 million for the nine months ended September 30, 2017. Net charge-offs for the nine months ended September 30, 2018 were $698 thousand, as compared to net charge-offs of $913 thousand for the same period of 2017.

Total non-interest income was $14.3 million for the nine months ended September 30, 2018 as compared to $11.3 million for the nine months ended September 30, 2017. Increases in service charges and fees and in debit card income are principally attributable to the addition of accounts and higher transaction volumes associated with the Eastman, Cache, KBC, Adams and CBT mergers. Non-interest income includes the rise in value of bank-owned life insurance of $1.7 million and $1.1 million for the nine-month periods ended September 30, 2018 and 2017.

Total non-interest expense was $69.2 million for the nine months ended September 30, 2018, as compared to $46.7 million for the nine months ended September 30, 2017. These results primarily reflect the effect of the November 2017 Eastman and Cache mergers, the May 2018 KBC and Adams mergers and the August 2018 CBT merger. In addition, the results reflect additional lending, customer service, corporate and operations staff indirectly attributable to mergers and organic growth and increased data processing costs due to increased accounts and higher transaction volumes. Non-interest expense also includes merger expenses of $6.5 million ($5.0 million after tax) for the nine months ended September 30, 2018. Merger expenses for the nine months ended September 30, 2017, totaled $2.1 million ($1.4 million after-tax).

Equity's effective tax rate for the nine-month period ended September 30, 2018 was 22.2%, as compared to 30.5% for the nine-month period ended September 30, 2017. On December 22, 2017, the Tax Cuts and Jobs Act ("Tax Reform") was enacted, which reduced the U.S. federal statutory income tax rate from the 35% rate applicable in 2017 to 21% in 2018. Equity's estimated annual effective tax rate was reduced approximately 10 percentage points in 2018 principally due to this reduction in the U.S. federal statutory rate. In addition to the statutory tax rates applicable in each period, the estimated annual effective tax rate for both 2018 and 2017 reflect the levels of tax-

2

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 10/16/2018

exempt interest income, non-taxable life insurance income, non-deductible facilitative merger expenses and other non-deductible expenses included in income before income taxes as well as available federal income tax credits.  Partially offsetting the benefit of the rate reduction was a decrease in excess tax benefits associated with the exercise of stock options recorded during the nine months ended September 30, 2018, as compared to the same time period of the prior year.  Excess tax benefits were $25 thousand in the first nine months of 2018, down $322 thousand from the excess tax benefits recorded in the first nine months of 2017.

## Financial Results for Quarter Ended September 30, 2018

Net income allocable to common stockholders was $10.3 million for the three months ended September 30, 2018, as compared to $5.2 million for the three months ended September 30, 2017, an increase of $5.2 million or 100.2%.

Diluted earnings per share were $0.64 for the three months ended September 30, 2018, as compared to $0.41 for the comparable period of 2017.  Weighted average fully diluted shares were 16,136,607 and 12,476,611 for the three months ended September 30, 2018 and 2017.  The increase in weighted average fully diluted shares reflect the issuance of 2,370,688 shares in connection with Equity's November 2017 mergers with Eastman and Cache and 1,164,912 shares in connection with Equity's May 2018 mergers with KBC and Adams.

Net interest income was $32.8 million for the three months ended September 30, 2018, as compared to $20.3 million for the three months ended September 30, 2017, a $12.4 million or 61.2% increase.  The additional net interest income was primarily driven by growth in loans and securities balances and to a lesser extent an increase in average yield on loans, partially offset by an increase in interest expense as we funded the growth in earning assets with more deposits and borrowings and an overall increase in the average cost of deposits.

Our net interest margin was 3.76% for the three months ended September 30, 2018, as compared to 3.68% for the three months ended September 30, 2017.  The increase in net interest margin was primarily due to additional overall volume and yield of interest-earning assets including an increase in accretion of purchase accounting discounts related to the Eastman, Cache, KBC and Adams mergers and to a lesser extent, the CBT merger, partially offset by an overall increase in volumes and cost of interest-bearing liabilities.

The provision for loan losses was $1.3 million for the three months ended September 30, 2018, as compared to $727 thousand for the three months ended September 30, 2017.  For the three months ended September 30, 2018, we had net charge-offs of $364 thousand, as compared to net charge-offs of $326 thousand for the same period in 2017.

Total non-interest income rose to $5.4 million for the three months ended September 30, 2018, versus $4.0 million for the three months ended September 30, 2017.  Increases in service charges and fees and debit card income are principally attributable to the addition of accounts and higher transaction volumes associated with the Eastman, Cache, KBC and Adams mergers and to a lesser extent, the August 2018 merger with CBT.  Non-interest income includes the increase in value of bank-owned life insurance of $521 thousand and $359 thousand for the three-month periods ended September 30, 2018 and 2017.

Total non-interest expense was $23.6 million for the quarter ended September 30, 2018, compared to $16.4 million for the quarter ended September 30, 2017.  These results reflect the effect of the November 2017 addition of five locations in northern Oklahoma; the May 2018 addition of five locations in southwest Kansas plus one location in Blue Springs, Missouri; and the August 2018 addition of one location in Guymon, Oklahoma.  In addition, the results reflect added lending, customer service, corporate and operations staff indirectly attributable to mergers and organic growth and increased data processing costs due to more accounts and higher transaction volumes.  Non-interest expense also includes merger expenses of $757 thousand ($581 thousand after tax) for the three months ended September 30, 2018.  Merger expenses for the three months ended September 30, 2017, totaled $1.0 million ($748 thousand after tax).

Equity's effective tax rate was 22.1% for the three months ended September 30, 2018, as compared to 28.8% for the quarter ended September 30, 2017.  The effective tax rates for each of the comparable periods reflect the applicable statutory tax rates as well as the levels of tax-exempt interest income, non-taxable life insurance income, non-

3

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 10/16/2018

deductible facilitative merger expense and other non-deductible expense included in income before income taxes as well as available federal income tax credits. Excess tax benefits associated with the exercise of stock options were $19 thousand in the third quarter of 2018, as compared to $132 thousand in the comparable period of 2017.

## Loans, Deposits, and Total Assets

Loans held for investment were $2.56 billion at September 30, 2018, as compared to $2.10 billion at December 31, 2017, an increase of $453.8 million. The increase in loans held for investment includes $159.9 million and $82.7 million of net loans acquired in the May 2018 KBC and Adams mergers, $77.6 million of net loans acquired in the August 2018 CBT merger and $133.6 million of organic loan growth.

As of September 30, 2018, Equity's allowance for loan losses to total loans was 0.43%, as compared to 0.40% at December 31, 2017. Total reserves, including purchase discounts, to total loans were approximately 1.12% as of September 30, 2018, as compared to 1.21% at December 31, 2017. Nonperforming assets of $50.3 million as of September 30, 2018, were 1.28% of total assets and included nonperforming assets of $2.8 million acquired in the KBC merger, $1.4 million acquired in the Adams mergers and $6.4 million acquired in the CBT merger. Nonperforming assets at December 31, 2017, were $48.2 million or 1.52% of total assets.

Total deposits were $2.82 billion at September 30, 2018, as compared to $2.38 billion at December 31, 2017. Total deposits increased $439.2 million between December 31, 2017, and September 30, 2018. This increase included $288.4 million of deposits assumed in the KBC merger, $97.1 million of deposits assumed in the Adams merger, $126.9 million of deposits assumed in the CBT merger and $59.2 million in organic growth; offset by a decrease of $132.4 million in deposits primarily related to a planned reduction in brokered deposits assumed in prior mergers and seasonal decreases in public funds deposits. Signature deposits were $1.97 billion at September 30, 2018, as compared to $1.61 billion at December 31, 2017.

At September 30, 2018, Equity had consolidated total assets of $3.93 billion, as compared to $3.17 billion at December 31, 2017, an increase of $760.5 million. The increase in total assets includes $336.1 million of total assets acquired in the KBC merger, $115.8 million of total assets acquired in the Adams merger and $163.3 million of total assets acquired in the CBT merger.

## Capital and Borrowings

In connection with the KBC and Adams mergers, Equity issued 820,849 shares and 344,063 shares, in each case, valued at $39.11 per share, Equity's closing price on May 4, 2018. Net of $207 thousand of stock issuance costs, the KBC merger added $31.9 million to stockholders' equity while the Adams merger added $13.2 million to stockholders' equity, net of $237 thousand of stock issuance costs.

At September 30, 2018, common stockholders' equity totaled $443.2 million, $28.07 per common share, compared to $374.1 million, $25.62 per common share, at December 31, 2017. Tangible common equity was $287.8 million and tangible book value per common share was $18.22 at September 30, 2018. Tangible common equity was $257.2 million and tangible book value per common share was $17.61 at December 31, 2017. The ratio of common equity tier 1 capital to risk-weighted assets was approximately 10.57% and the total capital to risk-weighted assets was approximately 11.46% at September 30, 2018.

## Non-GAAP Financial Measures

This press release includes certain non-GAAP financial measures intended to supplement, not substitute for, comparable GAAP measures. Reconciliations of non-GAAP financial measures to GAAP financial measures are provided at the end of this press release.

## Conference Call and Webcast

4

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 10/16/2018

Equity Chairman and Chief Executive Officer, Brad Elliott, and Chief Financial Officer, Greg Kossover, will hold a conference call and webcast to discuss third quarter 2018 results on Wednesday, October 17, 2018 at 10 a.m. eastern time and 9 a.m. central time.

Investors, news media and other participants should register for the call or audio webcast at investor.equitybank.com. On Wednesday, October 17, 2018, participants may also dial into the call toll-free at (844) 534-7311 from anywhere in the U.S. or (574) 990-1419 internationally, using conference ID no. 8488275.

Participants are encouraged to dial into the call or access the webcast approximately 10 minutes prior to the start time.  Presentation slides to pair with the call or webcast will be posted one hour prior to the call at investor.equitybank.com.

A replay of the call and webcast will be available two hours following the close of the call until October 24, 2018, accessible at (855) 859-2056 with conference ID no. 8488275 at investor.equitybank.com.

## About Equity Bancshares, Inc.

Equity Bancshares, Inc. is the holding company for Equity Bank, offering a full range of financial solutions, including commercial loans, consumer banking, mortgage loans, and treasury management services.  As of September 30, 2018, Equity had $3.93 billion in consolidated total assets, with 49 full-service banking locations throughout Kansas, Missouri, Arkansas and Oklahoma, including its corporate headquarters in Wichita and bank locations throughout the Kansas City and Tulsa metropolitan areas.  Learn more at www.equitybank.com.

Equity seeks to provide an enhanced banking experience for customers by providing a suite of sophisticated banking products and services tailored to their needs, while delivering the high-quality, relationship-based customer service of a community bank.  Equity's common stock is traded on the NASDAQ Global Select Market under the symbol "EQBK."

## Special Note Concerning Forward-Looking Statements

This press release contains "forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements reflect the current views of Equity's management with respect to, among other things, future events and Equity's financial performance. These statements are often, but not always, made through the use of words or phrases such as "may," "should," "could," "predict," "potential," "believe," "will likely result," "expect," "continue," "will," "anticipate," "seek," "estimate," "intend," "plan," "project," "forecast," "goal," "target," "would" and "outlook," or the negative variations of those words or other comparable words of a future or forward-looking nature. These forward-looking statements are not historical facts, and are based on current expectations, estimates and projections about Equity's industry, management's beliefs and certain assumptions made by management, many of which, by their nature, are inherently uncertain and beyond Equity's control.  Accordingly, Equity cautions you that any such forward-looking statements are not guarantees of future performance and are subject to risks, assumptions and uncertainties that are difficult to predict.  Although Equity believes that the expectations reflected in these forward-looking statements are reasonable as of the date made, actual results may prove to be materially different from the results expressed or implied by the forward-looking statements.  Factors that could cause actual results to differ materially from Equity's expectations include competition from other financial institutions and bank holding companies; the effects of and changes in trade, monetary and fiscal policies and laws, including interest rate policies of the Federal Reserve Board; changes in the demand for loans; fluctuations in value of collateral and loan reserves; inflation, interest rate, market and monetary fluctuations; changes in consumer spending, borrowing and savings habits; and acquisitions and integration of acquired businesses, and similar variables.  The foregoing list of factors is not exhaustive.

For discussion of these and other risks that may cause actual results to differ from expectations, please refer to "Cautionary Note Regarding Forward-Looking Statements" and "Risk Factors" in Equity's Annual Report on Form 10-K filed with the Securities and Exchange Commission ("SEC") on March 16, 2018 and any updates to those risk factors set forth in Equity's subsequent Quarterly Reports on Form 10-Q or Current Reports on Form 8-K.  If one or more events related to these or other risks or uncertainties materialize, or if Equity's underlying assumptions prove to be incorrect, actual results may differ materially from what Equity anticipates.  Accordingly, you should not place undue reliance on any such forward-looking statements.  Any forward-looking statement speaks only as of the date on which it is made, and Equity does not undertake any obligation to publicly update or review any forward-looking statement, whether as a result of new information, future

5

# Equity Bancshares, Inc.

PRESS RELEASE - 10/16/2018

developments or otherwise.  New risks and uncertainties arise from time to time, and it is not possible for us to predict those events or how they may affect us.  In addition, Equity cannot assess the impact of each factor on Equity's business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements.  All forward-looking statements, expressed or implied, included in this press release are expressly qualified in their entirety by this cautionary statement.  This cautionary statement should also be considered in connection with any subsequent written or oral forward-looking statements that Equity or persons acting on Equity's behalf may issue.

## Unaudited Financial Tables

- **Table 1**. Selected Financial Highlights
- **Table 2**. Consolidated Balance Sheets
- **Table 3**. Consolidated Statements of Income
- **Table 4**. Non-GAAP Financial Measures

6

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 10/16/2018

## TABLE 1. SELECTED FINANCIAL HIGHLIGHTS (Unaudited)

(Dollars in thousands, except per share data)

| | As of and for the three months ended | | | | |
|---|---|---|---|---|---|
| | September 30, 2018 | June 30, 2018 | March 31, 2018 | December 31, 2017 | September 30, 2017 |
| **Statement of Income Data** | | | | | |
| Net interest income | $32,755 | $30,920 | $27,787 | $24,589 | $20,321 |
| Provision for loan losses | 1,291 | 750 | 1,170 | 503 | 727 |
| Net gains (losses) from securities transactions | (4) | (2) | (8) | — | 175 |
| Other non-interest income | 5,437 | 4,594 | 4,259 | 4,104 | 3,860 |
| Total non-interest income | 5,433 | 4,592 | 4,251 | 4,104 | 4,035 |
| Merger expenses | 757 | 5,236 | 531 | 3,267 | 1,023 |
| Other non-interest expense | 22,890 | 20,739 | 19,096 | 17,451 | 15,365 |
| Total non-interest expense | 23,647 | 25,975 | 19,627 | 20,718 | 16,388 |
| Income before income taxes | 13,250 | 8,787 | 11,241 | 7,472 | 7,241 |
| Provision for income taxes | 2,928 | 1,920 | 2,530 | 3,198 | 2,084 |
| Net income | 10,322 | 6,867 | 8,711 | 4,274 | 5,157 |
| Net income allocable to common stockholders | 10,322 | 6,867 | 8,711 | 4,274 | 5,157 |
| Basic earnings per share | 0.65 | 0.45 | 0.60 | 0.32 | 0.42 |
| Diluted earnings per share | 0.64 | 0.44 | 0.58 | 0.31 | 0.41 |
| **Balance Sheet Data (at period end)** | | | | | |
| Securities available-for-sale | $172,388 | $180,238 | $174,717 | $162,272 | $81,116 |
| Securities held-to-maturity | 713,899 | 665,995 | 522,021 | 535,462 | 528,944 |
| Gross loans held for investment | 2,557,055 | 2,411,471 | 2,125,324 | 2,103,279 | 1,540,761 |
| Allowance for loan losses | 11,010 | 10,083 | 9,316 | 8,498 | 7,969 |
| Intangible assets, net | 155,430 | 146,538 | 115,032 | 116,922 | 71,353 |
| Total assets | 3,931,036 | 3,712,185 | 3,176,062 | 3,170,509 | 2,405,426 |
| Total deposits | 2,821,246 | 2,635,048 | 2,368,297 | 2,382,013 | 1,868,493 |
| Non-time deposits | 1,969,715 | 1,829,902 | 1,647,105 | 1,605,514 | 1,223,244 |
| Borrowings | 652,755 | 631,501 | 414,415 | 401,652 | 235,098 |
| Total liabilities | 3,487,799 | 3,278,903 | 2,794,575 | 2,796,365 | 2,113,591 |
| Total stockholders' equity | 443,237 | 433,282 | 381,487 | 374,144 | 291,835 |
| Tangible common equity* | 287,807 | 286,744 | 266,455 | 257,222 | 220,482 |
| **Selected Average Balance Sheet Data (quarterly average)** | | | | | |
| Total gross loans receivable | $2,516,833 | $2,317,071 | $2,122,973 | $1,850,045 | $1,528,658 |
| Investment securities | 860,940 | 767,038 | 699,055 | 669,220 | 621,055 |
| Interest-earning assets | 3,457,871 | 3,158,187 | 2,883,960 | 2,573,043 | 2,192,275 |
| Total assets | 3,804,114 | 3,475,786 | 3,169,131 | 2,820,548 | 2,402,599 |
| Interest-bearing deposits | 2,251,937 | 2,148,361 | 2,043,784 | 1,821,850 | 1,584,618 |
| Borrowings | 642,575 | 495,558 | 389,120 | 330,651 | 266,392 |
| Total interest-bearing liabilities | 2,894,512 | 2,643,919 | 2,432,904 | 2,152,501 | 1,851,010 |
| Total deposits | 2,709,741 | 2,556,982 | 2,390,648 | 2,140,490 | 1,837,726 |
| Total liabilities | 3,364,343 | 3,062,312 | 2,791,236 | 2,483,029 | 2,113,592 |
| Total stockholders' equity | 439,771 | 413,474 | 377,895 | 337,519 | 289,007 |
| Tangible common equity* | 289,515 | 279,328 | 261,261 | 240,899 | 217,542 |
| **Performance Ratios** | | | | | |
| Return on average assets (ROAA) annualized | 1.08% | 0.79% | 1.11% | 0.60% | 0.85% |
| Return on total average stockholders equity (ROAE) annualized | 9.31% | 6.66% | 9.35% | 5.02% | 7.08% |
| Return on average tangible common equity (ROATCE) annualized* | 14.91% | 10.58% | 14.01% | 7.41% | 9.71% |
| Yield on loans annualized | 5.73% | 5.73% | 5.55% | 5.40% | 5.30% |
| Cost of interest-bearing deposits annualized | 1.15% | 1.00% | 0.94% | 0.87% | 0.82% |
| Cost of total deposits annualized | 0.95% | 0.84% | 0.80% | 0.74% | 0.71% |
| Net interest margin annualized | 3.76% | 3.93% | 3.91% | 3.79% | 3.68% |
| Efficiency ratio* | 59.93% | 58.40% | 59.59% | 60.82% | 63.54% |
| Non-interest income / average assets | 0.57% | 0.53% | 0.54% | 0.58% | 0.67% |
| Non-interest expense / average assets | 2.47% | 3.00% | 2.51% | 2.91% | 2.71% |
| **Capital Ratios** | | | | | |
| Tier 1 Leverage Ratio | 8.60% | 9.36% | 9.45% | 10.33% | 10.32% |
| Common Equity Tier 1 Capital Ratio | 10.57% | 11.13% | 11.80% | 11.56% | 13.33% |
| Tier 1 Risk Based Capital Ratio | 11.07% | 11.65% | 12.41% | 12.17% | 14.15% |
| Total Risk Based Capital Ratio | 11.46% | 12.03% | 12.81% | 12.54% | 14.62% |
| Total stockholders' equity to total assets | 11.28% | 11.67% | 12.01% | 11.80% | 12.13% |
| Tangible common equity to tangible assets* | 7.62% | 8.04% | 8.70% | 8.42% | 9.45% |
| Book value per common share | $28.07 | $27.44 | $26.09 | $25.62 | $23.86 |
| Tangible book value per common share* | $18.22 | $18.16 | $18.22 | $17.61 | $18.03 |
| Tangible book value per diluted common share* | $17.86 | $17.78 | $17.85 | $17.29 | $17.64 |

\* The value noted is considered a Non-GAAP financial measure. For a reconciliation of Non-GAAP financial measures, see Table 4. Non-GAAP Financial Measures

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 10/16/2018

## TABLE 2. CONSOLIDATED BALANCE SHEETS (Unaudited)

(Dollars in thousands)

|  | September 30, 2018 | December 31, 2017 |
|---|---|---|
| **ASSETS** | | |
| Cash and due from banks | $60,195 | $48,034 |
| Federal funds sold | 1,184 | 4,161 |
| Cash and cash equivalents | 61,379 | 52,195 |
| Interest-bearing time deposits in other banks | 6,741 | 3,496 |
| Available-for-sale securities | 172,388 | 162,272 |
| Held-to-maturity securities, fair value of $695,466 and $532,744 | 713,899 | 535,462 |
| Loans held for sale | 43,372 | 16,344 |
| Loans, net of allowance for loan losses of $11,010 and $8,498 | 2,546,045 | 2,094,781 |
| Other real estate owned, net | 7,014 | 7,907 |
| Premises and equipment, net | 79,607 | 63,449 |
| Bank-owned life insurance | 72,587 | 68,384 |
| Federal Reserve Bank and Federal Home Loan Bank stock | 38,838 | 24,373 |
| Interest receivable | 17,129 | 12,371 |
| Goodwill | 131,723 | 104,907 |
| Core deposit intangibles, net | 22,466 | 10,738 |
| Other | 17,848 | 13,830 |
| Total assets | $3,931,036 | $3,170,509 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Deposits | | |
| Demand | $483,432 | $366,530 |
| Total non-interest bearing deposits | 483,432 | 366,530 |
| Savings, NOW and money market | 1,486,283 | 1,238,984 |
| Time | 851,531 | 776,499 |
| Total interest-bearing deposits | 2,337,814 | 2,015,483 |
| Total deposits | 2,821,246 | 2,382,013 |
| Federal funds purchased and retail repurchase agreements | 43,250 | 37,492 |
| Federal Home Loan Bank advances | 570,907 | 347,692 |
| Bank stock loan | 24,412 | 2,500 |
| Subordinated debentures | 14,186 | 13,968 |
| Contractual obligations | 1,734 | 1,967 |
| Interest payable and other liabilities | 12,064 | 10,733 |
| Total liabilities | 3,487,799 | 2,796,365 |
| Stockholders' equity | | |
| Common stock | 173 | 161 |
| Additional paid-in capital | 378,516 | 331,339 |
| Retained earnings | 91,401 | 65,512 |
| Accumulated other comprehensive loss | (7,077) | (3,092) |
| Employee stock loans | (121) | (121) |
| Treasury stock | (19,655) | (19,655) |
| Total stockholders' equity | 443,237 | 374,144 |
| Total liabilities and stockholders' equity | $3,931,036 | $3,170,509 |

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 10/16/2018

### TABLE 3. CONSOLIDATED STATEMENTS OF INCOME (Unaudited)

(Dollars in thousands, except per share data)

| | Three Months Ended September 30, | | Nine Months Ended September 30, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| **Interest and dividend income** | | | | |
| Loans, including fees | $36,335 | $20,420 | $98,484 | $60,482 |
| Securities, taxable | 4,836 | 2,982 | 12,671 | 8,930 |
| Securities, nontaxable | 1,097 | 863 | 3,001 | 2,510 |
| Federal funds sold and other | 754 | 323 | 1,820 | 963 |
| Total interest and dividend income | 43,022 | 24,588 | 115,976 | 72,885 |
| **Interest expense** | | | | |
| Deposits | 6,510 | 3,270 | 16,566 | 8,740 |
| Federal funds purchased and retail repurchase agreements | 30 | 15 | 77 | 40 |
| Federal Home Loan Bank advances | 3,155 | 731 | 6,548 | 1,967 |
| Bank stock loan | 265 | — | 448 | — |
| Subordinated debentures | 307 | 251 | 875 | 725 |
| Total interest expense | 10,267 | 4,267 | 24,514 | 11,472 |
| **Net interest income** | 32,755 | 20,321 | 91,462 | 61,413 |
| Provision for loan losses | 1,291 | 727 | 3,211 | 2,450 |
| **Net interest income after provision for loan losses** | 31,464 | 19,594 | 88,251 | 58,963 |
| **Non-interest income** | | | | |
| Service charges and fees | 1,912 | 1,348 | 5,221 | 3,797 |
| Debit card income | 1,667 | 1,175 | 4,442 | 3,385 |
| Mortgage banking | 392 | 521 | 1,017 | 1,546 |
| Increase in value of bank-owned life insurance | 521 | 359 | 1,681 | 1,068 |
| Net gains (losses) from securities transactions | (4) | 175 | (14) | 271 |
| Other | 945 | 457 | 1,929 | 1,269 |
| Total non-interest income | 5,433 | 4,035 | 14,276 | 11,336 |
| **Non-interest expense** | | | | |
| Salaries and employee benefits | 12,361 | 8,353 | 34,881 | 24,395 |
| Net occupancy and equipment | 2,125 | 1,603 | 5,938 | 4,621 |
| Data processing | 2,195 | 1,218 | 5,837 | 3,570 |
| Professional fees | 686 | 759 | 2,245 | 1,737 |
| Advertising and business development | 802 | 535 | 2,086 | 1,677 |
| Telecommunications | 451 | 275 | 1,252 | 966 |
| FDIC insurance | 457 | 290 | 1,211 | 615 |
| Courier and postage | 321 | 222 | 879 | 684 |
| Free nation-wide ATM cost | 364 | 238 | 986 | 683 |
| Amortization of core deposit intangibles | 694 | 243 | 1,703 | 687 |
| Loan expense | 319 | 199 | 810 | 658 |
| Other real estate owned | 355 | 219 | (48) | 494 |
| Merger expenses | 757 | 1,023 | 6,524 | 2,085 |
| Other | 1,760 | 1,211 | 4,945 | 3,873 |
| Total non-interest expense | 23,647 | 16,388 | 69,249 | 46,745 |
| **Income before income taxes** | 13,250 | 7,241 | 33,278 | 23,554 |
| Provision for income taxes | 2,928 | 2,084 | 7,378 | 7,179 |
| **Net income** | $10,322 | $5,157 | $25,900 | $16,375 |
| **Net income allocable to common stockholders** | $10,322 | $5,157 | $25,900 | $16,375 |
| Basic earnings per share | $0.65 | $0.42 | $1.70 | $1.36 |
| Diluted earnings per share | $0.64 | $0.41 | $1.66 | $1.33 |

9

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 10/16/2018

## TABLE 4. Non-GAAP Financial Measures (Unaudited)

(Dollars in thousands, except per share data)

| | As of and for the three months ended | | | | |
|---|---|---|---|---|---|
| | September 30, 2018 | June 30, 2018 | March 31, 2018 | December 31, 2017 | September 30, 2017 |
| Total stockholders' equity | $443,237 | $433,282 | $381,487 | $374,144 | $291,835 |
| Less: goodwill | 131,723 | 125,485 | 103,412 | 104,907 | 64,587 |
| Less: core deposit intangibles, net | 22,466 | 19,800 | 10,355 | 10,738 | 5,476 |
| Less: mortgage servicing asset, net | 13 | 14 | 16 | 17 | 19 |
| Less: naming rights, net | 1,228 | 1,239 | 1,249 | 1,260 | 1,271 |
| **Tangible common equity** | $287,807 | $286,744 | $266,455 | $257,222 | $220,482 |
| Common shares issued at period end | 15,792,695 | 15,780,777 | 14,609,414 | 14,605,607 | 12,230,319 |
| RSU shares vested | — | 6,768 | 11,844 | — | — |
| **Common shares outstanding at period end** | 15,792,695 | 15,787,545 | 14,621,258 | 14,605,607 | 12,230,319 |
| Diluted common shares outstanding at period end | 16,118,067 | 16,131,096 | 14,923,798 | 14,873,257 | 12,501,484 |
| **Book value per common share** | $28.07 | $27.44 | $26.09 | $25.62 | $23.86 |
| **Tangible book value per common share** | $18.22 | $18.16 | $18.22 | $17.61 | $18.03 |
| **Tangible book value per diluted common share** | $17.86 | $17.78 | $17.85 | $17.29 | $ 17.64 |
| Total assets | $3,931,036 | $3,712,185 | $3,176,062 | $3,170,509 | $2,405,426 |
| Less: goodwill | 131,723 | 125,485 | 103,412 | 104,907 | 64,587 |
| Less: core deposit intangibles, net | 22,466 | 19,800 | 10,355 | 10,738 | 5,476 |
| Less: mortgage servicing asset, net | 13 | 14 | 16 | 17 | 19 |
| Less: naming rights, net | 1,228 | 1,239 | 1,249 | 1,260 | 1,271 |
| **Tangible assets** | $3,775,606 | $3,565,647 | $3,061,030 | $3,053,587 | $2,334,073 |
| **Total stockholders' equity to total assets** | 11.28% | 11.67% | 12.01% | 11.80% | 12.13% |
| **Tangible common equity to tangible assets** | 7.62% | 8.04% | 8.70% | 8.42% | 9.45% |
| Total average stockholders' equity | $439,771 | $413,474 | $377,895 | $337,519 | $289,007 |
| Less: average intangible assets and preferred stock | 150,256 | 134,146 | 116,634 | 96,620 | 71,465 |
| **Average tangible common equity** | $289,515 | $279,328 | $261,261 | $240,899 | $217,542 |
| Net income allocable to common stockholders | $10,322 | $6,867 | $8,711 | $4,274 | $5,157 |
| Amortization of intangible assets | 707 | 637 | 396 | 349 | 256 |
| Less: tax effect of intangible assets amortization | 148 | 134 | 83 | 122 | 90 |
| **Adjusted net income allocable to common stockholders** | $10,881 | $7,370 | $9,024 | $4,501 | $5,323 |
| **Return on total average stockholders' equity (ROAE) annualized** | 9.31% | 6.66% | 9.35% | 5.02% | 7.08% |
| **Return on average tangible common equity (ROATCE) annualized** | 14.91% | 10.58% | 14.01% | 7.41% | 9.71% |
| Non-interest expense | $23,647 | $25,975 | $19,627 | $20,718 | $16,388 |
| Less: merger expenses | 757 | 5,236 | 531 | 3,267 | 1,023 |
| Non-interest expense, excluding merger expenses | $22,890 | $20,739 | $19,096 | $17,451 | $15,365 |
| Net interest income | $32,755 | $30,920 | $27,787 | $24,589 | $20,321 |
| Non-interest income | $5,433 | $4,592 | $4,251 | $4,104 | $4,035 |
| Less: net gains (losses) from securities transactions | (4) | (2) | (8) | — | 175 |
| Non-interest income, excluding net gains (losses) from securities transactions | $5,437 | $4,594 | $4,259 | $4,104 | $3,860 |
| **Net interest income plus non-interest income, excluding net gains (losses) from securities transactions** | $38,192 | $35,514 | $32,046 | $28,693 | $24,181 |
| **Non-interest expense to net interest income plus non-interest income** | 61.92% | 73.14% | 61.26% | 72.21% | 67.29% |
| **Efficiency ratio** | 59.93% | 58.40% | 59.59% | 60.82% | 63.54% |

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 10/16/2018

**Investor Contact:**

Jacob Willis
Investor Relations Officer
316-779-1675
jwillis@equitybank.com
investor.equitybank.com

**Media Contact:**

John Hanley
SVP, Director of Marketing
816-505-4063
jhanley@equitybank.com

11



Exhibit 99.2

EQUITY BANCSHARES, INC.

## Q3 2018 Results Presentation

October 16, 2018

# Disciaimers

## Special Note Concerning Forward-Looking Statements

This investor presentation contains "forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements reflect the current views of Equity Bancshares, Inc. ("Equity") management with respect to, among other things, future events and Equity's financial performance. These statements are often, but not always, made through the use of words or phrases such as "may," "should," "could," "predict," "potential," "believe," "will likely result," "expect," "continue," "will," "anticipate," "seek," "estimate," "intend," "plan," "project," "forecast," "goal," "target," "would" and "outlook," or the negative variations of those words or other comparable words of a future or forward-looking nature. These forward-looking statements are not historical facts, and are based on current expectations, estimates and projections about Equity's industry, management's beliefs and certain assumptions made by management, many of which, by their nature, are inherently uncertain and beyond Equity's control. Accordingly, Equity cautions you that any such forward-looking statements are not guarantees of future performance and are subject to risks, assumptions and uncertainties that are difficult to predict. Although Equity believes that the expectations reflected in these forward-looking statements are reasonable as of the date made, actual results may prove to be materially different from the results expressed or implied by the forward-looking statements. Factors that could cause actual results to differ materially from Equity's expectations include competition from other financial institutions and bank holding companies; the effects of and changes in trade, monetary and fiscal policies and laws, including interest rate policies of the Federal Reserve Board; changes in the demand for loans; fluctuations in value of collateral and loan reserves; inflation, interest rate, market and monetary fluctuations; changes in consumer spending, borrowing and savings habits; and acquisitions and integration of acquired businesses, and similar variables. The foregoing list of factors is not exhaustive.

For discussion of these and other risks that may cause actual results to differ from expectations, please refer to "Cautionary Note Regarding Forward-Looking Statements" and "Risk Factors" in Equity's Annual Report on Form 10-K filed with the Securities and Exchange Commission on March 16, 2018 and any updates to those risk factors set forth in Equity's subsequent Quarterly Reports on Form 10-Q or Current Reports on Form 8-K. If one or more events related to these or other risks or uncertainties materialize, or if Equity's underlying assumptions prove to be incorrect, actual results may differ materially from what Equity anticipates. Accordingly, you should not place undue reliance on any such forward-looking statements. Any forward-looking statement speaks only as of the date on which it is made, and Equity does not undertake any obligation to publicly update or review any forward-looking statement, whether as a result of new information, future developments or otherwise. New risks and uncertainties arise from time to time, and it is not possible for us to predict those events or how they may affect us. In addition, Equity cannot assess the impact of each factor on Equity's business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. All forward-looking statements, expressed or implied, included in this press release are expressly qualified in their entirety by this cautionary statement. This cautionary statement should also be considered in connection with any subsequent written or oral forward-looking statements that Equity or persons acting on Equity's behalf may issue. Annualized, pro forma, projected and estimated numbers are used for illustrative purpose only, are not forecasts and may not reflect actual results.

## NON-GAAP FINANCIAL MEASURES
This presentation contains certain non-GAAP financial measures intended to supplement, not substitute for, comparable GAAP measures. Reconciliations of non-GAAP financial measures to GAAP financial measures are provided at the end of this presentation. Numbers in the presentation may not sum due to rounding.

2

# About EQBK

| | |
|---|---|
| **Exchange / Ticker** | • NASDAQ: EQBK |
| **Market Cap** | • 15.8 million shares outstanding / $593.2 million [1] |
| **Total Assets** | • $3.93 billion |
| **YTD ROAA / ROATCE** [2] | • 0.99% / 13.17% Annualized |
| **Efficiency Ratio** [2] | • 59.3% YTD |
| **Locations** | • 49 branches in Kansas, Missouri, Arkansas and Oklahoma |
| **FTEs** | • Approximately 627 |
| **Loan Portfolio** | • 50% of loans in commercial real estate, 17% in residential real estate, and 22% in commercial |

Note: All financial data is as of or for period ended September 30, 2018 unless otherwise noted.
(1)    Market Cap calculated based on October 15, 2018 closing price of $37.56
(2)    Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.



3

# Equity Bancshares – Share Price & Consensus Estimates

| | |
|---|---|
| Recent Price[1] | $37.56 |
| Median Consensus Price Target[2] | $45.67 |
| Tangible Book Value per Share[4] | $18.22 |
| 2018 Q3 EPS Consensus Estimate[2] | $0.71 |
| 2018 EPS Consensus Estimate[2] | $2.74 |
| 2019 EPS Consensus Estimate[2] | $3.16 |
| Price to 2018 Consensus Earnings[1,2] | 13.7x |
| Price to 2019 Consensus Earnings[1,2] | 11.9x |
| Price to Tangible Book Value per Share[1,4] | 2.1x |
| Market Capitalization[1,3] | $593.2 |



EQBK (+5%)    KBW Nasdaq Regional Bank (-2%)    Nasdaq Bank (-1%)

(1)  As of October 15, 2018 market closing.
(2)  Median consensus of 2018 analyst expectations, as of October 15, 2018.
(3)  Based on 15,792,695 shares outstanding as of October 15, 2018.
(4)  Non-GAAP financial measures. See the non-GAAP reconciliation at the end of this presentation.



# Pending Acquisition of Three Branches in Guymon and Cordell, Oklahoma from MidFirst Bank

 

*Announced:  September 24, 2018*



# Pro Forma Footprint & Demographics



## Footprint

- 52 branches in 27 counties across 4 states
- Strong strategic positioning, with branches along I-70 and I-35
- Branches clustered around key areas such as Wichita, Topeka, Kansas City, Tulsa, Southwest Kansas, Southeast Kansas, Northern Oklahoma, Northwest Oklahoma, Western Missouri, and Arkansas
- Total population of current markets served of approximately 5 million
- Median household income of approximately $55,000

## Unemployment Rates[1]

- Kansas: 3.5%
- Missouri: 3.5%
- Arkansas: 3.4%
- Oklahoma: 3.5%
- USA: 3.9%

## Key Industries

- Transportation
- Manufacturing
- Healthcare
- Agriculture

Source: S&P Capital IQ
(1)  Unemployment rates as of July 2018

6

# Continue Building Value via Strategic Execution



**Phase I**
*Start-Up*
2003 - 2007

**2003-2004**
Acquisition of National Bank of Andover
Rebrand as Equity Bank

**2005**
Purchase of 2 Wichita branches from Hillcrest Bancshares

**2006**
Acquisition of Charter of FNB of Sarcoxie, MO
Acquisition of Mortgage Centre, LC
Opened 2 branches in MO

**2007**
Signature Bank KC acquisition

**Phase II**
*Growth*
2008 - 2011

**2008**
Ellis State Bank acquisition (Ellis/Hays)
Branch opened in Lee's Summit, MO

**2009**
$8.8MM of TARP issued
Opened 2 branches in Overland Park, KS

**2010**
$20.0MM Capital Raise to fund growth

**2011**
Repaid TARP with SBLF
Purchase of 4 branches from Citizens Bancshares (Topeka)

**Phase III**
*Leverage Infrastructure Profitably*
2012 - 2016

**2012**
First Community Bancshares (FCB) merger
$20.4MM Capital Raise

**2013**
Integrate FCB and double earnings
CFO and CRO roles filled
Implement repositioning initiatives

**2014**
Repurchased 1.3mm shares
Refinanced TARP with Loan
Close/Sell 3 branches and opened branch Waterfront

**2015**
First Indep. (FFSL) merger
IPO

**2016**
Community First (CFBI) merger (closed November '16)
Completed $35.4MM private placement capital raise (PIPE)

**Phase IV**
*Platform for Best in Class*
2017-present

**2017**
Closed Prairie State merger (March)
Hired President: Wendell Bontrager, CIO: John Blakeney
Entered Oklahoma
Closed Patriot Bank merger (November)
Closed Eastman Bank merger (November)
$3.2B year-end asset size

**2018**
Hired COO: Craig Anderson, CCO: Craig Mayo
Closed First National Bank Liberal/Hugoton (May)
Closed Adams Dairy Bank merger (May)
Closed merger with City Bank and Trust (August)

**Announced September 2018**
Pending acquisition of 3 branches from
[x] To hel...

| Total Assets | $287MM * | $610MM ** | $2.2B *** | $3.9B **** |
| ROA | 0.49% | 0.46% | 0.55% | 1.08% ***** |

Note: Yellow shading indicates M&A activity; gray shading indicates capital activity
* Data as of 12/31/2007.   ** Data as of 12/31/2011.   *** Data as of 12/31/2016
**** Pro forma for EQBK's purchase of Midland Financial Co.
***** As reported for the three months ended 9/30/18.

7

# 2018 Third Quarter Highlights

- Diluted earnings per share of $0.64 for 3Q 2018
  - Net income to common stockholders, adjusted for after-tax merger expense, was a record $10.9 million
  - Core EPS of $0.68
- Completed the acquisition of City Bank & Trust Company and announced the pending acquisition of 3 branches from MidFirst Bank
- Capital Ratios as of 9/30/2018:
  - Bank level Tier 1 Leverage of 8.9%
  - Bank level Total Capital to Risk Weighted Assets of 11.8%
  - Tangible Common Equity to Tangible Assets of 7.6%[1]
- Tangible common book value per share of $18.22 [1]
- Total loan portfolio growth of $145.6 million, $68.0 million of organic loan growth.
- Total deposit growth of $186.2 million, $59.3 million of organic deposit growth
- Efficiency ratio[1] improved to 59.93% from 63.54% in third quarter 2017
- 2018 YTD ROAA of 0.99% and YTD ROATCE of 13.17%[1]

(1)  Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation

**$10.3 million**
Net income to common stockholders

**$145.6 million**
Loan Growth

**$186.2 million**
Deposit Growth

**59.93%**
Efficiency Ratio[1]

**ROAA**
**1.08%**
Return on Average Assets



8

# Strong Trends in Operating Performance

**Diluted EPS and Net Income to Common Stockholders**



**Return on Average Tangible Common Equity[2]**

**Income and Margin**

**Efficiency Ratio[2] & Non-interest Expense / Average Assets**

[1] Median consensus of 2018 analyst expectations, as of October 15, 2018.
[2] Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.



9

# Tangible Common Book Value[1]



# Capital Position Over Time



* Paid off Series C preferred stock
in January 2016



11

# Total Loans



*IncludesAg. RealEstate

# Metro Market Organic Loan Growth Drivers





# Asset Quality



14

# Total Deposits



| | 12/31/14 | 12/31/15 | 12/31/16 | 12/31/17 | 9/30/18 |
|---|---|---|---|---|---|
| Total ($000s) | $981,177 | $1,215,914 | $1,630,451 | $2,382,013 | $2,821,246 |
| Cost of Deposits* | 0.43% | 0.48% | 0.56% | 0.68% | 0.87% |

\* Includes interest and non-interest bearing deposits

15

# Footprint & Target





16

# Appendix



17

# Experienced Management Team



**BRAD ELLIOTT**
*Chairman & CEO*
- Founded Equity Bank in 2002
- Served as Regional President of Sunflower Bank prior to forming Equity Bank
- More than 25 years of banking experience



**GREG KOSSOVER**
*Chief Financial Officer*
- Has served as CFO since 2013 and as a Board Director since 2011
- Previously served as president of Physicians Development Group and CEO of Value Place, LLC, growing the latter to more than 150 locations in 25 states



**CRAIG ANDERSON**
*Chief Operating Officer*
- Joined Equity Bank March 2018
- Served as President of UMBF Commercial Banking
- More than 31 years of banking experience



**WENDELL BONTRAGER**
*President, Equity Bank*
- Previously Region President of Old National Bank (IN), EVP with Tower Bank (IN)
- More than 25 years of banking experience



18

# Strategic Planning Team

| Team Member | Role | Years with EQBK | Years in Banking |
|---|---|---|---|
| Patrick Harbert | EVP, Community Markets, Sales & Service | 14 | 23 |
| Julie Huber | EVP, Strategic Initiatives | 14 | 24 |
| Craig Mayo | EVP, Chief Credit Officer | 1 | 34 |
| John Blakeney | EVP, Chief Information Officer | 1 | 30 |
| Rolando Mayans | EVP, Chief Risk Officer | 10 | 25 |
| Jennifer Johnson | EVP, Chief Services Officer | 6 | 32 |
| Beth Money | EVP, Retail Banking Director | 9 | 28 |
| Brett Reber | EVP, General Counsel | 1 | 1 |
| Patrick Salmans | SVP, Human Resources Director | 6 | 22 |
| Mark Parman | SVP, President - Kansas City | 5 | 37 |
| John Hanley | SVP, Director of Marketing | 5 | 14 |
| Jeremy Machain | SVP, President – Wichita | 9 | 15 |
| Michael Bezanson | SVP, CEO of Tulsa | 1 | 35 |
| Shawna Palmieri | SVP, Director of Treasury Management | 1 | 13 |
| Barbara Noyes | SVP, Controller | 7 | 32 |

**EQBK Team has 467+ Years of Combined Banking Experience**

19

# Diverse Market Segments

## Diverse market segments with economies based on transportation, manufacturing and healthcare

- Top employers in the region include a diverse range of operations such as telecommunications, professional services, aircraft manufacturing, OEM manufacturing and transportation.

- Equity Bancshares, including merger with City Bank and Trust Co. and pending acquisition of three branches from MidFirst Bank, ranks in the Top 10 for market share in 22 of the 27 counties served and ranks in the Top 5 in 19 of those counties.

| Operating Market | | | | As of June 30, 2018 | | |
|---|---|---|---|---|---|---|
| Rank Holding Company | Parent City | State | # of Branches | Total Deposits 2018 ($000) | Market Share |
| 1 UMB Financial Corp. (MO) | Kansas City | MO | 22 | 10,935,043 | 15.13% |
| 2 Bank of America Corp. (NC) | Charlotte | NC | 58 | 10,638,642 | 14.72% |
| 3 BOK Financial Corp. (OK) | Tulsa | OK | 27 | 8,896,967 | 12.31% |
| 4 Commerce Bancshares Inc. (MO) | Kansas City | MO | 48 | 7,614,932 | 10.54% |
| 5 Arvest Bank Group Inc. (AR) | Bentonville | AR | 60 | 5,071,854 | 7.02% |
| 6 Capitol Federal Financial Inc (KS) | Topeka | KS | 42 | 4,814,727 | 6.66% |
| 7 U.S. Bancorp (MN) | Minneapolis | MN | 59 | 3,749,943 | 5.19% |
| 8 INTRUST Financial Corp. (KS) | Wichita | KS | 27 | 3,240,655 | 4.48% |
| 9 Equity Bancshares Inc. (KS) | Wichita | KS | 52 | 2,885,711 | 3.99% |
| 10 CrossFirst Bankshares Inc. (KS) | Leawood | KS | 4 | 2,205,300 | 3.05% |
| 11 Fidelity Financial Corp. (KS) | Wichita | KS | 13 | 1,456,575 | 2.02% |
| 12 Emprise Financial Corp. (KS) | Wichita | KS | 28 | 1,317,733 | 1.82% |
| 13 Central Bancompany Inc. (MO) | Jefferson City | MO | 25 | 1,147,918 | 1.59% |
| 14 NASB Financial Inc. (MO) | Grandview | MO | 7 | 1,071,490 | 1.48% |
| 15 Valley View Bancshares Inc. (KS) | Overland Park | KS | 16 | 1,009,285 | 1.40% |
| 16 BancFirst Corp. (OK) | Oklahoma City | OK | 12 | 918,052 | 1.27% |
| 17 Prosperity Bancshares Inc. (TX) | Houston | TX | 10 | 895,070 | 1.24% |
| 18 Wells Fargo & Co. (CA) | San Francisco | CA | 6 | 859,668 | 1.19% |
| 19 JPMorgan Chase & Co. (NY) | New York | NY | 9 | 792,951 | 1.10% |
| 20 Midland Financial Co. (OK) | Oklahoma City | OK | 10 | 751,307 | 1.04% |
| Total for Institutions in Market | | | 810 | 72,274,630 | 100.0% |

| Unemployment by County (%) | | 8/31/2018 | 8/31/2017 |
|---|---|---|---|
| Benton | AR | 2.6 | 3.1 |
| Boone | AR | 3.2 | 3.3 |
| Butler | KS | 3.5 | 4.0 |
| Carroll | AR | 2.6 | 2.8 |
| Crawford | KS | 4.3 | 4.6 |
| Ellis | KS | 2.4 | 2.7 |
| Gove | KS | 2.4 | 2.6 |
| Johnson | KS | 3.1 | 3.4 |
| Montgomery | KS | 4.6 | 5.6 |
| Sedgwick | KS | 3.9 | 4.6 |
| Seward | KS | 3.4 | 3.6 |
| Shawnee | KS | 3.6 | 4.0 |
| Sheridan | KS | 2.3 | 2.5 |
| Stevens | KS | 3.0 | 3.2 |
| Wilson | KS | 4.7 | 4.8 |
| Benton | MO | 4.8 | 5.8 |
| Henry | MO | 4.2 | 5.0 |
| Jackson | MO | 4.1 | 4.5 |
| Johnson | MO | 4.3 | 5.2 |
| Lafayette | MO | 3.1 | 4.5 |
| Pettis | MO | 4.2 | 5.1 |
| Platte | MO | 2.8 | 4.0 |
| Saline | MO | 3.6 | 4.3 |
| Kay | OK | 4.7 | 5.2 |
| Texas | OK | 2.6 | 3.1 |
| Tulsa | OK | 3.4 | 4.3 |
| Washita | OK | 2.9 | 4.0 |

Source: S&P Market Intelligence. Deposit and market share data as of June 30, 2018. Employment data as of August 31, 2018.
Equity Bancshares, Inc. operating market reported above includes all bank locations and counties in which Equity Bank operates, including all completed mergers subsequent to June 30, 2018, and the pending purchase and assumption of three branches from MidFirst Bank.

20

# Market Data

| Demographics | Kansas | Missouri | Arkansas | Oklahoma | National |
|---|---|---|---|---|---|
| Current Population | 2,921,699 | 6,141,815 | 3,023,501 | 3,959,630 | 329,236,175 |
| Historical Population Change (2010-2019) | 2.40% | 2.55% | 3.69% | 5.55% | 6.64% |
| Median Household Income (2019) | $59,745 | $56,018 | $47,167 | $52,254 | $63,174 |
| Projected Household Income Change (2019-2024) | 6.63% | 8.49% | 7.27% | 4.92% | 8.82% |
| August 2018 Unemployment Rate | 3.5% | 3.5% | 3.4% | 3.5% | 3.9% |

## Major Employers in Equity Bank Footprint

- Boeing
- Cargill Meat Solutions
- Cessna Aircraft Co.
- Spirit AeroSystems Inc.
- Blue Cross and Blue Shield of Kansas and Oklahoma
- Payless Shoe Source
- Hill's Pet Nutrition
- Goodyear Tire Co.
- Jostens Publishing
- Hallmark Cards, Inc.
- H&R Block
- Honeywell
- Sprint

- Garmin
- Teva
- DST Systems Inc.
- Whiteman Airforce Base
- Stahl Specialty Co.
- Western Missouri Medical Center
- HaysMed
- Walmart
- FedEx
- Tyson Foods
- FlexSteel
- Wabash National
- Wichita St. University
- Pittsburg St. University

- Washburn University
- Fort Hays St. University
- University of Central Mo.
- University of Mo-KC
- KU – Edwards/Professional
- Phillips 66
- Albertsons
- Lindsay
- AAON
- QuikTrip
- Williams
- Seaboard Foods
- American Century Investments, Inc.
- YRC Worldwide Inc.

Source: S&P Market Intelligence

21

# Selected Income Statement Data

Delivering earnings growth

| Selected Income Statement Data ($000s) | | | | | |
|---|---|---|---|---|---|
| | 12/31/14 | 12/31/15 | 12/31/16 | 12/31/17 | 9/30/18 |
| Interest income | $46,794 | $53,028 | $61,799 | $102,693 | $115,976 |
| Interest expense | 5,433 | 6,766 | 9,202 | 16,691 | 24,514 |
| Net interest income | 41,361 | 46,262 | 52,597 | 86,002 | 91,462 |
| Provision for loan losses | 1,200 | 3,047 | 2,119 | 2,953 | 3,211 |
| Net interest income after provision | 40,161 | 43,215 | 50,478 | 83,049 | 88,251 |
| Other income | 8,674 | 9,802 | 10,466 | 15,440 | 14,276 |
| Other expenses | 35,645 | 38,575 | 47,075 | 67,463 | 69,249 |
| Income before income taxes | 13,190 | 14,442 | 13,869 | 31,026 | 33,278 |
| Income taxes | 4,203 | 4,142 | 4,495 | 10,377 | 7,378 |
| Net income | 8,987 | 10,300 | 9,374 | 20,649 | 25,900 |
| Less: dividends and discount accretion on preferred stock | 708 | 177 | 1 | 0 | 0 |
| Net income allocable to common stockholders | $8,279 | $10,123 | $9,373 | $20,649 | $25,900 |



22

# Selected Balance Sheet Data

Demonstrating balance sheet strength

| Selected Balance Sheet Data ($000s) | | | | | |
|---|---|---|---|---|---|
| **ASSETS** | 12/31/14 | 12/31/15 | 12/31/16 | 12/31/17 | 9/30/18 |
| Cash and cash equivalents [1] | $37,702 | $62,074 | $38,845 | $55,691 | $68,120 |
| Investment securities [2] | 318,314 | 452,362 | 578,093 | 722,107 | 925,125 |
| Net loans | 720,810 | 958,353 | 1,382,003 | 2,111,125 | 2,589,417 |
| Other assets | 97,689 | 112,938 | 193,251 | 281,586 | 348,374 |
| **Total assets** | **$1,174,515** | **$1,585,727** | **$2,192,192** | **$3,170,509** | **$3,931,036** |
| | | | | | |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | | |
| Deposits | $981,177 | $1,215,914 | $1,630,451 | $2,382,013 | $2,821,246 |
| Borrowings | 70,370 | 194,064 | 293,909 | 401,652 | 652,755 |
| Other liabilities | 5,239 | 8,516 | 9,868 | 12,700 | 13,798 |
| **Total liabilities** | **1,056,786** | **1,418,494** | **1,934,228** | **2,796,365** | **3,487,799** |
| Stockholders' Equity | 117,729 | 167,233 | 257,964 | 374,144 | 443,237 |
| **Total liabilities and stockholders' equity** | **$1,174,515** | **$1,585,727** | **$2,192,192** | **$3,170,509** | **$3,931,036** |

(1)  Includes interest-bearing deposits in other banks
(2)  Includes Federal Reserve Bank and Federal Home Loan Bank stock



23

# Capitalization

Maintaining a strong regulatory capital position

| Ratio | 12/31/14 | 12/31/15 | 12/31/16 | 12/31/17 | 9/30/18 |
|---|---|---|---|---|---|
| Leverage Ratio | 9.62% | 9.47% | 11.81% | 10.33% | 8.60% |
| Tier 1 Risk-Based Capital Ratio | 13.16% | 13.85% | 14.25% | 12.17% | 11.07% |
| Total Risk-Based Capital Ratio | 13.86% | 14.35% | 14.67% | 12.54% | 11.46% |
| Common Equity Tier 1 Capital to RWA | NA | 12.35% | 13.34% | 11.56% | 10.57% |
| Tangible Book Value per Common Share[1] | $13.54 | $15.97 | $16.64 | $17.61 | $18.22 |

(1) Total common equity less goodwill and intangibles divided by shares outstanding as of period end. Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.



24

# The subsequent tables present non-GAAP reconciliations of the following calculations:

- Tangible Common Equity (TCE) to Tangible Assets (TA) Ratio
- Tangible Book Value per Common Share
- Return on Average Tangible Common Equity (ROATCE)
- Efficiency Ratio



25

# TCE to TA and Tangible Book Value per Share

| Non-GAAP Financial Measures (Unaudited) | | As of and for the years ended | | | | |
|---|---|---|---|---|---|---|
| (Dollars in thousands, except per share data) | September 30, 2018 | December 31, 2017 | December 31, 2016 | December 31, 2015 | December 31, 2014 |
| Total stockholders' equity | $ 443,237 | $ 374,144 | $ 257,964 | $ 167,233 | $ 117,729 |
| Less: preferred stock | - | - | - | 16,372 | 16,359 |
| Less: goodwill | 131,723 | 104,907 | 58,874 | 18,130 | 18,130 |
| Less: core deposit intangibles, net | 22,466 | 10,738 | 4,715 | 1,549 | 1,107 |
| Less: mortgage servicing asset, net | 13 | 17 | 23 | 29 | - |
| Less: naming rights, net | 1,228 | 1,260 | - | - | - |
| Tangible common equity | $ 287,807 | $ 257,222 | $ 194,352 | $ 131,153 | $ 82,133 |
| Common shares outstanding at period end (1) | 15,792,695 | 14,605,607 | 11,680,308 | 8,211,727 | 6,067,511 |
| Book value per common share (1) | $ 28.07 | $ 25.62 | $ 22.09 | $ 18.37 | $ 16.71 |
| Tangible book value per common share (1) | $ 18.22 | $ 17.61 | $ 16.64 | $ 15.97 | $ 13.54 |
| Total assets | $ 3,931,036 | $ 3,170,509 | $ 2,192,192 | $ 1,585,727 | $ 1,174,515 |
| Less: goodwill | 131,723 | 104,907 | 58,874 | 18,130 | 18,130 |
| Less: core deposit intangibles, net | 22,466 | 10,738 | 4,715 | 1,549 | 1,107 |
| Less: mortgage servicing asset, net | 13 | 17 | 23 | 29 | - |
| Less: naming rights, net | 1,228 | 1,260 | - | - | - |
| Tangible assets | $ 3,775,606 | $ 3,053,587 | $ 2,128,580 | $ 1,566,019 | $ 1,155,278 |
| Tangible common equity to tangible assets | 7.62% | 8.42% | 9.13% | 8.37% | 7.11% |

(1) Share and per share data includes Class A and Class B common stock issued and outstanding and vested RSU shares



26

# ROATCE and Efficiency Ratio

Non-GAAP Financial Measures, continued (Unaudited)

| (Dollars in thousands, except per share data) | September 30, 2018 | | December 31, 2017 | | December 31, 2016 | | December 31, 2015 | | December 31, 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | As of and for the years ended | | | | | |
| Total average stockholders' equity | $ | 410,678 | $ | 293,798 | $ | 168,822 | $ | 125,808 | $ | 123,181 |
| Less: average intangible assets and preferred stock | | 133,802 | | 76,320 | | 25,882 | | 19,165 | | 37,924 |
| Average tangible common equity (3) | $ | 276,876 | $ | 217,478 | $ | 142,940 | $ | 106,643 | $ | 85,257 |
| Net income allocable to common stockholders | $ | 25,900 | $ | 20,649 | $ | 9,373 | $ | 10,123 | $ | 8,279 |
| Amortization of intangibles | | 1,740 | | 1,070 | | 419 | | 275 | | 363 |
| Less: tax effect of amortization of intangibles (2) | | 365 | | 375 | | 147 | | 96 | | 127 |
| Adjusted net income allocable to common stockholders | $ | 27,275 | $ | 21,344 | $ | 9,645 | $ | 10,302 | $ | 8,515 |
| Return on average tangible common equity (ROATCE) (4) | | 13.17% | | 9.81% | | 6.75% | | 9.66% | | 9.99% |
| Non-interest expense | $ | 69,249 | $ | 67,463 | $ | 47,075 | $ | 38,575 | $ | 35,645 |
| Less: merger expenses | | 6,524 | | 5,352 | | 5,294 | | 1,691 | | - |
| Less: loss on debt extinguishment | | - | | - | | 58 | | 316 | | - |
| Non-interest expense, excluding merger expenses and loss on debt extinguishment | $ | 62,725 | $ | 62,111 | $ | 41,723 | $ | 36,568 | $ | 35,645 |
| Net interest income | $ | 91,462 | $ | 86,002 | $ | 52,597 | $ | 46,262 | $ | 41,361 |
| Non-interest income | $ | 14,276 | $ | 15,440 | $ | 10,466 | $ | 9,802 | $ | 8,674 |
| Less: net gains (losses) from securities transactions | | (14) | | 271 | | 479 | | 756 | | 986 |
| Less: net gain on acquisition | | - | | - | | - | | 682 | | - |
| Non-interest income, excluding net gains (losses) from securities transactions and net gain on acquisition | $ | 14,290 | $ | 15,169 | $ | 9,987 | $ | 8,364 | $ | 7,688 |
| Efficiency ratio | | 59.31% | | 61.39% | | 66.67% | | 66.94% | | 72.67% |

(1) Share and per share data includes Class A and Class B common stock issued and outstanding and vested RSU shares
(2) Tax rates used in this calculation were 21% for 2018 and 35% for previous years
(3) All periods disclosed, except 2018, 2017 and 2016, were calculated using a simple average of tangible common equity
(4) Annualized



27



investor.equitybank.com

28