# EXHIBIT L

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

**Washington, D.C. 20549**

**FORM 8-K**

CURRENT REPORT
Pursuant to Section 13 or 15(d) of The Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): January 23, 2019

**EQUITY BANCSHARES, INC.**

(Exact name of registrant as specified in its charter)

| **Kansas** | **001-37624** | **72-1532188** |
|---|---|---|
| (State or other jurisdiction of | (Commission | (I.R.S. Employer |
| incorporation or organization) | File Number) | Identification No.) |

| **7701 East Kellogg Drive, Suite 300** | |
|---|---|
| **Wichita, KS** | **67207** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **316.612.6000**

Former name or former address, if changed since last report: **Not Applicable**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

☒ Emerging growth company

☒ If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.

**Item 2.02**         **Results of Operations and Financial Condition.**

On January 23, 2019, Equity Bancshares, Inc. (the "Company") issued a press release announcing its financial results for the fourth quarter and year ended December 31, 2018.  A copy of the press release is furnished as Exhibit 99.1 and is incorporated by reference herein.

The information in this Item 2.02, including Exhibit 99.1, is being furnished pursuant to Item 2.02 of Form 8-K and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to liabilities of that section, nor shall it be deemed incorporated by reference into any filing under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, unless specifically identified therein as being incorporated therein by reference.

**Item 7.01**         **Regulation FD Disclosure.**

The Company intends to hold an investor call and webcast to discuss its financial results for the fourth quarter and year ended December 31, 2018 on Thursday, January 24, 2019, at 11:00 a.m. Central Time.  The Company's presentation to analysts and investors contains additional information about the Company's financial results for the fourth quarter and year ended December 31, 2018 and is furnished as Exhibit 99.2 and is incorporated by reference herein.

The information in this Item 7.01, including Exhibit 99.2, is being furnished pursuant to Item 7.01 of Form 8-K and shall not be deemed "filed" for purposes of Section 18 of the Exchange Act, or otherwise subject to liabilities of that section, nor shall it be deemed incorporated by reference into any filing under the Securities Act or the Exchange Act, unless specifically identified therein as being incorporated therein by reference.

**Item 9.01**         **Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Earnings Press Release, dated January 23, 2019 |
| 99.2 | Equity Bancshares, Inc. Investor Presentation |

2

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**Equity Bancshares, Inc.**

Date: January 23, 2019          By: /s/ Gregory H. Kossover

Gregory H. Kossover

Executive Vice President and Chief Financial Officer

3

Exhibit 99.1

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

### Equity Bancshares, Inc. Announces Fourth Quarter Results and Record Net Income for 2018
*Acquires Trust Platform and Hires Key Personnel for Wealth Management and Treasury Services*
*Completes Three Mergers, Expanding Kansas, Missouri and Oklahoma Footprint*

WICHITA, Kansas, January 23, 2019 (GLOBE NEWSWIRE) – Equity Bancshares, Inc. (NASDAQ: EQBK), ("Equity", "we", "us", "our"), the Wichita-based holding company of Equity Bank, reported its unaudited results for the quarter and year ended December 31, 2018, including net income allocable to common stockholders for the year of $35.8 million, or $2.28 per diluted share, and $9.9 million or $0.62 per diluted share in the fourth quarter.

"We continue to focus on providing well-rounded and sophisticated banking solutions for our customers in our four-state franchise, including customized business products, online and mobile banking enhancements, and improved products and services, including trust and wealth management and treasury management," said Brad Elliott, Chairman and CEO of Equity. "Our priorities for 2019 will focus on organic growth and the addition of capabilities to our platform. We've recently hired Gaylyn McGregor to lead our recently-acquired trust and wealth management division, and in 2018 we welcomed Shawna Palmieri to oversee treasury management for business customers. We continue to invest in talent, innovative digital services, and are becoming the financial institution of choice for banking customers in a wide range of communities."

On May 4, 2018, Equity completed its mergers with Kansas Bank Corporation ("KBC"), parent company of First National Bank of Liberal/Hugoton in Liberal, Kansas, and Adams Dairy Bancshares, Inc. ("Adams"), parent company of Adams Dairy Bank, in Blue Springs, Missouri. The KBC merger added four bank locations in Liberal, Kansas, one bank location in Hugoton, Kansas, and total assets of $336.1 million. The Adams merger added one bank location in Blue Springs, Missouri, and total assets of $115.8 million. Results of operations of KBC and Adams are included in Equity's 2018 results of operations subsequent to each merger.

Equity expanded its Oklahoma footprint by completing its merger with City Bank and Trust Company ("City Bank") of Guymon, Oklahoma, on August 23, 2018. The merger added one bank location in Guymon, Oklahoma and total assets of $163.3 million. Results of operations of City Bank are included in Equity's 2018 results of operations subsequent to the merger.

Notable Items:

- Income before taxes for the fourth quarter of 2018 was $12.9 million, or $0.80 per diluted share, compared to $7.5 million, or $0.54 per diluted share, for the same time period in 2017. Income before taxes, adjusted to exclude merger expense, was $13.8 million, or $0.86 per diluted share, for the fourth quarter of 2018, compared to $10.7 million, or $0.78 per diluted share, for the fourth quarter of 2017.
- Stated diluted earnings per share in the fourth quarter of 2018 were $0.62. Merger expenses, adjusted for estimated income tax, were $712 thousand in the fourth quarter of 2018, or $0.04 per diluted share.
- Net income allocable to common stockholders, adjusted for merger expenses, was $10.6 million, or $0.66 per diluted share in the fourth quarter of 2018, compared to 2017 fourth quarter net income allocable to common stockholders, adjusted for merger expenses of $6.4 million, or $0.46 per diluted share.

Highlights of Equity's growth include:

- Total loans held for investment of $2.54 billion at December 31, 2018, as compared to total loans held for investment of $2.10 billion at December 31, 2017. The increase of $439.7 million includes organic growth of $120.5 million, or 5.7%, $159.4 million of loans added in the KBC merger, $82.7 million of loans added in the Adams merger, and $77.1 million of loans added in the City Bank merger.
- Total deposits were $3.12 billion at December 31, 2018 compared to $2.38 billion at December 31, 2017. Signature Deposits, or core deposits comprised of checking accounts, savings accounts, and money market accounts, were $2.12 billion at December 31, 2018, compared to $1.61 billion at December 31, 2017. Organic signature deposit growth was 9.3% for the year. In addition, the KBC merger added total

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

deposits of $288.4 million, the Adams merger added total deposits of $97.1 million, and the City Bank merger added total deposits of $126.9 million.

- Total assets of $4.06 billion at December 31, 2018, compared to $3.17 billion at December 31, 2017. The KBC merger added total assets of $336.1 million, the Adams merger added total assets of $115.8 million, and the City Bank merger added total assets of $163.3 million.
- Book value per common share of $28.87 at December 31, 2018 and $25.62 at December 31, 2017. Tangible book value per common share of $19.08 at December 31, 2018 and $17.61 at December 31, 2017.

On September 24, 2018, Equity announced that it entered into a definitive branch purchase and assumption agreement to acquire certain assets and assume the deposits of two bank locations in Guymon, Oklahoma and one bank location in Cordell, Oklahoma from MidFirst Bank of Oklahoma City, Oklahoma. The transaction is expected to close later in the first quarter of 2019, subject to customary closing conditions and regulatory approval. After the transaction closes, Equity will operate 52 bank locations in four states.

## Financial Results for Year Ended December 31, 2018

Net income allocable to common stockholders was $35.8 million for the year ended December 31, 2018, as compared to $20.6 million for the year ended December 31, 2017, an increase of $15.2 million, or 73.5%. Beginning March 11, 2017, financial results reflect our merger with Prairie State Bancshares, Inc. ("Prairie") of Hoxie, Kansas. The merger of Prairie added three bank locations in western Kansas with total assets of $153.1 million. Beginning November 11, 2017, financial results reflect our mergers with Eastman National Bancshares, Inc. ("Eastman") and Cache Holdings, Inc. ("Cache"). The merger of Eastman added one location in Newkirk, Oklahoma, three locations in Ponca City, Oklahoma, and total assets of $281.5 million. The merger of Cache added one location in Tulsa, Oklahoma with total assets of $343.4 million. Merger expenses of $7.5 million, $5.7 million after tax, are included in 2018 results. These costs were incurred mainly in connection with the KBC, Adams and City Bank mergers. Merger expenses of $5.4 million, $3.5 million after tax, are included in 2017 results. These costs were incurred mostly in connection with the Prairie, Eastman, and Cache mergers, with a very small amount attributable to the then pending KBC and Adams mergers.

Diluted earnings per share were $2.28 for the year ended December 31, 2018, as compared to $1.62 for the comparable period of 2017. Weighted average fully diluted shares were 15,708,784 and 12,707,184 for the years ended December 31, 2018 and 2017. The increase in weighted average fully diluted shares reflects the issuance of 820,849 and 344,063 shares in connection with Equity's May 2018 mergers with KBC and Adams.

Net interest income was $124.8 million for the year ended December 31, 2018, as compared to $86.0 million for the year ended December 31, 2017, a $38.8 million, or 45.1% increase. The additional net interest income was primarily driven by an increase in yield on interest-earning assets and growth in loans and securities balances, partially offset by higher interest expense as we funded the increase in earning assets with more deposits and borrowings and an overall increase in the average cost of funds.

Our net interest margin was 3.81% for the year ended December 31, 2018, as compared to 3.83% for the year ended December 31, 2017.

The provision for loan losses was $4.0 million for the year ended December 31, 2018, as compared to $3.0 million for the year ended December 31, 2017. Net charge-offs for the twelve months ended December 31, 2018 were $1.0 million versus $887 thousand in net charge offs for the same period of 2017.

Total non-interest income was $19.7 million for the year ended December 31, 2018 compared to $15.4 million for the year ended December 31, 2017. Increases in service charges and fees and debit card income are principally attributable to the addition of accounts and higher transaction volumes associated with the Prairie, Eastman, Cache, KBC, Adams and City Bank mergers. Non-interest income includes the increase in the value of bank-owned life insurance of $2.2 million and $1.4 million for the twelve-month periods ended December 31, 2018 and 2017. This change is the result of purchasing additional policies in late 2017.

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

Total non-interest expense was $94.4 million for the year ended December 31, 2018, as compared to $67.5 million for the year ended December 31, 2017. These results primarily reflect the full-year effect of the March 2017 Prairie merger and the November 2017 Eastman and Cache mergers, the May 2018 KBC and Adams mergers and the August 2018 City Bank merger. Also, the results reflect additional lending, customer service, corporate and operations staff indirectly attributable to mergers and organic growth and increased data processing costs due to more accounts and higher transaction volumes. Non-interest expense also includes merger expenses of $7.5 million ($5.7 million after tax) for the year ended December 31, 2018 while 2017 merger expenses totaled $5.4 million ($3.5 million after-tax).

Equity's effective tax rate for the twelve-month period ended December 31, 2018 was 22.4%, as compared to 33.5% for the twelve-month period ended December 31, 2017. On December 22, 2017, the Tax Cuts and Jobs Act ("Tax Reform") was enacted and reduced the U.S. federal statutory income tax rate from the 35% rate applicable in 2017 to 21% in 2018. Equity's estimated annual effective tax rate was reduced approximately 12 percentage points in 2018 principally due to this reduction in the U.S. federal statutory rate. In addition to the statutory tax rates applicable in each period, the estimated annual effective tax rate for both 2018 and 2017 reflect the levels of tax-exempt interest income, non-taxable life insurance income, non-deductible facilitative merger expenses and other non-deductible expenses included in income before income taxes as well as available federal income tax credits. Partially offsetting the benefit of the rate reduction was a decrease in excess tax benefits associated with the exercise of stock options recorded during the year ended December 31, 2018, as compared to the same time period in the prior year. Excess tax benefits were $26 thousand in 2018, down $344 thousand from the excess tax benefits recorded in 2017.

## Fourth Quarter Financial Results

Net income allocable to common stockholders was $9.9 million for the three months ended December 31, 2018, as compared to $4.3 million for the three months ended December 31, 2017, an increase of $5.7 million or 132.2%.

Diluted earnings per share were $0.62 for the three months ended December 31, 2018, as compared to $0.31 for the comparable period of 2017. Weighted average fully diluted shares were 16,095,063 and 13,809,533 for the three months ended December 31, 2018 and 2017. The increase in weighted average fully diluted shares reflect the issuance of 2,370,688 shares in connection with Equity's November 2017 mergers with Eastman and Cache and 1,164,912 shares in connection with Equity's May 2018 mergers with KBC and Adams.

Net interest income was $33.3 million for the three months ended December 31, 2018, as compared to $24.6 million for the three months ended December 31, 2017, an $8.7 million or 35.6% increase. The additional net interest income was primarily driven by growth in loans and securities balances and to a lesser extent an increase in average yield on loans, partially offset by an increase in interest expense as we funded the growth in earning assets with more deposits and borrowings and an overall increase in the average cost of funds.

Our net interest margin was 3.70% for the three months ended December 31, 2018, as compared to 3.79% for the three months ended December 31, 2017. The decrease in net interest margin was due to the cost of interest-bearing liabilities rising at a faster rate than interest-earning assets during the last quarter of the year. The increase in cost of funds is primarily from the increase in cost of both retail and public fund deposits. The cost of retail deposits have increased as the general level of interest rates have risen and from an increased level of market competition on this type of deposit, which are desirable due to its lower level of interest rate sensitivity. The cost of public fund deposits have increased due to the level of competition over these deposits, from both other financial institutions and state investment funds, and due to the timing of the investment of these funds in an elevated interest rate environment.

The provision for loan losses was $750 thousand for the three months ended December 31, 2018, as compared to $503 thousand for the three months ended December 31, 2017. For the three months ended December 31, 2018, we had net charge-offs of $307 thousand, as compared to a net recovery of $26 thousand for the same period in 2017.

Total non-interest income for the quarter ended December 31, 2018 was $5.4 million, compared to $4.1 million for the quarter ended December 31, 2017. Increases in service charges and fees and debit card income are principally

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

attributable to the addition of accounts and higher transaction volumes associated with the Eastman, Cache, KBC and Adams mergers and to a lesser extent, the August 2018 merger with City Bank.  Non-interest income includes the increase in value of bank-owned life insurance of $518 thousand and $377 thousand for the three-month periods ended December 31, 2018 and 2017.

Total non-interest expense was $25.1 million for the quarter ended December 31, 2018, compared to $20.7 million for the quarter ended December 31, 2017.  These results reflect the effect of the November 2017 addition of five locations in northern Oklahoma; the May 2018 addition of five locations in southwest Kansas plus one location in Blue Springs, Missouri; and the August 2018 addition of one location in Guymon, Oklahoma.  In addition, the results reflect added lending, customer service, corporate and operations staff indirectly attributable to mergers and organic growth and increased data processing costs due to more accounts and higher transaction volumes.  Non-interest expense also includes merger expenses of $938 thousand ($712 thousand after tax) for the three months ended December 31, 2018.  Merger expenses for the three months ended December 31, 2017, totaled $3.3 million ($2.1 million thousand after tax).

Equity's effective tax rate was 23.0% for the three months ended December 31, 2018, as compared to 42.8% for the quarter ended December 31, 2017.  The effective tax rates for each of the comparable periods reflect the applicable statutory tax rates as well as the levels of tax-exempt interest income, non-taxable life insurance income, non-deductible facilitative merger expense and other non-deductible expense included in income before income taxes as well as available federal income tax credits.  The 2017 provision for income taxes also includes a fourth quarter charge of $1.1 million related to the re-measurement of Equity's net deferred tax assets upon the enactment of Tax Reform.

## Loans, Deposits and Total Assets

Loans held for investment were $2.54 billion at December 31, 2018, as compared to $2.10 billion at December 31, 2017, an increase of $439.7 million.  The increase in loans held for investment includes $159.4 million and $82.7 million of net loans acquired in the May 2018 KBC and Adams mergers, $77.1 million of net loans acquired in the August 2018 City Bank merger plus $120.5 million of organic loan growth.

As of December 31, 2018, Equity's allowance for loan losses to total loans was 0.45%, as compared to 0.40% at December 31, 2017.  Total reserves, including purchase discounts, to total loans were approximately 1.03% as of December 31, 2018, as compared to 1.21% at December 31, 2017.  Nonperforming assets of $39.6 million as of December 31, 2018, were 0.97% of total assets and include nonperforming assets of $979 thousand acquired in the KBC merger, $1.1 million acquired in the Adams mergers and $6.3 million acquired in the City Bank merger.  Nonperforming assets at December 31, 2017, were $48.2 million or 1.52% of total assets.

Total deposits were $3.12 billion at December 31, 2018, as compared to $2.38 billion at December 31, 2017.  Total deposits increased $741.4 million between December 31, 2017, and December 31, 2018.  This increase included $288.4 million of deposits assumed in the KBC merger, $97.1 million of deposits assumed in the Adams merger, $126.9 million of deposits assumed in the City Bank merger and $229.0 million in organic growth. Signature deposits were $2.12 billion at December 31, 2018, as compared to $1.61 billion at December 31, 2017.

At December 31, 2018, Equity had consolidated total assets of $4.06 billion, as compared to $3.17 billion at December 31, 2017, an increase of $891.2 million.  The increase in total assets includes $336.1 million of total assets acquired in the KBC merger, $115.8 million of total assets acquired in the Adams merger and $163.3 million of total assets acquired in the City Bank merger.

## Capital and Borrowings

In connection with the KBC and Adams mergers, Equity issued 820,849 shares and 344,063 shares, in each case, valued at $39.11 per share, Equity's closing price on May 4, 2018.  Net of $207 thousand of stock issuance costs, the KBC merger added $31.9 million to stockholders' equity while the Adams merger added $13.2 million to stockholders' equity, net of $237 thousand of stock issuance costs.

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

At December 31, 2018, common stockholders' equity totaled $455.9 million, $28.87 per common share, compared to $374.1 million, $25.62 per common share, at December 31, 2017. Tangible common equity was $301.3 million and tangible book value per common share was $19.08 at December 31, 2018. Tangible common equity was $257.2 million and tangible book value per common share was $17.61 at December 31, 2017. The ratio of common equity tier 1 capital to risk-weighted assets was approximately 11.01% and the total capital to risk-weighted assets was approximately 11.92% at December 31, 2018.

## Non-GAAP Financial Measures

This press release includes certain non-GAAP financial measures intended to supplement, not substitute for, comparable GAAP measures. Reconciliations of non-GAAP financial measures to GAAP financial measures are provided at the end of this press release.

## Conference Call and Webcast

Equity's Chairman and Chief Executive Officer, Brad Elliott, and Chief Financial Officer, Greg Kossover, will hold a conference call and webcast to discuss fourth quarter and full-year 2018 results on Thursday, January 24, 2019 at 11:00 a.m. central time.

Investors, news media and other participants should register for the call or audio webcast at investor.equitybank.com. On Thursday, January 24, 2019, participants may also dial into the call toll-free at (844) 534-7311 from anywhere in the U.S. or (574) 990-1419 internationally, using conference ID no. 4367695.

Participants are encouraged to dial into the call or access the webcast approximately 10 minutes prior to the start time. Presentation slides to pair with the call or webcast will be posted one hour prior to the call at investor.equitybank.com.

A replay of the call and webcast will be available two hours following the close of the call until January 31, 2019, accessible at (855) 859-2056 with conference ID no. 4367695 at investor.equitybank.com.

## About Equity Bancshares, Inc.

Equity Bancshares, Inc. is the holding company for Equity Bank, offering a full range of financial solutions, including commercial loans, consumer banking, mortgage loans, trust and wealth management services and treasury management services, while delivering the high-quality, relationship-based customer service of a community bank. Equity's common stock is traded on the NASDAQ Global Select Market under the symbol "EQBK." Learn more at www.equitybank.com.

## No Offer or Solicitation

This press release shall not constitute an offer to sell, a solicitation of an offer to sell, or the solicitation or an offer to buy any securities. There will be no sale of securities in any jurisdiction in which such an offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such jurisdiction. No offer of securities shall be made except by means of a prospectus meeting the requirement of Section 10 of the Securities Act of 1933, as amended.

## Special Note Concerning Forward-Looking Statements

This press release contains "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements reflect the current views of Equity's management with respect to, among other things, future events and Equity's financial performance. These statements are often, but not always, made through the use of words or phrases such as "may," "should," "could," "predict," "potential," "believe," "will likely result," "expect," "continue," "will," "anticipate," "seek," "estimate," "intend," "plan," "project," "forecast," "goal," "target," "would" and "outlook," or the negative variations of those words or other comparable words of a future or forward-looking nature. These forward-looking statements are not historical facts, and are

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

based on current expectations, estimates and projections about Equity's industry, management's beliefs and certain assumptions made by management, many of which, by their nature, are inherently uncertain and beyond Equity's control. Accordingly, Equity cautions you that any such forward-looking statements are not guarantees of future performance and are subject to risks, assumptions and uncertainties that are difficult to predict. Although Equity believes that the expectations reflected in these forward-looking statements are reasonable as of the date made, actual results may prove to be materially different from the results expressed or implied by the forward-looking statements. Factors that could cause actual results to differ materially from Equity's expectations include competition from other financial institutions and bank holding companies; the effects of and changes in trade, monetary and fiscal policies and laws, including interest rate policies of the Federal Reserve Board; changes in the demand for loans; fluctuations in value of collateral and loan reserves; inflation, interest rate, market and monetary fluctuations; changes in consumer spending, borrowing and savings habits; and acquisitions and integration of acquired businesses; and similar variables. The foregoing list of factors is not exhaustive.

For discussion of these and other risks that may cause actual results to differ from expectations, please refer to "Cautionary Note Regarding Forward-Looking Statements" and "Risk Factors" in Equity's Annual Report on Form 10-K filed with the Securities and Exchange Commission on March 16, 2018 and any updates to those risk factors set forth in Equity's subsequent Quarterly Reports on Form 10-Q or Current Reports on Form 8-K. If one or more events related to these or other risks or uncertainties materialize, or if Equity's underlying assumptions prove to be incorrect, actual results may differ materially from what Equity anticipates. Accordingly, you should not place undue reliance on any such forward-looking statements. Any forward-looking statement speaks only as of the date on which it is made, and Equity does not undertake any obligation to publicly update or review any forward-looking statement, whether as a result of new information, future developments or otherwise. New risks and uncertainties arise from time to time, and it is not possible for us to predict those events or how they may affect us. In addition, Equity cannot assess the impact of each factor on Equity's business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. All forward-looking statements, expressed or implied, included in this press release are expressly qualified in their entirety by this cautionary statement. This cautionary statement should also be considered in connection with any subsequent written or oral forward-looking statements that Equity or persons acting on Equity's behalf may issue.

**Media Contact:**

John J. Hanley
SVP, Director of Marketing
Equity Bancshares, Inc.
(816) 505-4063
jhanley@equitybank.com

**Investor Contact:**

Jacob Willis
Investor Relations Officer
Equity Bancshares, Inc.
(316) 779-1675
jwillis@equitybank.com

**Unaudited Financial Tables**
- **Table 1**. Selected Financial Highlights
- **Table 2**. Year to Date Analysis of Changes in Net Interest Income
- **Table 3**. Quarterly Analysis of Changes in Net Interest Income
- **Table 4**. Consolidated Balance Sheets
- **Table 5**. Consolidated Statements of Income
- **Table 6**. Non-GAAP Financial Measures

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

## TABLE 1. SELECTED FINANCIAL HIGHLIGHTS (Unaudited)

(Dollars in thousands, except per share data)

| | As of and for the three months ended | | | | |
|---|---|---|---|---|---|
| | December 31, 2018 | September 30, 2018 | June 30, 2018 | March 31, 2018 | December 31, 2017 |
| **Statement of Income Data** | | | | | |
| Net interest income | $33,336 | $32,755 | $30,920 | $27,787 | $24,589 |
| Provision for loan losses | 750 | 1,291 | 750 | 1,170 | 503 |
| Net gains (losses) from securities transactions | 5 | (4) | (2) | (8) | — |
| Other non-interest income | 5,444 | 5,437 | 4,594 | 4,259 | 4,104 |
| Total non-interest income | 5,449 | 5,433 | 4,592 | 4,251 | 4,104 |
| Merger expenses | 938 | 757 | 5,236 | 531 | 3,267 |
| Other non-interest expense | 24,200 | 22,890 | 20,739 | 19,096 | 17,451 |
| Total non-interest expense | 25,138 | 23,647 | 25,975 | 19,627 | 20,718 |
| Income before income taxes | 12,897 | 13,250 | 8,787 | 11,241 | 7,472 |
| Provision for income taxes | 2,972 | 2,928 | 1,920 | 2,530 | 3,198 |
| Net income | 9,925 | 10,322 | 6,867 | 8,711 | 4,274 |
| Net income allocable to common stockholders | 9,925 | 10,322 | 6,867 | 8,711 | 4,274 |
| Basic earnings per share | 0.63 | 0.65 | 0.45 | 0.60 | 0.32 |
| Diluted earnings per share | 0.62 | 0.64 | 0.44 | 0.58 | 0.31 |
| **Balance Sheet Data (at period end)** | | | | | |
| Securities available-for-sale | $168,875 | $172,388 | $180,238 | $174,717 | $162,272 |
| Securities held-to-maturity | 748,356 | 713,899 | 665,995 | 522,021 | 535,462 |
| Gross loans held for investment | 2,542,992 | 2,557,055 | 2,411,471 | 2,125,324 | 2,103,279 |
| Allowance for loan losses | 11,454 | 11,010 | 10,083 | 9,316 | 8,498 |
| Intangible assets, net | 154,665 | 155,430 | 146,538 | 115,032 | 116,922 |
| Total assets | 4,061,716 | 3,931,036 | 3,712,185 | 3,176,062 | 3,170,509 |
| Total deposits | 3,123,447 | 2,821,246 | 2,635,048 | 2,368,297 | 2,382,013 |
| Non-time deposits | 2,115,541 | 1,969,715 | 1,829,902 | 1,647,105 | 1,605,514 |
| Borrowings | 464,676 | 652,755 | 631,501 | 414,415 | 401,652 |
| Total liabilities | 3,605,775 | 3,487,799 | 3,278,903 | 2,794,575 | 2,796,365 |
| Total stockholders' equity | 455,941 | 443,237 | 433,282 | 381,487 | 374,144 |
| Tangible common equity* | 301,276 | 287,807 | 286,744 | 266,455 | 257,222 |
| **Selected Average Balance Sheet Data (quarterly average)** | | | | | |
| Total gross loans receivable | $2,590,610 | $2,516,833 | $2,317,071 | $2,122,973 | $1,850,045 |
| Investment securities | 893,642 | 860,940 | 767,038 | 699,055 | 669,220 |
| Interest-earning assets | 3,578,487 | 3,457,871 | 3,158,187 | 2,883,960 | 2,573,043 |
| Total assets | 3,935,722 | 3,804,114 | 3,475,786 | 3,169,131 | 2,820,548 |
| Interest-bearing deposits | 2,501,227 | 2,251,937 | 2,148,361 | 2,043,784 | 1,821,850 |
| Borrowings | 480,417 | 642,575 | 495,558 | 389,120 | 330,651 |
| Total interest-bearing liabilities | 2,981,644 | 2,894,512 | 2,643,919 | 2,432,904 | 2,152,501 |
| Total deposits | 2,991,657 | 2,709,741 | 2,556,982 | 2,390,648 | 2,140,490 |
| Total liabilities | 3,486,272 | 3,364,343 | 3,062,312 | 2,791,236 | 2,483,029 |
| Total stockholders' equity | 449,450 | 439,771 | 413,474 | 377,895 | 337,519 |
| Tangible common equity* | 294,506 | 289,515 | 279,328 | 261,261 | 240,899 |
| **Performance Ratios** | | | | | |
| Return on average assets (ROAA) annualized | 1.00% | 1.08% | 0.79% | 1.11% | 0.60% |
| Return on total average stockholders equity (ROAE) annualized | 8.76% | 9.31% | 6.66% | 9.35% | 5.02% |
| Return on average tangible common equity (ROATCE) annualized* | 14.17% | 14.91% | 10.58% | 14.01% | 7.41% |
| Yield on loans annualized | 5.91% | 5.73% | 5.73% | 5.55% | 5.40% |
| Cost of interest-bearing deposits annualized | 1.45% | 1.15% | 1.00% | 0.94% | 0.87% |
| Cost of total deposits annualized | 1.21% | 0.95% | 0.84% | 0.80% | 0.74% |
| Net interest margin annualized | 3.70% | 3.76% | 3.93% | 3.91% | 3.79% |
| Efficiency ratio* | 62.40% | 59.93% | 58.40% | 59.59% | 60.82% |
| Non-interest income / average assets | 0.55% | 0.57% | 0.53% | 0.54% | 0.58% |
| Non-interest expense / average assets | 2.53% | 2.47% | 3.00% | 2.51% | 2.91% |
| **Capital Ratios** | | | | | |
| Tier 1 Leverage Ratio | 8.60% | 8.60% | 9.36% | 9.45% | 10.33% |
| Common Equity Tier 1 Capital Ratio | 11.01% | 10.57% | 11.13% | 11.80% | 11.56% |
| Tier 1 Risk Based Capital Ratio | 11.52% | 11.07% | 11.65% | 12.41% | 12.17% |
| Total Risk Based Capital Ratio | 11.92% | 11.46% | 12.03% | 12.81% | 12.54% |
| Total stockholders' equity to total assets | 11.23% | 11.28% | 11.67% | 12.01% | 11.80% |
| Tangible common equity to tangible assets* | 7.71% | 7.62% | 8.04% | 8.70% | 8.42% |
| Book value per common share | $28.87 | $28.07 | $27.44 | $26.09 | $25.62 |
| Tangible book value per common share* | $19.08 | $18.22 | $18.16 | $18.22 | $17.61 |
| Tangible book value per diluted common share* | $18.73 | $17.86 | $17.78 | $17.85 | $17.29 |

* The value noted is considered a Non-GAAP financial measure. For a reconciliation of Non-GAAP financial measures, see Table 6. Non-GAAP Financial Measures

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

## TABLE 2. YEAR TO DATE ANALYSIS OF CHANGES IN NET INTEREST INCOME (Unaudited)

(Dollars in thousands)

| | Year ended 12/31/2018 | | | Year ended 12/31/2017 | | |
|---|---|---|---|---|---|---|
| | Average Outstanding Balance | Interest Income/ Expense | Average Yield/ Rate (3) (4) | Average Outstanding Balance | Interest Income/ Expense | Average Yield/ Rate (3) (4) |
| **Interest-earning assets:** | | | | | | |
| Loans (1) | $ 2,388,509 | $ 137,048 | 5.74% | $ 1,576,364 | $ 85,662 | 5.43% |
| Total securities | 805,855 | 22,032 | 2.73% | 621,407 | 15,683 | 2.52% |
| Federal funds sold and other | 77,681 | 2,476 | 3.19% | 47,937 | 1,348 | 2.81% |
| Total interest-earning assets | 3,272,045 | 161,556 | 4.94% | 2,245,708 | 102,693 | 4.57% |
| **Interest-bearing liabilities:** | | | | | | |
| Total interest-bearing demand and savings | 1,401,326 | 12,683 | 0.91% | 954,038 | 5,080 | 0.53% |
| Certificates of deposit | 836,298 | 13,004 | 1.56% | 647,998 | 7,642 | 1.18% |
| Total interest-bearing deposits | 2,237,624 | 25,687 | 1.15% | 1,602,036 | 12,722 | 0.79% |
| FHLB advances & LOC | 430,490 | 9,039 | 2.10% | 258,951 | 2,909 | 1.12% |
| Other borrowings | 72,062 | 2,032 | 2.82% | 39,999 | 1,060 | 2.65% |
| Total interest-bearing liabilities | 2,740,176 | 36,758 | 1.34% | 1,900,986 | 16,691 | 0.88% |
| Net interest income | | $ 124,798 | | | $ 86,002 | |
| Interest rate spread | | | 3.60% | | | 3.69% |
| Net interest margin (2) | | | 3.81% | | | 3.83% |

(1) Average loan balances include nonaccrual loans.

(2) Net interest margin is calculated by dividing annualized net interest income by average interest-earning assets for the period.

(3) Tax exempt income is not included in the above table on a tax equivalent basis.

(4) Actual unrounded values are used to calculate the reported yield or rate disclosed. Accordingly, recalculations using the amounts in thousands as disclosed in this report may not produce the same amounts.

| | Total Increase/(Decrease) | | |
|---|---|---|---|
| | Volume Variance (1) | Yield/Rate Variance (1) | Total Variance |
| **Interest-earning assets:** | | | |
| Loans | $ 46,358 | $ 5,028 | $ 51,386 |
| Total securities | 4,908 | 1,441 | 6,349 |
| Federal funds sold and other | 928 | 200 | 1,128 |
| Total interest-earning assets | 52,194 | 6,669 | 58,863 |
| **Interest-bearing liabilities:** | | | |
| Total interest-bearing demand and savings | 3,131 | 4,472 | 7,603 |
| Certificates of deposit | 2,558 | 2,804 | 5,362 |
| Total interest-bearing deposits | 5,689 | 7,276 | 12,965 |
| FHLB advances & LOC | 2,652 | 3,478 | 6,130 |
| Other borrowings | 780 | 192 | 972 |
| Total interest-bearing liabilities | 9,121 | 10,946 | 20,067 |
| Net interest income | $ 43,073 | $ (4,277) | $ 38,796 |

(1) The effect of changes in volume is determined by multiplying the change in volume by the previous year's average rate. Similarly, the effect of rate changes is calculated by multiplying the change in average rate by the prior year's volume. The changes attributable to both volume and rate, which cannot be segregated, have been allocated to the volume variance and the rate variance in proportion to the relationship of the absolute dollar amount of the change in each.

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

## TABLE 3. QUARTERLY ANALYSIS OF CHANGES IN NET INTEREST INCOME (Unaudited)

(Dollars in thousands)

| | Quarter ended 12/31/2018 | | | Quarter ended 12/31/2017 | | |
|---|---|---|---|---|---|---|
| | Average Outstanding Balance | Interest Income/ Expense | Average Yield/ Rate [3] [4] | Average Outstanding Balance | Interest Income/ Expense | Average Yield/ Rate [3] [4] |
| **Interest-earning assets:** | | | | | | |
| Loans [1] | $  2,590,610 | $  38,564 | 5.91% | $  1,850,045 | $  25,180 | 5.40% |
| Total securities | 893,642 | 6,360 | 2.82% | 669,220 | 4,243 | 2.52% |
| Federal funds sold and other | 94,235 | 656 | 2.76% | 53,778 | 385 | 2.84% |
| Total interest-earning assets | 3,578,487 | 45,580 | 5.05% | 2,573,043 | 29,808 | 4.60% |
| **Interest-bearing liabilities:** | | | | | | |
| Total interest-bearing demand and savings | 1,524,972 | 4,528 | 1.18% | 1,092,465 | 1,700 | 0.62% |
| Certificates of deposit | 976,255 | 4,593 | 1.87% | 729,385 | 2,282 | 1.24% |
| Total interest-bearing deposits | 2,501,227 | 9,121 | 1.45% | 1,821,850 | 3,982 | 0.87% |
| FHLB advances & LOC | 395,239 | 2,491 | 2.50% | 277,131 | 942 | 1.35% |
| Other borrowings | 85,178 | 632 | 2.94% | 53,520 | 295 | 2.19% |
| Total interest-bearing liabilities | 2,981,644 | 12,244 | 1.63% | 2,152,501 | 5,219 | 0.96% |
| Net interest income | | $  33,336 | | | $  24,589 | |
| Interest rate spread | | | 3.42% | | | 3.64% |
| Net interest margin [2] | | | 3.70% | | | 3.79% |

[1] Average loan balances include nonaccrual loans.

[2] Net interest margin is calculated by dividing annualized net interest income by average interest-earning assets for the period.

[3] Tax exempt income is not included in the above table on a tax equivalent basis.

[4] Actual unrounded values are used to calculate the reported yield or rate disclosed.  Accordingly, recalculations using the amounts in thousands as disclosed in this report may not produce the same amounts.

| | Total Increase/(Decrease) | | |
|---|---|---|---|
| | Volume Variance [1] | Yield/Rate Variance [1] | Total Variance |
| **Interest-earning assets:** | | | |
| Loans | $  10,844 | $  2,540 | $  13,384 |
| Total securities | 1,539 | 578 | 2,117 |
| Federal funds sold and other | 282 | (11) | 271 |
| Total interest-earning assets | 12,665 | 3,107 | 15,772 |
| **Interest-bearing liabilities:** | | | |
| Total interest-bearing demand and savings | 887 | 1,941 | 2,828 |
| Certificates of deposit | 929 | 1,382 | 2,311 |
| Total interest-bearing deposits | 1,816 | 3,323 | 5,139 |
| FHLB advances & LOC | 516 | 1,033 | 1,549 |
| Other borrowings | 277 | 60 | 337 |
| Total interest-bearing liabilities | 2,609 | 4,416 | 7,025 |
| Net interest income | $  10,056 | $  (1,309) | $  8,747 |

[1] The effect of changes in volume is determined by multiplying the change in volume by the previous year's average rate. Similarly, the effect of rate changes is calculated by multiplying the change in average rate by the prior year's volume. The changes attributable to both volume and rate, which cannot be segregated, have been allocated to the volume variance and the rate variance in proportion to the relationship of the absolute dollar amount of the change in each.

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

## TABLE 4. CONSOLIDATED BALANCE SHEETS (Unaudited)

(Dollars in thousands)

|  | December 31, 2018 | December 31, 2017 |
|---|---|---|
| **ASSETS** | | |
| Cash and due from banks | $192,735 | $48,034 |
| Federal funds sold | 83 | 4,161 |
| Cash and cash equivalents | 192,818 | 52,195 |
| Interest-bearing time deposits in other banks | 4,991 | 3,496 |
| Available-for-sale securities | 168,875 | 162,272 |
| Held-to-maturity securities, fair value of $739,989 and $532,744 | 748,356 | 535,462 |
| Loans held for sale | 35,388 | 16,344 |
| Loans, net of allowance for loan losses of $11,454 and $8,498 | 2,531,538 | 2,094,781 |
| Other real estate owned, net | 6,372 | 7,907 |
| Premises and equipment, net | 80,442 | 63,449 |
| Bank-owned life insurance | 73,105 | 68,384 |
| Federal Reserve Bank and Federal Home Loan Bank stock | 29,214 | 24,373 |
| Interest receivable | 17,372 | 12,371 |
| Goodwill | 131,712 | 104,907 |
| Core deposit intangibles, net | 21,725 | 10,738 |
| Other | 19,808 | 13,830 |
| Total assets | $4,061,716 | $3,170,509 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Deposits | | |
| Demand | $503,831 | $366,530 |
| Total non-interest bearing deposits | 503,831 | 366,530 |
| Savings, NOW and money market | 1,611,710 | 1,238,984 |
| Time | 1,007,906 | 776,499 |
| Total interest-bearing deposits | 2,619,616 | 2,015,483 |
| Total deposits | 3,123,447 | 2,382,013 |
| Federal funds purchased and retail repurchase agreements | 50,068 | 37,492 |
| Federal Home Loan Bank advances | 384,898 | 347,692 |
| Bank stock loan | 15,450 | 2,500 |
| Subordinated debentures | 14,260 | 13,968 |
| Contractual obligations | 3,965 | 1,967 |
| Interest payable and other liabilities | 13,687 | 10,733 |
| Total liabilities | 3,605,775 | 2,796,365 |
| Stockholders' equity | | |
| Common stock | 173 | 161 |
| Additional paid-in capital | 379,085 | 331,339 |
| Retained earnings | 101,326 | 65,512 |
| Accumulated other comprehensive loss | (4,867) | (3,092) |
| Employee stock loans | (121) | (121) |
| Treasury stock | (19,655) | (19,655) |
| Total stockholders' equity | 455,941 | 374,144 |
| Total liabilities and stockholders' equity | $4,061,716 | $3,170,509 |

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

### TABLE 5. CONSOLIDATED STATEMENTS OF INCOME (Unaudited)

(Dollars in thousands, except per share data)

| | Three Months Ended December 31, | | Year Ended December 31, | |
|---|---|---|---|---|
| | 2018 | 2017 | 2018 | 2017 |
| Interest and dividend income | | | | |
| Loans, including fees | $38,564 | $25,180 | $137,048 | $85,662 |
| Securities, taxable | 5,272 | 3,378 | 17,943 | 12,308 |
| Securities, nontaxable | 1,088 | 865 | 4,089 | 3,375 |
| Federal funds sold and other | 656 | 385 | 2,476 | 1,348 |
| **Total interest and dividend income** | 45,580 | 29,808 | 161,556 | 102,693 |
| Interest expense | | | | |
| Deposits | 9,121 | 3,982 | 25,687 | 12,722 |
| Federal funds purchased and retail repurchase agreements | 37 | 24 | 114 | 64 |
| Federal Home Loan Bank advances | 2,491 | 942 | 9,039 | 2,909 |
| Bank stock loan | 283 | 16 | 731 | 16 |
| Subordinated debentures | 312 | 255 | 1,187 | 980 |
| **Total interest expense** | 12,244 | 5,219 | 36,758 | 16,691 |
| **Net interest income** | 33,336 | 24,589 | 124,798 | 86,002 |
| Provision for loan losses | 750 | 503 | 3,961 | 2,953 |
| **Net interest income after provision for loan losses** | 32,586 | 24,086 | 120,837 | 83,049 |
| Non-interest income | | | | |
| Service charges and fees | 2,029 | 1,522 | 7,250 | 5,319 |
| Debit card income | 1,736 | 1,162 | 6,178 | 4,547 |
| Mortgage banking | 281 | 409 | 1,298 | 1,955 |
| Increase in value of bank-owned life insurance | 518 | 377 | 2,199 | 1,445 |
| Net gains (losses) from securities transactions | 5 | — | (9) | 271 |
| Other | 880 | 634 | 2,809 | 1,903 |
| **Total non-interest income** | 5,449 | 4,104 | 19,725 | 15,440 |
| Non-interest expense | | | | |
| Salaries and employee benefits | 13,137 | 9,565 | 48,018 | 33,960 |
| Net occupancy and equipment | 2,188 | 1,684 | 8,126 | 6,305 |
| Data processing | 2,257 | 1,357 | 8,094 | 4,927 |
| Professional fees | 1,157 | 626 | 3,402 | 2,363 |
| Advertising and business development | 916 | 428 | 3,002 | 2,105 |
| Telecommunications | 523 | 225 | 1,775 | 1,191 |
| FDIC insurance | 325 | 330 | 1,536 | 945 |
| Courier and postage | 304 | 251 | 1,183 | 935 |
| Free nation-wide ATM cost | 369 | 249 | 1,355 | 932 |
| Amortization of core deposit intangibles | 740 | 338 | 2,443 | 1,025 |
| Loan expense | 195 | 335 | 1,005 | 993 |
| Other real estate owned | (23) | 29 | (71) | 523 |
| Merger expenses | 938 | 3,267 | 7,462 | 5,352 |
| Other | 2,112 | 2,034 | 7,057 | 5,907 |
| **Total non-interest expense** | 25,138 | 20,718 | 94,387 | 67,463 |
| Income before income taxes | 12,897 | 7,472 | 46,175 | 31,026 |
| Provision for income taxes | 2,972 | 3,198 | 10,350 | 10,377 |
| **Net income** | $9,925 | $4,274 | $35,825 | $20,649 |
| **Net income allocable to common stockholders** | $9,925 | $4,274 | $35,825 | $20,649 |
| **Basic earnings per share** | $0.63 | $0.32 | $2.33 | $1.66 |
| **Diluted earnings per share** | $0.62 | $0.31 | $2.28 | $1.62 |

# EQUITY BANCSHARES, INC.

PRESS RELEASE - 01/23/2019

## TABLE 6. Non-GAAP Financial Measures (Unaudited)

(Dollars in thousands, except per share data)

| | As of and for the three months ended | | | | |
|---|---|---|---|---|---|
| | December 31, 2018 | September 30, 2018 | June 30, 2018 | March 31, 2018 | December 31, 2017 |
| Total stockholders' equity | $455,941 | $443,237 | $433,282 | $381,487 | $374,144 |
| Less: goodwill | 131,712 | 131,723 | 125,485 | 103,412 | 104,907 |
| Less: core deposit intangibles, net | 21,725 | 22,466 | 19,800 | 10,355 | 10,738 |
| Less: mortgage servicing asset, net | 11 | 13 | 14 | 16 | 17 |
| Less: naming rights, net | 1,217 | 1,228 | 1,239 | 1,249 | 1,260 |
| **Tangible common equity** | $301,276 | $287,807 | $286,744 | $266,455 | $257,222 |
| Common shares issued at period end | 15,793,095 | 15,792,695 | 15,780,777 | 14,609,414 | 14,605,607 |
| RSU shares vested | — | — | 6,768 | 11,844 | — |
| **Common shares outstanding at period end** | 15,793,095 | 15,792,695 | 15,787,545 | 14,621,258 | 14,605,607 |
| Diluted common shares outstanding at period end | 16,085,729 | 16,118,067 | 16,131,096 | 14,923,798 | 14,873,257 |
| **Book value per common share** | $28.87 | $28.07 | $27.44 | $26.09 | $25.62 |
| **Tangible book value per common share** | $19.08 | $18.22 | $18.16 | $18.22 | $17.61 |
| **Tangible book value per diluted common share** | $18.73 | $17.86 | $17.78 | $17.85 | $17.29 |
| Total assets | $4,061,716 | $3,931,036 | $3,712,185 | $3,176,062 | $3,170,509 |
| Less: goodwill | 131,712 | 131,723 | 125,485 | 103,412 | 104,907 |
| Less: core deposit intangibles, net | 21,725 | 22,466 | 19,800 | 10,355 | 10,738 |
| Less: mortgage servicing asset, net | 11 | 13 | 14 | 16 | 17 |
| Less: naming rights, net | 1,217 | 1,228 | 1,239 | 1,249 | 1,260 |
| **Tangible assets** | $3,907,051 | $3,775,606 | $3,565,647 | $3,061,030 | $3,053,587 |
| **Total stockholders' equity to total assets** | 11.23% | 11.28% | 11.67% | 12.01% | 11.80% |
| **Tangible common equity to tangible assets** | 7.71% | 7.62% | 8.04% | 8.70% | 8.42% |
| Total average stockholders' equity | $449,450 | $439,771 | $413,474 | $377,895 | $337,519 |
| Less: average intangible assets and preferred stock | 154,944 | 150,256 | 134,146 | 116,634 | 96,620 |
| **Average tangible common equity** | $294,506 | $289,515 | $279,328 | $261,261 | $240,899 |
| Net income allocable to common stockholders | $9,925 | $10,322 | $6,867 | $8,711 | $4,274 |
| Amortization of intangible assets | 752 | 707 | 637 | 396 | 349 |
| Less: tax effect of intangible assets amortization | 158 | 148 | 134 | 83 | 122 |
| **Adjusted net income allocable to common stockholders** | $10,519 | $10,881 | $7,370 | $9,024 | $4,501 |
| **Return on total average stockholders' equity (ROAE) annualized** | 8.76% | 9.31% | 6.66% | 9.35% | 5.02% |
| **Return on average tangible common equity (ROATCE) annualized** | 14.17% | 14.91% | 10.58% | 14.01% | 7.41% |
| Non-interest expense | $25,138 | $23,647 | $25,975 | $19,627 | $20,718 |
| Less: merger expenses | 938 | 757 | 5,236 | 531 | 3,267 |
| Non-interest expense, excluding merger expenses | $24,200 | $22,890 | $20,739 | $19,096 | $17,451 |
| Net interest income | $33,336 | $32,755 | $30,920 | $27,787 | $24,589 |
| Non-interest income | $5,449 | $5,433 | $4,592 | $4,251 | $4,104 |
| Less: net gains (losses) from securities transactions | 5 | (4) | (2) | (8) | — |
| Non-interest income, excluding net gains (losses) from securities transactions | $5,444 | $5,437 | $4,594 | $4,259 | $4,104 |
| **Net interest income plus non-interest income, excluding net gains (losses) from securities transactions** | $38,780 | $38,192 | $35,514 | $32,046 | $28,693 |
| **Non-interest expense to net interest income plus non-interest income** | 64.81% | 61.92% | 73.14% | 61.26% | 72.21% |
| **Efficiency ratio** | 62.40% | 59.93% | 58.40% | 59.59% | 60.82% |

Exhibit 99.2



Q4 & 2018 Results Presentation

*January 23, 2019*

# Disciaimers

**Special Note Concerning Forward-Looking Statements**

This investor presentation contains "forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. These forward-looking statements reflect the current views of Equity Bancshares, Inc. ("Equity") management with respect to, among other things, future events and Equity's financial performance. These statements are often, but not always, made through the use of words or phrases such as "may," "should," "could," "predict," "potential," "believe," "will likely result," "expect," "continue," "will," "anticipate," "seek," "estimate," "intend," "plan," "project," "forecast," "goal," "target," "would" and "outlook," or the negative variations of those words or other comparable words of a future or forward-looking nature. These forward-looking statements are not historical facts, and are based on current expectations, estimates and projections about Equity's industry, management's beliefs and certain assumptions made by management, many of which, by their nature, are inherently uncertain and beyond Equity's control. Accordingly, Equity cautions you that any such forward-looking statements are not guarantees of future performance and are subject to risks, assumptions and uncertainties that are difficult to predict. Although Equity believes that the expectations reflected in these forward-looking statements are reasonable as of the date made, actual results may prove to be materially different from the results expressed or implied by the forward-looking statements. Factors that could cause actual results to differ materially from Equity's expectations include competition from other financial institutions and bank holding companies; the effects of and changes in trade, monetary and fiscal policies and laws, including interest rate policies of the Federal Reserve Board; changes in the demand for loans; fluctuations in value of collateral and loan reserves; inflation, interest rate, market and monetary fluctuations; changes in consumer spending, borrowing and savings habits; and acquisitions and integration of acquired businesses, and similar variables. The foregoing list of factors is not exhaustive.

For discussion of these and other risks that may cause actual results to differ from expectations, please refer to "Cautionary Note Regarding Forward-Looking Statements" and "Risk Factors" in Equity's Annual Report on Form 10-K filed with the Securities and Exchange Commission on March 16, 2018 and any updates to those risk factors set forth in Equity's subsequent Quarterly Reports on Form 10-Q or Current Reports on Form 8-K. If one or more events related to these or other risks or uncertainties materialize, or if Equity's underlying assumptions prove to be incorrect, actual results may differ materially from what Equity anticipates. Accordingly, you should not place undue reliance on any such forward-looking statements. Any forward-looking statement speaks only as of the date on which it is made, and Equity does not undertake any obligation to publicly update or review any forward-looking statement, whether as a result of new information, future developments or otherwise. New risks and uncertainties arise from time to time, and it is not possible for us to predict those events or how they may affect us. In addition, Equity cannot assess the impact of each factor on Equity's business or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. All forward-looking statements, expressed or implied, included in this press release are expressly qualified in their entirety by this cautionary statement. This cautionary statement should also be considered in connection with any subsequent written or oral forward-looking statements that Equity or persons acting on Equity's behalf may issue. Annualized, pro forma, projected and estimated numbers are used for illustrative purpose only, are not forecasts and may not reflect actual results.

**NON-GAAP FINANCIAL MEASURES**
This presentation contains certain non-GAAP financial measures intended to supplement, not substitute for, comparable GAAP measures. Reconciliations of non-GAAP financial measures to GAAP financial measures are provided at the end of this presentation. Numbers in the presentation may not sum due to rounding.

2

# About EQBK

| | |
|---|---|
| **Exchange / Ticker** | • NASDAQ: EQBK |
| **Market Cap** | • 15.8 million shares outstanding / $549.8 million [1] |
| **Total Assets** | • $4.06 billion |
| **YTD ROAA / ROATCE [2]** | • 1.00% / 13.43% |
| **Efficiency Ratio [2]** | • 60.1% |
| **Locations** | • 49 branches in Kansas, Missouri, Arkansas and Oklahoma |
| **FTEs** | • Approximately 627 |
| **Loan Portfolio** | • 49% of loans in commercial real estate, 17% in residential real estate, and 22% in commercial |

Note: All financial data is as of or for period ended December 31, 2018 unless otherwise noted.
(1)   Market Cap calculated based on January 18, 2019 closing price of $34.81
(2)   Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.



3

# Equity Bancshares – Share Price & Consensus Estimates

| | |
|---|---|
| Recent Price[1] | $34.81 |
| Median Consensus Price Target[2] | $43.50 |
| Tangible Book Value per Share[4] | $19.08 |
| 2018 Q4 EPS Consensus Estimate[2] | $ 0.74 |
| 2018 EPS Consensus Estimate[2] | $ 2.48 |
| 2019 EPS Consensus Estimate[2] | $ 3.10 |
| Price to 2018 Consensus Earnings[1,2] | 14.0x |
| Price to 2019 Consensus Earnings[1,2] | 11.2x |
| Price to Tangible Book Value per Share[1,4] | 1.8x |
| Market Capitalization[1,3] | $549.8 |



(1)  As of January 18, 2019 market closing.
(2)  Estimates as of January 3, 2019.
(3)  Based on 15,793,095 shares outstanding as of January 18, 2019.
(4)  Non-GAAP financial measures. See the non-GAAP reconciliation at the end of this presentation.



4

# Pending Acquisition of Three Branches in Guymon and Cordell, Oklahoma from MidFirst Bank





Announced: September 24, 2018

Anticipated Close: Late First Quarter 2019



# Pro Forma Footprint & Demographics



## Footprint

- 52 branches in 27 counties across 4 states
- Strong strategic positioning, with branches along I-70 and I-35
- Branches clustered around key areas such as Wichita, Topeka, Kansas City, Tulsa, Southwest Kansas, Southeast Kansas, Northern Oklahoma, Northwest Oklahoma, Western Missouri, and Arkansas
- Total population of current markets served of approximately 5 million
- Median household income of approximately $53,000

## Unemployment Rates[1]

- Kansas: 2.9%
- Missouri: 2.5%
- Arkansas: 3.3%
- Oklahoma: 2.8%
- USA: 3.5%

## Key Industries

- Transportation
- Manufacturing
- Healthcare
- Agriculture

Source: S&P Capital IQ
(1)   Unemployment rates as of November 2018

6

# Continue Building Value via Strategic Execution



**Phase I** — *Start-Up* 2003 - 2007

**2003-2004**
Acquisition of National Bank of Andover
Rebrand as Equity Bank

**2005**
Purchase of 2 Wichita branches from Hillcrest Bancshares

**2006**
Acquisition of Charter of FNB of Sarcoxie, MO
Acquisition of Mortgage Centre, LC
Opened 2 branches in MO

**2007**
Signature Bank KC acquisition

**Phase II** — *Growth* 2008 - 2011

**2008**
Ellis State Bank acquisition (Ellis/Hays)
Branch opened in Lee's Summit, MO

**2009**
$8.8MM of TARP issued
Opened 2 branches in Overland Park, KS

**2010**
$20.0MM Capital Raise to fund growth

**2011**
Repaid TARP with SBLF
Purchase of 4 branches from Citizens Bancshares (Topeka)

**Phase III** — *Leverage Infrastructure Profitably* 2012 - 2016

**2012**
First Community Bancshares (FCB) merger
$20.4MM Capital Raise

**2013**
Integrate FCB and double earnings
CFO and CRO roles filled
Implement repositioning initiatives

**2014**
Repurchased 1.3mm shares
Refinanced TARP with Loan
Close/Sell 3 branches and opened branch Waterfront

**2015**
First Indep. (FFSL) merger
IPO

**2016**
Community First (CFBI) merger (closed November '16)
Completed $35.4MM private placement capital raise (PIPE)

**Phase IV** — *Platform for Best in Class* 2017-present

**2017**
Closed Prairie State merger (March)
Hired President: Wendell Bontrager, CIO: John Blakeney
Entered Oklahoma
Closed Patriot Bank merger (November)
Closed Eastman Bank merger (November)
$3.2B year-end asset size

**2018**
Hired COO: Craig Anderson, CCO: Craig Mayo
Closed First National Bank Liberal/Hugoton (May)
Closed Adams Dairy Bank merger (May)
Closed merger with City Bank and Trust (August)
Announced acquisition of 3 branches from MidFirst Bank
Hired Gaylyn McGregor, Director of Trust and Wealth Management

| | | | |
|---|---|---|---|
| **Total Assets** $287MM * | $610MM ** | $2.2B *** | $4.1B **** |
| **ROA** 0.49% | 0.46% | 0.55% | 1.00% |

Note: Yellow shading indicates M&A activity; gray shading indicates capital activity
\* Data as of 12/31/2007.  \*\* Data as of 12/31/2011.  \*\*\* Data as of 12/31/2016
\*\*\*\*As reported for the year ended 12/31/2018.

7

# 2018 Fourth Quarter Highlights

- Diluted earnings per share of $0.62 for 4Q 2018
  - Net income to common stockholders, adjusted for after-tax merger expense, was $10.6 million
  - Core EPS of $0.66
- Completed the acquisition of City Bank & Trust Company and announced the pending acquisition of 3 branches from MidFirst Bank
- Capital Ratios as of 12/31/2018:
  - Bank level Tier 1 Leverage of 8.6%
  - Bank level Total Capital to Risk Weighted Assets of 12.0%
  - Tangible Common Equity to Tangible Assets of 7.7%[1]
- Tangible common book value per share of $19.08 [1]
- Total organic deposit growth of $229.0 million
- 2018 ROAA of 1.00% and ROATCE of 14.17%[1]

**$9.9 million**
Net income to common stockholders

**$229.0 million**
Organic Deposit Growth

**Added Trust and Wealth Management**

**ROAA 1.00%**
Return on Average Assets

(1)   Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation



8

# Strong Trends in Operating Performance

### Diluted EPS and Net Income to Common Stockholders

Net Income to Common ($000s) / Diluted EPS ($)

- $1.30 (12/31/14), $1.30
- $1.71 (12/31/15), $1.54
- $1.46 (12/31/16), $1.07
- $1.90 (12/31/17), $1.62
- $2.65 / $2.48 / $2.28 (12/31/18)

Net Income Allocable to Common:
- $8,279 (12/31/14)
- $10,123 (12/31/15)
- $9,373 (12/31/16)
- $20,649 (12/31/17)
- $35,825 (12/31/18)

Legend: Net Income Allocable to Common · Diluted EPS · Diluted EPS W/O Merger Expense · 2018 EPS Consensus Estimate[1]

### Return on Average Tangible Common Equity[2]

Return on Tangible Common Equity W/O Merger Expense:
- 10.69% (12/31/15)
- 9.16% (12/31/16)
- 11.41% (12/31/17)
- 15.53% (12/31/18)

Return on Tangible Common Equity:
- 9.99% (12/31/14)
- 9.66% (12/31/15)
- 6.75% (12/31/16)
- 9.81% (12/31/17)
- 13.43% (12/31/18)

Legend: Return on Tangible Common Equity W/O Merger Expense · Return on Tangible Common Equity

### Income and Margin

Total Revenue* ($000s) / Net Interest Margin (%)

Net Interest Margin:
- 3.92% (12/31/14)
- 3.65% / 3.75% (12/31/15)
- 3.30% / 3.51% (12/31/16)
- 3.83% (12/31/17)
- 3.81% (12/31/18)

Fee Income:
- $7,688 (12/31/14)
- $8,364 (12/31/15)
- $9,987 (12/31/16)
- $15,169 (12/31/17)
- $19,734 (12/31/18)

Net Interest Income:
- $41,361 (12/31/14)
- $46,262 (12/31/15)
- $52,597 (12/31/16)
- $86,002 (12/31/17)
- $124,798 (12/31/18)

Legend: Net Interest Income · Fee Income · Net Interest Margin · NIM W/O Spread Opportunity

### Efficiency Ratio[2] & Non-interest Expense / Average Assets

Efficiency Ratio (%) / Non-interest Exp. / Avg. Assets (%)

Non-Int Exp. / Avg Assets:
- 3.08% (12/31/14)
- 2.81% (12/31/15)
- 2.74% (12/31/16)
- 2.74% (12/31/17)
- 2.62% (12/31/18)

Efficiency Ratio:
- 72.7% (12/31/14)
- 66.9% (12/31/15)
- 66.7% (12/31/16)
- 61.4% (12/31/17)
- 60.1% (12/31/18)

Legend: Efficiency Ratio · Non-Int Exp. / Avg Assets

[1] Median consensus of 2018 analyst expectations, as of January 3, 2019.

[2] Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.



9

# Tangible Common Book Value[1]



10

# Capital Position Over Time



* Paid off Series C preferred stock
in January 2016



11

# Total Loans



| Total ($000s) | $725,876 | $960,355 | $1,383,605 | $2,103,279 | $2,542,992 |
| Loan Yield | 5.63% | 5.31% | 4.98% | 5.43% | 5.74% |

*IncludesAg. RealEstate

12

# Metro Market Organic Loan Growth Drivers





13

# Asset Quality



14

# Total Deposits



| | 12/31/14 | 12/31/15 | 12/31/16 | 12/31/17 | 12/31/18 |
|---|---|---|---|---|---|
| Total ($000s) | $981,178 | $1,215,913 | $1,630,451 | $2,382,013 | $3,123,447 |
| Cost of Deposits* | 0.43% | 0.48% | 0.56% | 0.68% | 0.96% |

\* Includes interest and non-interest bearing deposits

15

# Footprint & Target





# Appendix



17

# Experienced Management Team



**BRAD ELLIOTT**
*Chairman & CEO*
- Founded Equity Bank in 2002
- Served as Regional President of Sunflower Bank prior to forming Equity Bank
- More than 25 years of banking experience



**GREG KOSSOVER**
*Chief Financial Officer*
- Has served as CFO since 2013 and as a Board Director since 2011
- Previously served as president of Physicians Development Group and CEO of Value Place, LLC, growing the latter to more than 150 locations in 25 states



**CRAIG ANDERSON**
*Chief Operating Officer*
- Joined Equity Bank March 2018
- Served as President of UMBF Commercial Banking
- More than 31 years of banking experience



**WENDELL BONTRAGER**
*President, Equity Bank*
- Previously Region President of Old National Bank (IN), EVP with Tower Bank (IN)
- More than 25 years of banking experience



18

# Strategic Planning Team

| Team Member | Role | Years with EQBK | Years in Banking |
|---|---|---|---|
| Patrick Harbert | EVP, Community Markets, Sales & Service | 14 | 23 |
| Julie Huber | EVP, Strategic Initiatives | 14 | 24 |
| Craig Mayo | EVP, Chief Credit Officer | 1 | 34 |
| John Blakeney | EVP, Chief Information Officer | 1 | 30 |
| Rolando Mayans | EVP, Chief Risk Officer | 10 | 25 |
| Jennifer Johnson | EVP, Chief Services Officer | 6 | 32 |
| Brett Reber | EVP, General Counsel | 1 | 1 |
| Gaylyn McGregor | EVP, Director of Trust and Wealth Management | 1 | 28 |
| Patrick Salmans | SVP, Human Resources Director | 6 | 22 |
| Mark Parman | SVP, President - Kansas City | 5 | 37 |
| John Hanley | SVP, Director of Marketing | 5 | 14 |
| Jeremy Machain | SVP, President – Wichita | 9 | 15 |
| Michael Bezanson | SVP, CEO of Tulsa | 1 | 35 |
| Shawna Palmieri | SVP, Director of Treasury Management | 1 | 13 |
| Barbara Noyes | SVP, Controller | 7 | 32 |

**EQBK Team has 300+ Years of Combined Banking Experience**

19

# Diverse Market Segments

## Diverse market segments with economies based on transportation, manufacturing and healthcare

- Top employers in the region include a diverse range of operations such as telecommunications, professional services, aircraft manufacturing, OEM manufacturing and transportation.

- Equity Bancshares, including pending acquisition of three branches from MidFirst Bank, ranks in the Top 10 for market share in 22 of the 27 counties served and ranks in the Top 5 in 19 of those counties.

| Operating Market | | | | As of June 30, 2018 | | |
|---|---|---|---|---|---|---|
| Rank | Holding Company | Parent City | State | # of Branches | Total Deposits 2018 ($000) | Market Share |
| 1 | UMB Financial Corp. (MO) | Kansas City | MO | 22 | 10,935,043 | 13.14% |
| 2 | Bank of America Corp. (NC) | Charlotte | NC | 58 | 10,638,642 | 12.79% |
| 3 | BOK Financial Corp. (OK) | Tulsa | OK | 27 | 8,896,967 | 10.69% |
| 4 | Commerce Bancshares Inc. (MO) | Kansas City | MO | 48 | 7,614,932 | 9.15% |
| 5 | Arvest Bank Group Inc. (AR) | Bentonville | AR | 60 | 5,071,854 | 6.10% |
| 6 | Capitol Federal Financial Inc (KS) | Topeka | KS | 42 | 4,814,727 | 5.79% |
| 7 | U.S. Bancorp (MN) | Minneapolis | MN | 59 | 3,749,943 | 4.51% |
| 8 | INTRUST Financial Corp. (KS) | Wichita | KS | 27 | 3,240,655 | 3.89% |
| 9 | **Equity Bancshares Inc. (KS)** | **Wichita** | **KS** | **52** | **2,885,711** | **3.47%** |
| 10 | CrossFirst Bankshares Inc. (KS) | Leawood | KS | 4 | 2,205,300 | 2.65% |
| 11 | Fidelity Financial Corp. (KS) | Wichita | KS | 13 | 1,456,575 | 1.75% |
| 12 | Emprise Financial Corp. (KS) | Wichita | KS | 28 | 1,317,733 | 1.58% |
| 13 | Central Bancompany Inc. (MO) | Jefferson City | MO | 25 | 1,147,918 | 1.38% |
| 14 | NASB Financial Inc. (MO) | Grandview | MO | 7 | 1,071,490 | 1.29% |
| 15 | Valley View Bancshares Inc. (KS) | Overland Park | KS | 16 | 1,009,285 | 1.21% |
| 16 | BancFirst Corp. (OK) | Oklahoma City | OK | 12 | 918,052 | 1.10% |
| 17 | Prosperity Bancshares Inc. (TX) | Houston | TX | 10 | 895,070 | 1.08% |
| 18 | Wells Fargo & Co. (CA) | San Francisco | CA | 6 | 859,668 | 1.03% |
| 19 | JPMorgan Chase & Co. (NY) | New York | NY | 9 | 792,951 | 0.95% |
| 20 | Midland Financial Co. (OK) | Oklahoma City | OK | 10 | 751,307 | 0.90% |
| | Total for Institutions in Market | | | 832 | 83,209,673 | 86.9% |

| Unemployment by County (%) | | 11/30/2018 | 11/30/2017 |
|---|---|---|---|
| Benton | AR | 2.6 | 2.7 |
| Boone | AR | 3.1 | 3.2 |
| Carroll | AR | 2.7 | 2.7 |
| Butler | KS | 3.0 | 3.0 |
| Crawford | KS | 3.4 | 3.7 |
| Ellis | KS | 2.1 | 2.3 |
| Gove | KS | 2.0 | 2.2 |
| Johnson | KS | 2.6 | 2.7 |
| Montgomery | KS | 3.6 | 4.2 |
| Sedgwick | KS | 3.3 | 3.7 |
| Seward | KS | 3.0 | 2.8 |
| Shawnee | KS | 3.2 | 3.2 |
| Sheridan | KS | 2.1 | 2.2 |
| Stevens | KS | 2.4 | 2.9 |
| Wilson | KS | 3.7 | 4.2 |
| Benton | MO | 3.5 | 4.5 |
| Henry | MO | 2.9 | 3.2 |
| Jackson | MO | 3.0 | 3.6 |
| Johnson | MO | 2.9 | 3.9 |
| Lafayette | MO | 2.4 | 3.0 |
| Pettis | MO | 2.5 | 3.7 |
| Platte | MO | 2.0 | 2.5 |
| Saline | MO | 2.4 | 2.9 |
| Kay | OK | 4.0 | 5.4 |
| Texas | OK | 2.0 | 2.6 |
| Tulsa | OK | 2.8 | 3.9 |
| Washita | OK | 2.3 | 3.6 |

Source: S&P Market Intelligence. Deposit and market share data as of June 30, 2018. Employment data as of November 30, 2018.
Equity Bancshares, Inc. operating market reported above includes all bank locations and counties in which Equity Bank operates, including all completed mergers subsequent to June 30, 2018, and the pending purchase and assumption of three branches from MidFirst Bank.

20

# Market Data

| Demographics | Kansas | Missouri | Arkansas | Oklahoma | National |
|---|---|---|---|---|---|
| Current Population | 2,921,699 | 6,141,815 | 3,023,501 | 3,959,630 | 329,236,175 |
| Historical Population Change (2010-2019) | 2.40% | 2.55% | 3.69% | 5.55% | 6.64% |
| Median Household Income (2019) | $59,745 | $56,018 | $47,167 | $52,254 | $63,174 |
| Projected Household Income Change (2019-2024) | 6.63% | 8.49% | 7.27% | 4.92% | 8.82% |
| November 2018 Unemployment Rate | 2.9% | 2.5% | 3.3% | 2.8% | 3.5% |

## Major Employers in Equity Bank Footprint

- Boeing
- Cargill Meat Solutions
- Cessna Aircraft Co.
- Spirit AeroSystems Inc.
- Blue Cross and Blue Shield of Kansas and Oklahoma
- Payless Shoe Source
- Hill's Pet Nutrition
- Goodyear Tire Co.
- Jostens Publishing
- Hallmark Cards, Inc.
- H&R Block
- Honeywell
- Sprint

- Garmin
- Teva
- DST Systems Inc.
- Whiteman Airforce Base
- Stahl Specialty Co.
- Western Missouri Medical Center
- HaysMed
- Walmart
- FedEx
- Tyson Foods
- FlexSteel
- Wabash National
- Wichita St. University
- Pittsburg St. University

- Washburn University
- Fort Hays St. University
- University of Central Mo.
- University of Mo-KC
- KU – Edwards/Professional
- Phillips 66
- Albertsons
- Lindsay
- AAON
- QuikTrip
- Williams
- Seaboard Foods
- American Century Investments, Inc.
- YRC Worldwide Inc.

Source: S&P Market Intelligence

21

# Selected Income Statement Data

Delivering earnings growth

| Selected Income Statement Data ($000s) | | | | | |
| --- | --- | --- | --- | --- | --- |
| | 12/31/14 | 12/31/15 | 12/31/16 | 12/31/17 | 12/31/18 |
| Interest income | $46,794 | $53,028 | $61,799 | $102,693 | $161,556 |
| Interest expense | 5,433 | 6,766 | 9,202 | 16,691 | 36,758 |
| **Net interest income** | **41,361** | **46,262** | **52,597** | **86,002** | **124,798** |
| Provision for loan losses | 1,200 | 3,047 | 2,119 | 2,953 | 3,961 |
| **Net interest income after provision** | **40,161** | **43,215** | **50,478** | **83,049** | **120,837** |
| Other income | 8,674 | 9,802 | 10,466 | 15,440 | 19,725 |
| Other expenses | 35,645 | 38,575 | 47,075 | 67,463 | 94,387 |
| **Income before income taxes** | **13,190** | **14,442** | **13,869** | **31,026** | **46,175** |
| Income taxes | 4,203 | 4,142 | 4,495 | 10,377 | 10,350 |
| **Net income** | **8,987** | **10,300** | **9,374** | **20,649** | **35,825** |
| Less: dividends and discount accretion on preferred stock | 708 | 177 | 1 | 0 | 0 |
| **Net income allocable to common stockholders** | **$8,279** | **$10,123** | **$9,373** | **$20,649** | **$35,825** |



22

# Selected Balance Sheet Data

Demonstrating balance sheet strength

| Selected Balance Sheet Data ($000s) | | | | | |
|---|---|---|---|---|---|
| **ASSETS** | **12/31/14** | **12/31/15** | **12/31/16** | **12/31/17** | **12/31/18** |
| Cash and cash equivalents [1] | $37,702 | $62,074 | $38,845 | $55,691 | $197,809 |
| Investment securities [2] | 318,314 | 452,362 | 578,093 | 722,107 | 946,445 |
| Net loans | 720,810 | 958,353 | 1,382,003 | 2,111,125 | 2,566,926 |
| Other assets | 97,689 | 112,938 | 193,251 | 281,586 | 350,536 |
| **Total assets** | **$1,174,515** | **$1,585,727** | **$2,192,192** | **$3,170,509** | **$4,061,716** |
| | | | | | |
| **LIABILITIES & STOCKHOLDERS' EQUITY** | | | | | |
| Deposits | $981,177 | $1,215,914 | $1,630,451 | $2,382,013 | $3,123,447 |
| Borrowings | 70,370 | 194,064 | 293,909 | 401,652 | 464,676 |
| Other liabilities | 5,239 | 8,516 | 9,868 | 12,700 | 17,652 |
| **Total liabilities** | **1,056,786** | **1,418,494** | **1,934,228** | **2,796,365** | **3,605,775** |
| Stockholders' Equity | 117,729 | 167,233 | 257,964 | 374,144 | 455,941 |
| **Total liabilities and stockholders' equity** | **$1,174,515** | **$1,585,727** | **$2,192,192** | **$3,170,509** | **$4,061,716** |

(1)    Includes interest-bearing deposits in other banks
(2)    Includes Federal Reserve Bank and Federal Home Loan Bank stock



23

# Capitalization

Maintaining a strong regulatory capital position

| Ratio | 12/31/14 | 12/31/15 | 12/31/16 | 12/31/17 | 12/31/18 |
|---|---|---|---|---|---|
| Leverage Ratio | 9.62% | 9.47% | 11.81% | 10.33% | 8.60% |
| Tier 1 Risk-Based Capital Ratio | 13.16% | 13.85% | 14.25% | 12.17% | 11.52% |
| Total Risk-Based Capital Ratio | 13.86% | 14.35% | 14.67% | 12.54% | 11.92% |
| Common Equity Tier 1 Capital to Risk Weighted Assets | NA | 12.35% | 13.34% | 11.56% | 11.01% |
| Tangible Book Value per Common Share[1] | $13.54 | $15.97 | $16.64 | $17.61 | $19.08 |

(1) Total common equity less goodwill and intangibles divided by shares outstanding as of period end. Non-GAAP financial measure. See the non-GAAP reconciliation at the end of this presentation.



24

# The subsequent tables present non-GAAP reconciliations of the following calculations:

- Tangible Common Equity (TCE) to Tangible Assets (TA) Ratio
- Tangible Book Value per Common Share
- Return on Average Tangible Common Equity (ROATCE)
- Efficiency Ratio



25

# TCE to TA and Tangible Book Value per Share

**Non-GAAP Financial Measures (Unaudited)**

(Dollars in thousands, except per share data)

| | As of and for the years ended | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | December 31, 2018 | | December 31, 2017 | | December 31, 2016 | | December 31, 2015 | | December 31, 2014 |
| Total stockholders' equity | $ | 455,941 | $ | 374,144 | $ | 257,964 | $ | 167,233 | $ | 117,729 |
| Less: preferred stock | | - | | - | | - | | 16,372 | | 16,359 |
| Less: goodwill | | 131,712 | | 104,907 | | 58,874 | | 18,130 | | 18,130 |
| Less: core deposit intangibles, net | | 21,725 | | 10,738 | | 4,715 | | 1,549 | | 1,107 |
| Less: mortgage servicing asset, net | | 11 | | 17 | | 23 | | 29 | | - |
| Less: naming rights, net | | 1,217 | | 1,260 | | - | | - | | - |
| Tangible common equity | $ | 301,276 | $ | 257,222 | $ | 194,352 | $ | 131,153 | $ | 82,133 |
| Common shares outstanding at period end (1) | | 15,793,095 | | 14,605,607 | | 11,680,308 | | 8,211,727 | | 6,067,511 |
| Book value per common share (1) | $ | 28.87 | $ | 25.62 | $ | 22.09 | $ | 18.37 | $ | 16.71 |
| Tangible book value per common share (1) | $ | 19.08 | $ | 17.61 | $ | 16.64 | $ | 15.97 | $ | 13.54 |
| Total assets | $ | 4,061,716 | $ | 3,170,509 | $ | 2,192,192 | $ | 1,585,727 | $ | 1,174,515 |
| Less: goodwill | | 131,712 | | 104,907 | | 58,874 | | 18,130 | | 18,130 |
| Less: core deposit intangibles, net | | 21,725 | | 10,738 | | 4,715 | | 1,549 | | 1,107 |
| Less: mortgage servicing asset, net | | 11 | | 17 | | 23 | | 29 | | - |
| Less: naming rights, net | | 1,217 | | 1,260 | | - | | - | | - |
| Tangible assets | $ | 3,907,051 | $ | 3,053,587 | $ | 2,128,580 | $ | 1,566,019 | $ | 1,155,278 |
| Tangible common equity to tangible assets | | 7.71% | | 8.42% | | 9.13% | | 8.37% | | 7.11% |

(1) Share and per share data includes Class A and Class B common stock issued and outstanding and vested RSU shares



26

# ROATCE and Efficiency Ratio

Non-GAAP Financial Measures, continued (Unaudited)

| (Dollars in thousands, except per share data) | December 31, 2018 | | December 31, 2017 | | December 31, 2016 | | December 31, 2015 | | December 31, 2014 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | As of and for the years ended | | | | | |
| Total average stockholders' equity | $ | 420,453 | $ | 293,798 | $ | 168,823 | $ | 125,808 | $ | 123,181 |
| Less: average intangible assets and preferred stock | | 139,131 | | 76,320 | | 25,883 | | 19,165 | | 37,924 |
| Average tangible common equity (3) | $ | 281,322 | $ | 217,478 | $ | 142,940 | $ | 106,643 | $ | 85,257 |
| Net income allocable to common stockholders | $ | 35,825 | $ | 20,649 | $ | 9,373 | $ | 10,123 | $ | 8,279 |
| Amortization of intangibles | | 2,492 | | 1,070 | | 419 | | 275 | | 363 |
| Less: tax effect of amortization of intangibles (2) | | 523 | | 375 | | 147 | | 96 | | 127 |
| Adjusted net income allocable to common stockholders | $ | 37,794 | $ | 21,344 | $ | 9,645 | $ | 10,302 | $ | 8,515 |
| Return on average tangible common equity (ROATCE) (4) | | 13.43% | | 9.81% | | 6.75% | | 9.66% | | 9.99% |
| Non-interest expense | $ | 94,387 | $ | 67,463 | $ | 47,075 | $ | 38,575 | $ | 35,645 |
| Less: merger expenses | | 7,462 | | 5,352 | | 5,294 | | 1,691 | | - |
| Less: loss on debt extinguishment | | - | | - | | 58 | | 316 | | - |
| Non-interest expense, excluding merger expenses and loss on debt extinguishment | $ | 86,925 | $ | 62,111 | $ | 41,723 | $ | 36,568 | $ | 35,645 |
| Net interest income | $ | 124,798 | $ | 86,002 | $ | 52,597 | $ | 46,262 | $ | 41,361 |
| Non-interest income | $ | 19,725 | $ | 15,440 | $ | 10,466 | $ | 9,802 | $ | 8,674 |
| Less: net gains (losses) from securities transactions | | (9) | | 271 | | 479 | | 756 | | 986 |
| Less: net gain on acquisition | | - | | - | | - | | 682 | | - |
| Non-interest income, excluding net gains (losses) from securities transactions and net gain on acquisition | $ | 19,734 | $ | 15,169 | $ | 9,987 | $ | 8,364 | $ | 7,688 |
| Efficiency ratio | | 60.14% | | 61.39% | | 66.67% | | 66.94% | | 72.67% |

(1) Share and per share data includes Class A and Class B common stock issued and outstanding and vested RSU shares
(2) Tax rates used in this calculation were 21% for 2018 and 35% for previous years
(3) All periods disclosed, except 2018, 2017 and 2016, were calculated using a simple average of tangible common equity
(4) Annualized



27



28