# EXHIBIT M

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934 (Amendment No.      )**

Filed by the Registrant ☒          Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐     Preliminary Proxy Statement

☐     **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒     Definitive Proxy Statement

☐     Definitive Additional Materials

☐     Soliciting Material Pursuant to §240.14a-12

# Equity Bancshares, Inc.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒     No fee required.

☐     Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)     Title of each class of securities to which transaction applies:

    (2)     Aggregate number of securities to which transaction applies:

    (3)     Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)     Proposed maximum aggregate value of transaction:

    (5)     Total fee paid:

☐     Fee paid previously with preliminary materials.

☐     Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1)     Amount Previously Paid:

    (2)     Form, Schedule or Registration Statement No.:

    (3)     Filing Party:

    (4)     Date Filed:

Table of Contents

**COMMON STOCK OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table sets forth information with respect to the beneficial ownership of our Class A Common Stock as of March 16, 2018, subject to certain assumptions set forth in the footnotes for:

- each person known by us to be the beneficial owner of 5% or more of our outstanding Class A Common Stock;

- each of our directors;

- each of our named executive officers; and

- all of our directors and executive officers as a group.

To our knowledge, each person named in the table has sole voting and investment power with respect to all of the securities shown as beneficially owned by such person, except as otherwise set forth in the notes to the table. The number of securities shown represents the number of securities the person "beneficially owns," as determined by the rules of the SEC. The SEC has defined "beneficial" ownership of a security to mean the possession, directly or indirectly, of voting power and/or investment power. A security holder is also deemed to be, as of any date, the beneficial owner of all securities that such security holder has the right to acquire within 60 days after such date through (i) the exercise of any option, warrant or right, (ii) the conversion of a security, (iii) the power to revoke a trust, discretionary account or similar arrangement or (iv) the automatic termination of a trust, discretionary account or similar arrangement.

Each share of Class A Common Stock is entitled to one vote on matters on which holders of Class A Common Stock are eligible to vote. The Company's Class B Common Stock has no voting rights, and no shares of the Company's Class B Common Stock are currently outstanding.

Unless otherwise noted, the address for each stockholder listed on the table below is: c/o Equity Bancshares, Inc., 7701 East Kellogg Drive, Suite 300, Wichita, Kansas 67207.

| Name of Beneficial Owner[1] | Class A Common Stock | |
|---|---|---|
| | Number | Percentage[20] |
| **5% Stockholders:** | | |
| Entities affiliated with FJ Capital Management LLC[2] | 738,911 | 5.1% |
| Entities affiliated with RMB Capital Management, LLC[3] | 1,112,818 | 7.6% |
| **Directors and Named Executive Officers:** | | |
| Brad S. Elliott[4] | 474,810 | 3.2% |
| Gregory H. Kossover[5] | 148,660 | 1.0% |
| Wendell L. Bontrager[6] | 10,269 | * |
| Gary C. Allerheiligen[7] | 34,253 | * |
| L. James Berglund[8] | 32,824 | * |
| Jeff A. Bloomer[9] | 14,417 | * |
| Dan R. Bowers[10] | 121,376 | * |
| Roger A. Buller[11] | 142,954 | * |
| Michael R. Downing[12] | 60,000 | * |
| P. John Eck[13] | 219,940 | 1.5% |
| Gregory L. Gaeddert[14] | 38,402 | * |
| Randee R. Koger[15] | 59,682 | * |
| Jerry P. Maland[16] | 137,525 | * |
| Shawn D. Penner[17] | 128,895 | * |
| Harvey R. Sorensen[18] | 68,624 | * |
| **All Directors and Executive Officers as a Group (21 Persons)[19]** | 1,846,458 | 12.2% |

30