**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
Stephen Burr, et al.,

                    Plaintiffs,

      -against-                                19 **CIVIL** 4346 (AJN)

                                                            **JUDGMENT**

Equity Bancshares, Inc., et al.,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 14, 2020, the investors have failed to plead any material misrepresentations or omissions as required to state a claim under § 10(b) and Rule 10b-5 or to establish control person liability under § 20(a). Because Equity Bancshares' statements during the relevant period were statements of opinion consistent with the belief that the value of its credit relationship with Gigi's and Gatti's could be recouped by sale or liquidation of those businesses, any further amendment to the complaint would be futile. The motion to dismiss (Dkt. No. 31) is GRANTED and all claims are dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York

      October 14, 2020

                                                           **RUBY J. KRAJICK**
                                                            _____
                                                            **Clerk of Court**
                                     **BY:**     _K. Mango_
                                                            _____
                                                            **Deputy Clerk**